Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIQI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>17 EDUCATION & TECHNOLOGY GROUP INC., ANDY CHANG LIU, MICHAEL CHAO DU, DUN XIAO, TUCK LYE KOH, COLLEEN A. DE VRIES, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., BOFA SECURITIES, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL INC.,<br><br>Defendants. | No. 2:22-cv-04937-FWS-JEM<br><br>**MOTION OF SIBO MA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Fred W. Slaughter<br>Hearing Date: October 20, 2022<br>Time: 10:00 a.m.<br>CTRM:  10D – Santa Ana Courthouse |

1

PLEASE TAKE NOTICE that on Thursday, October 20, 2022 at 10:00 a.m. before the Honorable Fred W. Slaughter in Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701, Sibo Ma ("Movant") will and does move this Court for an order granting his Motion for appointment of Movant as Lead Plaintiff of the Class and for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiff and the Class.

This Motion is brought pursuant to Section 27 of the Securities Act of 1933 ("Securities Act") on the grounds that: (1) Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of 17 Education & Technology Group Inc. securities pursuant and/or traceable to the Company's Registration Statement issued in connection with the Company's December 2020 initial public offering (the "IPO" or the "Offering") as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, a Certification and Notice of Interested Parties, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: September 19, 2022                    Respectfully submitted,

2

MOTION OF SIBO MA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No. 2:22-cv-04937-FWS-JEM

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

3

MOTION OF SIBO MA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF CHOICE OF COUNSEL; No. 2:22-cv-04937-FWS-JEM

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 19, 2022, I electronically filed the following **MOTION OF SIBO MA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 19, 2022.

/s/Laurence M. Rosen
Laurence M. Rosen

4