# Exhibit 3

**17 Education & Technology Group Inc. Loss Chart**
**Pursuant and/or Traceable to December 2020 IPO**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price | IPO Price** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1.53 | ($10.50) |
| Ma, Sibo | 3/8/2021 | 50 | ($45.32) | ($525.00) | 9/3/2021 | 1,250 | $5.20 | $6,500.00 | | | | | |
| | 3/16/2021 | 67.5 | ($44.68) | ($708.75) | | | | | | | | | |
| | 3/18/2021* | 50 | ($42.68) | ($525.00) | | | | | | | | | |
| | 3/22/2021* | 75 | ($40.36) | ($787.50) | | | | | | | | | |
| | 3/29/2021* | 125 | ($32.03) | ($1,312.50) | | | | | | | | | |
| | 3/30/2021 | 95 | ($28.24) | ($997.50) | | | | | | | | | |
| | 5/17/2021* | 142.5 | ($17.36) | ($1,496.25) | | | | | | | | | |
| | 6/8/2021* | 300 | ($17.54) | ($3,150.00) | | | | | | | | | |
| | 6/9/2021* | 250 | ($15.99) | ($2,625.00) | | | | | | | | | |
| | 6/29/2021 | 342.5 | ($14.71) | ($3,596.25) | | | | | | | | | |
| | 7/12/2021* | 375 | ($11.30) | ($3,937.50) | | | | | | | | | |
| | 7/29/2021* | 525 | ($5.66) | ($2,971.50) | | | | | | | | | |
| | 8/3/2021 | 992.75 | ($4.52) | ($4,483.26) | | | | | | | | | |
| | 8/27/2021* | 1250 | ($4.36) | ($5,445.00) | | | | | | | | | |
| | 9/21/2021* | 1267.5 | ($4.28) | ($5,419.83) | | | | | | | | | |
| | 9/22/2021 | 1450 | ($4.04) | ($5,852.20) | | | | | | | | | |
| | | 7,357.75 | | ($43,833.04) | | 1,250.00 | | $6,500.00 | 6,107.75 | $9,344.86 | ($27,988.18) | | |

* These dates reflect the settlement date, not the transaction date
** The lower of the IPO price and the purchase price was used to calculate total expenditures