POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants Wong Haping and He Xianghong*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIQI ZHANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>17 EDUCATION & TECHNOLOGY GROUP INC., ANDY CHANG LIU, MICHAEL CHAO DU, DUN XIAO, TUCK LYE KOH, COLLEEN A. DE VRIES, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., BOFA SECURITIES, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL INC.,<br><br>Defendants. | Case No. 2:22-cv-04937-FWS-JEM<br><br>NOTICE OF MOTION OF WONG HAPING AND HE XIANGHONG FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  October 20, 2022<br>TIME:  10:00 a.m.<br>JUDGE:  Fred W. Slaughter<br>CTRM:  10D |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Wong Haping and He Xianghong (together "Haping and Xianghong"), by and through their counsel, will and do hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Haping and Xianghong as Co-Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired 17 Education & Technology Group Inc. ("17EdTech") securities pursuant and/or traceable to the registration statement and related prospectus issued in connection with 17EdTech's December 2020 initial public offering; and (2) approving Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

Haping and Xianghong are aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is September 19, 2022, on which date any member of the putative class may so move.  *See* 15 U.S.C. § 77z-1(a)(3)(A)(i)(II) & (a)(3)(B)(i).  Haping and Xianghong will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until September 20, 2022—the day after the statutory deadline—

making conferral with opposing counsel prior to the filing of Haping and Xianghong's motion papers impracticable.   Under these circumstances, Haping and Xianghong respectfully request that compliance with Local Civil Rule 7-3 be waived in this instance.

In support of this motion, Haping and Xianghong submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  September 19, 2022                POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Wong Haping and He Xianghong and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/Jennifer Pafiti*
Jennifer Pafiti