# EXHIBIT A

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**
**IPO Date: December 4, 2020**
**IPO Price: $10.50**        **November 17, 2021 1:4 Reverse Split**

**7/19/2022 Closing**
| $1.5300 |

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | |
| Wong Haping | | 46,420 | | ($320,243) | | (3,100) | | $27,893 | ($210,910) |
| He Xianghong, Acct 1 | | 44,035 | | ($380,175) | | (40,285) | | $187,026 | ($140,148) |
| He Xianghong, Acct 2 | | 15,430 | | ($72,807) | | (8,273) | | $27,714 | ($44,413) |
| **Wong Haping; He Xianghong** | | **105,885** | | **($773,225)** | | **(51,658)** | | **$242,633** | **($395,471)** |
| | | | | | | | | | |
| Wong Haping | 1/27/2021 | 1,000 | $17.5100 | ($17,510) | 3/18/2021 | (1,000) | $10.2300 | $10,230 | |
| Wong Haping | 1/27/2021 | 1,000 | $17.3200 | ($17,320) | 3/22/2021 | (500) | $9.9700 | $4,985 | |
| Wong Haping | 1/27/2021 | 1,000 | $17.5000 | ($17,500) | 3/23/2021 | (500) | $8.9600 | $4,480 | |
| Wong Haping | 1/27/2021 | 1,000 | $17.9500 | ($17,950) | 4/8/2021 | (900) | $7.5600 | $6,804 | |
| Wong Haping | 1/27/2021 | 1,000 | $17.9000 | ($17,900) | 4/15/2021 | (200) | $6.9700 | $1,394 | |
| Wong Haping | 1/27/2021 | 1,000 | $17.5000 | ($17,500) | | | | | |
| Wong Haping | 1/27/2021 | 1,000 | $16.5800 | ($16,580) | | | | | |
| Wong Haping | 1/27/2021 | 1,000 | $16.9600 | ($16,960) | | | | | |
| Wong Haping | 1/28/2021 | 1,000 | $15.8000 | ($15,800) | | | | | |
| Wong Haping | 3/4/2021 | 1,000 | $12.1600 | ($12,160) | | | | | |
| Wong Haping | 3/4/2021 | 1,000 | $12.0900 | ($12,090) | | | | | |
| Wong Haping | 3/10/2021 | 1,000 | $11.2000 | ($11,200) | | | | | |
| Wong Haping | 3/16/2021 | 1,000 | $10.9000 | ($10,900) | | | | | |
| Wong Haping | 3/17/2021 | 1,000 | $10.2000 | ($10,200) | | | | | |
| Wong Haping | 3/17/2021 | 1,000 | $10.1500 | ($10,150) | | | | | |
| Wong Haping | 3/18/2021 | 1,000 | $10.1100 | ($10,110) | | | | | |
| Wong Haping | 3/22/2021 | 1,000 | $9.8800 | ($9,880) | | | | | |
| Wong Haping | 3/22/2021 | 500 | $9.8800 | ($4,940) | | | | | |
| Wong Haping | 3/22/2021 | 500 | $9.8300 | ($4,915) | | | | | |
| Wong Haping | 3/22/2021 | 500 | $9.7100 | ($4,855) | | | | | |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**
**IPO Date: December 4, 2020**
**IPO Price: $10.50**        **November 17, 2021 1:4 Reverse Split**

