**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZIQI ZHANG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>17 EDUCATION & TECHNOLOGY GROUP INC., ANDY CHANG LIU, MICHAEL CHAO DU, DUN XIAO, TUCK LYE KOH, COLLEEN A. DE VRIES, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS (ASIA) L.L.C., BOFA SECURITIES, INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, and COGENCY GLOBAL INC.<br><br>Defendants. | Case No.: 2:22-cv-04937-FWS-JEM<br><br>**ORDER GRANTING STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404 AND TO EXTEND TIME TO RESPOND TO COMPLAINT [26]** |

///

///

///

1

The Court, having read and considered the parties' Stipulation re Transfer of Case To United States District Court For The Southern District Of New York Pursuant To 28 U.S.C. § 1404 and Extending Time To Respond To Complaint [26], and good cause appearing, hereby **ORDERS** as follows:

1.    Pursuant to 28 U.S.C. §1404(a), this Action shall be transferred to the United States District Court for the Southern District of New York.

2.    Defendants are not required to respond to the complaint previously filed in this Action.

3.    Once this Action is transferred to the Southern District of New York, Lead Plaintiffs and Defendants shall promptly meet and confer regarding a schedule for the filing of an amended complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss.  The parties shall meet and confer and submit a joint stipulation with a proposed schedule no later than **fourteen (14)** business days following the transfer of this Action.

4.    Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

**IT IS SO ORDERED**.

DATED: November 10, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2