UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WONG HAPING and HE XIANGHONG,    :
individually and on behalf of all others    :
similarly situated,    :
   :
       Plaintiffs,    :
   :    22-cv-9843 (LAK) (SDA)
     v.    :
   :    **Oral Argument Requested**
17 EDUCATION & TECHNOLOGY    :
GROUP INC., ANDY CHANG LIU,    :
MICHAEL CHAO DU, DUN XIAO, TUCK    :
LYE KOH, QIN WEN, JIAWEI GAN, BING    :
YUAN, COLLEEN A. DE VRIES,    :
COGENCY GLOBAL INC., MORGAN    :
STANLEY & CO. LLC, GOLDMAN SACHS :
(ASIA) L.L.C., BOFA SECURITIES, INC.,    :
CHINA RENAISSANCE SECURITIES    :
(HONG KONG) LIMITED, and TIGER    :
BROKERS (NZ) LIMITED,    :
   :
       Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants 17 Education & Technology Group Inc. ("17 Education"), Cogency Global Inc., and Colleen A. De Vries in this Action.

2.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

     Exhibit A....................First Amended Class Action Complaint, ECF. No. 37 (Jan. 31, 2023)

Exhibit B ....................Excerpts from 17 Education's Initial Public Offering Prospectus (Dec. 4, 2020)

Exhibit C ....................Excerpts from 17 Education's SEC Form S-8 Registration Statement (Apr. 30, 2021)

Exhibit D....................Excerpts from 17 Education's SEC Form 20-F, 2020 Annual Report (Apr. 9, 2021)

Exhibit E ....................State Council Opinion on the Regulation of the Development of After-School Training Institutions ("Circular 80") (Aug. 6, 2018) [translation]

Exhibit F....................Tu Hao, *Minister of Education Chen Baosheng: Comprehensive Management of Online and Offline After-School Training Will Be Carried Out*, Xinhua News Website (Mar. 12, 2019) [translation]

Exhibit G....................Minister of Education Chen Baosheng Speech (Nov. 10, 2020) [translation]

Exhibit H....................Xu Zhuang & Hu Hao, *Ministry of Education Emphasizes "Internal and External Linkage" to Regulate After-School Tutoring Institutions*, Xinhua News Agency (Dec. 4, 2020) [translation]

Exhibit I ....................Minister of Education Chen Baosheng Conference Speech (Jan. 7, 2021) [translation]

Exhibit J ....................Cao Jian, *The Ministry of Education Responds to the "Double Reduction" Problem: This Year, the Governance of After-School Tutoring Institutions Will Be Included in the Key Tasks*, China Education Online (Mar. 31, 2021) [translation]

Exhibit K....................17 Education's Form 6-K, Press Release—*17 Education & Technology Group Inc. Announces First Quarter 2021 Unaudited Financial Results* (May 25, 2021)

Exhibit L ....................*Beijing's Concerns About Overworked Students Upend the Plans of China's Edtech Startups*, Fortune (May 31, 2021)

Exhibit M ...................Samuel Shen et al., *China Bars For-Profit Tutoring in Core School Subjects*, Reuters (July 23, 2021)

Exhibit N....................CPC Central Committee and State Council Opinions on Further Reducing Students' Homework Burden and After-School Tutoring Burden in Compulsory Education ("July 2021 Ban") (July 24, 2021) [translation]

Exhibit O....................Allen K. Wan et al., *Why China Is Cracking Down on Education-Tech Firms*, Bloomberg News (June 9, 2021)

Exhibit P....................Julie Zhu, *China to Unveil Tough New Rules for Private Tutoring Sector*, Reuters (June 16, 2021)

Exhibit Q....................Keith Zhai, *China Takes Aim at Educational Costs as It Seeks to Reverse Birthrate Decline*, Wall St. J. (June 24, 2021)

Exhibit R....................Elizabeth Wozobski, *China is Clamping Down on Cram Schools*, Economist (June 24, 2021)

Exhibit S....................Summary Chart of Amended Complaint ¶¶ 52-54, 56-62, 73-79

Exhibit T....................*China Sounds the Alarm Over Its Stressed-Out Schoolchildren*, The Economist (Aug. 18, 2018)

Exhibit U....................Huizhong Wu, *In Echo of Mao Era, China's Schools in Book-Cleansing Drive*, Reuters (July 9, 2020)

Exhibit V....................Valerie Strauss, *China's 10 New and Surprising School Reform Rules*, The Washington Post (Oct. 30, 2013)

Exhibit W....................Historic Stock Prices


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023, in New York, New York.


/s/ Robert A. Fumerton
Robert A. Fumerton

3