**7/19/2022 Closing I**

| $1.5300 |
|---|

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Wong Haping | 3/23/2021 | 500 | $8.9600 | ($4,480) | | | | | |
| Wong Haping | 3/23/2021 | 500 | $8.8000 | ($4,400) | | | | | |
| Wong Haping | 3/23/2021 | 500 | $8.7600 | ($4,380) | | | | | |
| Wong Haping | 3/23/2021 | 500 | $8.7000 | ($4,350) | | | | | |
| Wong Haping | 3/23/2021 | 500 | $8.6800 | ($4,340) | | | | | |
| Wong Haping | 3/26/2021 | 200 | $7.1500 | ($1,430) | | | | | |
| Wong Haping | 3/26/2021 | 200 | $6.9100 | ($1,382) | | | | | |
| Wong Haping | 3/31/2021 | 500 | $7.1800 | ($3,590) | | | | | |
| Wong Haping | 4/9/2021 | 100 | $6.9400 | ($694) | | | | | |
| Wong Haping | 4/9/2021 | 100 | $6.8800 | ($688) | | | | | |
| Wong Haping | 6/4/2021 | 200 | $4.5000 | ($900) | | | | | |
| Wong Haping | 6/4/2021 | 500 | $4.3500 | ($2,175) | | | | | |
| Wong Haping | 6/16/2021 | 1,000 | $4.0500 | ($4,050) | | | | | |
| Wong Haping | 6/17/2021 | 500 | $3.9400 | ($1,970) | | | | | |
| Wong Haping | 6/21/2021 | 1,000 | $3.8600 | ($3,860) | | | | | |
| Wong Haping | 7/1/2021 | 1,000 | $3.3600 | ($3,360) | | | | | |
| Wong Haping | 9/24/2021 | 10,000 | $0.9610 | ($9,610) | | | | | |
| Wong Haping | 9/24/2021 | 120 | $0.9510 | ($114) | | | | | |
| Wong Haping | 11/16/2021 | 10,000 | $0.8050 | ($8,050) | | | | | |
| Wong Haping | 11/17/2021 | 43,320 | | | | | | | |
| Wong Haping | 11/17/2021 | 10,830 | 1:4 reverse split | | | | | | |
| **Wong Haping** | | **46,420** | | **($320,243)** | | **(3,100)** | | **$27,893** | **($210,910)** |
| | | | | | | | | | |
| Account 1 | | | | | | | | | |
| He Xianghong | 12/4/2020 | 100 | $10.8000 | ($1,080) | 12/4/2020 | (75) | $10.6200 | $797 | |
| He Xianghong | 12/4/2020 | 100 | $10.8000 | ($1,080) | 12/4/2020 | (405) | $10.6200 | $4,301 | |
| He Xianghong | 12/4/2020 | 100 | $10.8100 | ($1,081) | 12/4/2020 | (100) | $10.6200 | $1,062 | |
| He Xianghong | 12/4/2020 | 80 | $10.8000 | ($864) | 12/4/2020 | (385) | $10.6200 | $4,089 | |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**
**IPO Date: December 4, 2020**
**IPO Price: $10.50**          **November 17, 2021 1:4 Reverse Split**

**7/19/2022 Closing I**

| $1.5300 |

**11**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| He Xianghong | 12/4/2020 | 100 | $10.8100 | ($1,081) | 12/4/2020 | (35) | $10.6200 | $372 | |
| He Xianghong | 12/4/2020 | 100 | $10.8200 | ($1,082) | 12/9/2020 | (356) | $17.0000 | $6,052 | |
| He Xianghong | 12/4/2020 | 100 | $10.8200 | ($1,082) | 12/9/2020 | (2) | $17.0000 | $34 | |
| He Xianghong | 12/4/2020 | 100 | $10.8300 | ($1,083) | 12/9/2020 | (142) | $17.0000 | $2,414 | |
| He Xianghong | 12/4/2020 | 100 | $10.8100 | ($1,081) | 12/9/2020 | (500) | $17.5000 | $8,750 | |
| He Xianghong | 12/4/2020 | 100 | $10.8100 | ($1,081) | 1/20/2021 | (305) | $16.0000 | $4,880 | |
| He Xianghong | 12/4/2020 | 20 | $10.9300 | ($219) | 1/20/2021 | (500) | $18.0000 | $9,000 | |
| He Xianghong | 12/4/2020 | 54 | $10.4000 | ($562) | 2/23/2021 | (500) | $14.0000 | $7,000 | |
| He Xianghong | 12/4/2020 | 100 | $10.4000 | ($1,040) | 2/23/2021 | (239) | $14.0000 | $3,346 | |
| He Xianghong | 12/4/2020 | 710 | $10.4000 | ($7,384) | 2/23/2021 | (761) | $14.0000 | $10,654 | |
| He Xianghong | 12/4/2020 | 136 | $10.4000 | ($1,414) | 2/23/2021 | (1,000) | $15.0000 | $15,000 | |
| He Xianghong | 12/14/2020 | 5 | $15.0000 | ($75) | 2/24/2021 | (780) | $15.0400 | $11,731 | |
| He Xianghong | 12/14/2020 | 157 | $15.0100 | ($2,357) | 2/24/2021 | (220) | $15.0400 | $3,309 | |
| He Xianghong | 12/14/2020 | 343 | $15.0100 | ($5,148) | 3/26/2021 | (20) | $8.3200 | $166 | |
| He Xianghong | 12/21/2020 | 5 | $13.9800 | ($70) | 3/26/2021 | (50) | $8.3200 | $416 | |
| He Xianghong | 12/21/2020 | 245 | $13.9800 | ($3,425) | 3/26/2021 | (200) | $8.3200 | $1,664 | |
| He Xianghong | 12/21/2020 | 250 | $13.8000 | ($3,450) | 3/26/2021 | (500) | $8.3200 | $4,160 | |
| He Xianghong | 12/30/2020 | 100 | $13.4500 | ($1,345) | 3/26/2021 | (230) | $8.3200 | $1,914 | |
| He Xianghong | 12/30/2020 | 200 | $13.4500 | ($2,690) | 5/26/2021 | (250) | $4.7000 | $1,175 | |
| He Xianghong | 12/31/2020 | 300 | $13.0000 | ($3,900) | 5/26/2021 | (480) | $4.9200 | $2,362 | |
| He Xianghong | 1/14/2021 | 400 | $12.5000 | ($5,000) | 6/11/2021 | (65) | $4.4600 | $290 | |
| He Xianghong | 1/14/2021 | 1,000 | $12.0000 | ($12,000) | 6/11/2021 | (735) | $4.4600 | $3,278 | |
| He Xianghong | 1/20/2021 | 300 | $16.9800 | ($5,094) | 6/11/2021 | (1,700) | $4.4600 | $7,582 | |
| He Xianghong | 2/23/2021 | 500 | $13.7700 | ($6,885) | 6/17/2021 | (100) | $4.1400 | $414 | |
| He Xianghong | 2/23/2021 | 98 | $13.8000 | ($1,352) | 6/17/2021 | (1,900) | $4.1400 | $7,866 | |
| He Xianghong | 2/23/2021 | 900 | $13.8000 | ($12,420) | 6/17/2021 | (1,000) | $4.0300 | $4,030 | |
| He Xianghong | 2/23/2021 | 2 | $13.8000 | ($28) | 6/17/2021 | (2,000) | $4.0300 | $8,060 | |
| He Xianghong | 2/23/2021 | 81 | $13.7700 | ($1,115) | 6/17/2021 | (4) | $4.0000 | $16 | |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**                                                            **7/19/2022 Closing**
**IPO Date: December 4, 2020**                                                                        $1.5300
**IPO Price: $10.50**        **November 17, 2021 1:4 Reverse Split**

|  |  |  |  |  |  |  |  |  | 11 |
|  | Purchase |  |  |  | Sales |  |  |  | Estimated |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| He Xianghong | 2/23/2021 | 919 | $13.7700 | ($12,655) | 6/17/2021 | (147) | $4.0000 | $588 | |
| He Xianghong | 2/23/2021 | 500 | $13.7000 | ($6,850) | 6/17/2021 | (500) | $4.0000 | $2,000 | |
| He Xianghong | 2/23/2021 | 80 | $13.3000 | ($1,064) | 6/17/2021 | (20) | $4.0000 | $80 | |
| He Xianghong | 2/23/2021 | 920 | $13.3000 | ($12,236) | 6/17/2021 | (330) | $4.0000 | $1,320 | |
| He Xianghong | 2/23/2021 | 77 | $13.1500 | ($1,013) | 6/17/2021 | (200) | $4.0000 | $800 | |
| He Xianghong | 2/23/2021 | 100 | $13.1500 | ($1,315) | 6/18/2021 | (56) | $4.0600 | $227 | |
| He Xianghong | 2/23/2021 | 40 | $13.1500 | ($526) | 6/18/2021 | (500) | $4.0600 | $2,030 | |
| He Xianghong | 2/23/2021 | 783 | $13.1500 | ($10,296) | 6/18/2021 | (100) | $4.0600 | $406 | |
| He Xianghong | 2/23/2021 | 2,000 | $13.0000 | ($26,000) | 6/18/2021 | (500) | $4.0600 | $2,030 | |
| He Xianghong | 2/23/2021 | 800 | $13.0000 | ($10,400) | 6/18/2021 | (100) | $4.0600 | $406 | |
| He Xianghong | 2/23/2021 | 500 | $13.0000 | ($6,500) | 6/18/2021 | (500) | $4.0600 | $2,030 | |
| He Xianghong | 2/23/2021 | 100 | $13.0000 | ($1,300) | 6/18/2021 | (43) | $4.0600 | $175 | |
| He Xianghong | 2/23/2021 | 493 | $13.0000 | ($6,409) | 7/2/2021 | (10) | $3.1700 | $32 | |
| He Xianghong | 2/23/2021 | 35 | $13.0000 | ($455) | 7/2/2021 | (35) | $3.1500 | $110 | |
| He Xianghong | 2/23/2021 | 72 | $13.0000 | ($936) | 7/2/2021 | (200) | $3.1500 | $630 | |
| He Xianghong | 3/3/2021 | 435 | $13.1000 | ($5,699) | 7/2/2021 | (40) | $3.1500 | $126 | |
| He Xianghong | 3/3/2021 | 200 | $13.1000 | ($2,620) | 7/2/2021 | (20) | $3.1600 | $63 | |
| He Xianghong | 3/3/2021 | 200 | $13.1000 | ($2,620) | 7/2/2021 | (28) | $3.1500 | $88 | |
| He Xianghong | 3/3/2021 | 100 | $13.1000 | ($1,310) | 7/2/2021 | (160) | $3.1500 | $504 | |
| He Xianghong | 3/3/2021 | 200 | $13.1000 | ($2,620) | 7/2/2021 | (667) | $3.1500 | $2,101 | |
| He Xianghong | 3/3/2021 | 200 | $13.1000 | ($2,620) | 7/2/2021 | (50) | $3.1500 | $158 | |
| He Xianghong | 3/3/2021 | 3 | $13.1000 | ($39) | 7/7/2021 | (10) | $2.8000 | $28 | |
| He Xianghong | 3/3/2021 | 12 | $13.1000 | ($157) | 7/7/2021 | (100) | $2.8000 | $280 | |
| He Xianghong | 3/3/2021 | 200 | $13.1000 | ($2,620) | 7/7/2021 | (900) | $2.7800 | $2,502 | |
| He Xianghong | 3/3/2021 | 450 | $13.1000 | ($5,895) | 7/7/2021 | (20) | $2.8000 | $56 | |
| He Xianghong | 3/4/2021 | 1,000 | $12.4400 | ($12,440) | 7/7/2021 | (2) | $2.8000 | $6 | |
| He Xianghong | 3/4/2021 | 1,420 | $12.0000 | ($17,040) | 7/7/2021 | (390) | $2.8000 | $1,092 | |
| He Xianghong | 3/4/2021 | 580 | $12.0000 | ($6,960) | 7/8/2021 | (10) | $2.8300 | $28 | |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**
**IPO Date: December 4, 2020**
**IPO Price: $10.50**          **November 17, 2021 1:4 Reverse Split**

**7/19/2022 Closing**
**$1.5300**

| | Purchase | | | | Sales | | | | 11 Estimated |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| He Xianghong | 3/4/2021 | 500 | $12.0000 | ($6,000) | 7/8/2021 | (252) | $2.8300 | $713 | |
| He Xianghong | 3/4/2021 | 2,000 | $11.8000 | ($23,600) | 7/8/2021 | (2,006) | $2.8300 | $5,677 | |
| He Xianghong | 3/4/2021 | 275 | $11.5000 | ($3,163) | 7/8/2021 | (100) | $2.8300 | $283 | |
| He Xianghong | 3/4/2021 | 60 | $11.5000 | ($690) | 7/27/2021 | (10,000) | $1.5500 | $15,500 | |
| He Xianghong | 3/4/2021 | 323 | $11.5000 | ($3,715) | | | | | |
| He Xianghong | 3/4/2021 | 200 | $11.5000 | ($2,300) | | | | | |
| He Xianghong | 3/4/2021 | 37 | $11.5000 | ($426) | | | | | |
| He Xianghong | 3/4/2021 | 186 | $11.5000 | ($2,139) | | | | | |
| He Xianghong | 3/4/2021 | 30 | $11.5000 | ($345) | | | | | |
| He Xianghong | 3/4/2021 | 33 | $11.5000 | ($380) | | | | | |
| He Xianghong | 3/4/2021 | 500 | $11.5000 | ($5,750) | | | | | |
| He Xianghong | 3/4/2021 | 1 | $11.5000 | ($12) | | | | | |
| He Xianghong | 3/4/2021 | 228 | $11.5000 | ($2,622) | | | | | |
| He Xianghong | 3/4/2021 | 96 | $11.5000 | ($1,104) | | | | | |
| He Xianghong | 3/4/2021 | 4 | $11.5000 | ($46) | | | | | |
| He Xianghong | 3/4/2021 | 27 | $11.5000 | ($311) | | | | | |
| He Xianghong | 3/10/2021 | 75 | $11.4000 | ($855) | | | | | |
| He Xianghong | 3/10/2021 | 425 | $11.4000 | ($4,845) | | | | | |
| He Xianghong | 3/10/2021 | 499 | $11.2800 | ($5,629) | | | | | |
| He Xianghong | 3/10/2021 | 1 | $11.2800 | ($11) | | | | | |
| He Xianghong | 3/10/2021 | 2,500 | $11.0000 | ($27,500) | | | | | |
| He Xianghong | 4/7/2021 | 1,000 | $7.1000 | ($7,100) | | | | | |
| He Xianghong | 4/9/2021 | 230 | $6.8800 | ($1,582) | | | | | |
| He Xianghong | 7/14/2021 | 1,000 | $2.5600 | ($2,560) | | | | | |
| He Xianghong | 7/20/2021 | 2,000 | $2.4000 | ($4,800) | | | | | |
| He Xianghong | 7/20/2021 | 2,000 | $2.3600 | ($4,720) | | | | | |
| He Xianghong | 10/11/2021 | 5,000 | $0.8400 | ($4,200) | | | | | |
| He Xianghong | 11/17/2021 | 5,000 | | | | | | | |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**                                                      **7/19/2022 Closing |**
**IPO Date: December 4, 2020**                                                                    $1.5300
**IPO Price: $10.50        November 17, 2021 1:4 Reverse Split**

|  |  |  |  |  |  |  |  |  | 11 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | **Purchase** |  |  |  | **Sales** |  |  |  | **Estimated** |
| **Plaintiff** | **Date** | **Shares** | **Price** | **Amount** | **Date** | **Shares** | **Price** | **Amount** | **Gain(Loss)** |
| He Xianghong | 11/17/2021 | 1,250 | 1:4 reverse split |  |  |  |  |  |  |
| He Xianghong | 11/17/2021 | 1,500 | $2.9000 | ($4,350) | 12/15/2021 | (5) | $1.3000 | $7 |  |
| He Xianghong | 11/17/2021 | 2,000 | $2.8400 | ($5,680) | 12/15/2021 | (1) | $1.3000 | $1 |  |
| He Xianghong | 11/17/2021 | 45 | $2.7900 | ($126) | 12/15/2021 | (2) | $1.3000 | $3 |  |
| He Xianghong | 11/17/2021 | 1,955 | $2.7900 | ($5,454) | 12/15/2021 | (1) | $1.3000 | $1 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (1) | $1.3000 | $1 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (1) | $1.3000 | $1 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (4) | $1.3000 | $5 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (847) | $1.3000 | $1,101 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (183) | $1.3000 | $238 |  |
| He Xianghong |  |  |  |  | 12/15/2021 | (5,705) | $1.3000 | $7,417 |  |
| **He Xianghong, Acct 1** |  | **44,035** |  | **($380,175)** |  | **(40,285)** |  | **$187,026** | **($140,148)** |
|  |  |  |  |  |  |  |  |  |  |
| Account 2 |  |  |  |  |  |  |  |  |  |
| He Xianghong | 3/12/2021 | 1,000 | $10.9000 | ($10,900) | 6/2/2021 | (1,888) | $5.3500 | $10,101 |  |
| He Xianghong | 3/17/2021 | 1,000 | $10.7800 | ($10,780) | 6/8/2021 | (2,000) | $3.9500 | $7,900 |  |
| He Xianghong | 3/24/2021 | 800 | $8.2558 | ($6,605) | 7/2/2021 | (2,000) | $3.3300 | $6,660 |  |
| He Xianghong | 3/26/2021 | 200 | $7.8000 | ($1,560) |  |  |  |  |  |
| He Xianghong | 3/26/2021 | 200 | $7.6000 | ($1,520) |  |  |  |  |  |
| He Xianghong | 3/26/2021 | 300 | $7.5000 | ($2,250) |  |  |  |  |  |
| He Xianghong | 3/26/2021 | 300 | $7.4000 | ($2,220) |  |  |  |  |  |
| He Xianghong | 3/26/2021 | 200 | $7.0600 | ($1,412) |  |  |  |  |  |
| He Xianghong | 3/26/2021 | 1,000 | $6.8800 | ($6,880) |  |  |  |  |  |
| He Xianghong | 4/16/2021 | 1,000 | $6.3700 | ($6,370) |  |  |  |  |  |
| He Xianghong | 4/16/2021 | 230 | $6.3100 | ($1,451) |  |  |  |  |  |
| He Xianghong | 6/4/2021 | 1,000 | $4.5100 | ($4,510) |  |  |  |  |  |
| He Xianghong | 7/20/2021 | 6,000 | $2.4000 | ($14,400) |  |  |  |  |  |
| He Xianghong | 9/29/2021 | 2,200 | $0.8860 | ($1,949) |  |  |  |  |  |

**17 Education & Technology Group Inc. (YQ)**
**Class Period: December 4, 2020 IPO**                                                                    **7/19/2022 Closing I**
**IPO Date: December 4, 2020**                                                                                 $1.5300
**IPO Price: $10.50**          **November 17, 2021 1:4 Reverse Split**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| He Xianghong | 11/17/2021 | 9,542 | | | | | | | |
| He Xianghong | 11/17/2021 | 2,386 | 1:4 reverse split | | | | | | |
| He Xianghong | | | | | 12/16/2021 | (2,385) | $1.2800 | $3,053 | |
| **He Xianghong, Acct 2** | | **15,430** | | **($72,807)** | | **(8,273)** | | **$27,714** | **($44,413)** |