# Exhibit E

**Opinions of the General Office of the State Council on Regulating the Development of After-School Tutoring Institutions**

| | |
|---|---|
| Document Number: | No. 80 [2018] of the General Office of the State Council |
| Area of Law: | General Provisions on Education |
| Level of Authority: | Regulatory Documents of the State Council |
| Date Issued: | 08-06-2018 |
| Effective Date: | 08-06-2018 |
| Issuing Authority: | General Office of the State Council |
| Status: | Effective |

Opinions of the General Office of the State Council on Regulating the Development of After-School Tutoring Institutions

国务院办公厅关于规范校外培训机构发展的意见

(No. 80 [2018] of the General Office of the State Council)

（国办发〔2018〕80号）

The people's governments of all provinces, autonomous regions, and municipalities directly under the Central Government; all ministries and commissions of the State Council; and all institutions directly under the State Council:

各省、自治区、直辖市人民政府，国务院各部委、各直属机构：

[CLI Code]CLI.2.320458(EN)

Non-qualification education tutoring provided by after-school tutoring institutions for primary and secondary school students (hereinafter referred to as the "after-school tutoring institutions") are a supplement to school education and play a positive role in meeting the selective learning needs of primary and secondary school students, cultivating and developing interests and strengths, and expanding comprehensive qualities. However, over recent years, some after-school tutoring institutions have, in violation of the law of education and the law of the growth and development of youths, provided tutoring oriented to "exams," which has brought extracurricular burden to primary and secondary school students, increased the economic stress on families, undermined a good educational ecology, and attracted intensive publicity. For the purpose of effectively reducing the excess extracurricular burden on primary and secondary school students and promoting the well-regulated and orderly development of after-school tutoring institutions, the following opinions are hereby offered with the approval of the State Council.

面向中小学生的校外培训机构（以下简称校外培训机构）开展非学历教育培训是学校教育的补充，对于满足中小学生选择性学习需求、培育发展兴趣特长、拓展综合素质具有积极作用。但近年来，一些校外培训机构违背教育规律和青少年成长发展规律，开展以"应试"为导向的培训，造成中小学生课外负担过重，增加了家庭经济负担，破坏了良好的教育生态，社会反映强烈。为切实减轻中小学生过重课外负担，促进校外培训机构规范有序发展，经国务院同意，现提出如下意见。

I. General requirements

一、总体要求

[CLI Code]CLI.2.320458(EN)

1. Guiding ideology. Xi Jinping Thought on Socialism with Chinese Characteristics in a New Era shall be taken as the guidance, the spirit of the 19th CPC National Congress and the Second and Third Plenary Sessions of the 19th CPC Central Committee shall be thoroughly implemented, the party's educational policy shall be comprehensively executed, the development of virtues and cultivation of people shall be adhered to, quality education shall be developed, it shall be taken as the basis to promote the sound physical and mental development of primary and secondary school students, it shall be regarded as the focus to establish and improve a regulatory mechanism of after-school tutoring institutions, and efforts shall be made to develop a long-term mechanism for the well-regulated and orderly development of after-school tutoring institutions, so as to practically resolve the problem of excess extracurricular burden on primary and secondary school students which has attracted intensive publicity and form a good pattern of collaboration between school education and after-school education.

（一）指导思想。以习近平新时代中国特色社会主义思想为指导，深入贯彻落实党的十九大和十九届二中、三中全会精神，全面贯彻党的教育方针，坚持立德树人，发展素质教育，以促进中小学生身心健康发展为落脚点，以建立健全校外培训机构监管机制为着力点，努力构建校外培训机构规范有序发展的长效机制，切实解决人民群众反映强烈的中小学生课外负担过重问题，形成校内外协同育人的良好局面。

2. Basic principles.

（二）基本原则。

Lawful regulation: The approval and registration of after-school tutoring institutions, special governance, and the strengthening of routine regulation shall be conducted in accordance with the laws and regulations, so as to practically regulate the after-school tutoring order. After-school tutoring institutions shall conduct tutoring business and related activities in accordance with the laws and regulations and consciously safeguard the lawful rights and interests of primary and secondary school students and their parents.

依法规范。依法依规对校外培训机构进行审批登记、开展专项治理、强化日常监管，切实规范校外培训秩序。校外培训机构依法依规开展培训业务和相关活动，自觉维护中小学生及家长合法权益。

Classification administration: The development of tutoring classes aimed at cultivating primary and secondary school students' interests, innovative spirits, and practical capabilities shall be encouraged, the focus shall be on regulating knowledge-oriented tutoring in Chinese, mathematics, English, physics, chemistry, biology and other subjects, and exam-oriented, excess, and advance tutoring classes and admission and entrance-linked conduct shall be resolutely banned.

分类管理。鼓励发展以培养中小学生兴趣爱好、创新精神和实践能力为目标的培训，重点规范语文、数学、英语及物理、化学、生物等学科知识培训，坚决禁止应试、超标、超前培训及与招生入学挂钩的行为。

Comprehensively implementing policies: School, social and family education shall be coordinated, and while the tutoring conduct of after-school tutoring institutions is regulated, the education and teaching of primary and secondary schools shall be improved, so as to enhance the quality of school education and after-school service capabilities, strengthen the primary educational status of schools, vigorously promote parents in changing their educational concepts, gain both temporary and permanent solutions, and strive for actual effects.

综合施策。统筹学校、社会和家庭教育，既规范校外培训机构培训行为，又同步改进中小学教育教学，提高学校教育质量和课后服务能力，强化学校育人主体地位，积极推动家长转变教育观念，做到标本兼治、务求实效。

Collaborative governance: The coordination between provinces and prefecture cities (cities) shall be enhanced, and the county-based administrative responsibilities shall be implemented. A work coordination mechanism shall be established and improved, relevant authorities shall perform their respective duties and cooperate based on division of labor, approval, registration, supervision, and administration shall be conducted in a coordinated manner, and comprehensive governance forces shall be joined, so as to ensure active and due advancement.

协同治理。强化省地（市）统筹，落实以县为主管理责任。建立健全工作协调机制，有关部门各司其职、分工协作，统筹做好审批登记和监督管理，形成综合治理合力，确保积极稳妥推进。

**II**. Clearly setting standards

二、明确设置标准

3. Determining and setting standards. Provincial education authorities shall, in conjunction with relevant authorities, based on the actual circumstances, study the development of specific standards for establishment of after-school tutoring institutions; or if all the prefecture cities in the same province differ significantly, may authorize education authorities at the prefecture level, in conjunction with relevant local authorities, to develop such standards, which shall be filed with provincial education authorities and relevant authorities.

（三）确定设置标准。省级教育部门要会同有关部门，结合本地实际，研究制订校外培训机构设置的具体标准；省域内各地市差距大的，可授权地市级教育部门会同当地有关部门制订，并向省级教育部门及有关部门备案。

4. Following basic requirements. The standards in each region must meet the following basic requirements. In terms of venue conditions, an after-school tutoring institution must have a fixed venue that meet safety conditions, and the average area per student within the same tutoring period shall not be less than three square meters, so as to ensure non-jams and easy evacuation; and the requirements of administrative provisions issued by the state for fire protection, environmental protection, health, and food operation, among others, must be met. The risk of safety accidents shall be prevented and resolved by taking out personal safety insurance for tutees and other necessary means. In terms of faculty, an after-school tutoring institution must have a relatively stable faculty and may not employ in-service primary and secondary school teachers. A person employed to engage in tutoring must abide by the constitution and the law, love the education cause, be of integrity, and have corresponding tutoring capabilities; and teachers engaging in knowledge-based tutoring in Chinese, mathematics,

（四）遵循基本要求。各地标准必须达到以下基本要求。场所条件方面，校外培训机构必须有符合安全条件的固定场所，同一培训时段内生均面积不低于3平方米，确保不拥挤、易疏散；必须符合国家关于消防、环保、卫生、食品经营等管理规定要求。通过为参训对象购买人身安全保险等必要方式，防范和化解安全事故风险。师资条件方面，校外培训机构必须有相对稳定的师资队伍，不得聘用中小学在职教师。所聘从事培训工作的人员必须遵守宪法和法律，热爱教育事业，具有良好的思想品德和相应的培训能力；从事语文、数学、英语及物理、化学、生物等学科知识培训的教师应具有相应的教师资格。培训

Saved on: 02/19/2023

English, physics, chemistry, biology and other subjects shall qualify as teachers. A tutoring institution shall enter into an engagement contract, labor contract, or service agreement with an employed person according to the law. A foreigner must be employed according to the relevant provisions issued by the state. In terms of management conditions, an after-school tutoring institution must uphold and strengthen party leadership and achieve simultaneous planning of party construction, simultaneous establishment of party organization, and simultaneous conduct of party work, so as to ensure the correct direction of education. It must have well-regulated bylaws and corresponding management system and clarify its object of tutoring, scope of business, decision-making mechanism, fund management, guarantee conditions, and service commitments, among others.

机构应当与所聘人员依法签订聘用合同、劳动合同或劳务协议。聘用外籍人员须符合国家有关规定。管理条件方面，校外培训机构必须坚持和加强党的领导，做到党的建设同步谋划、党的组织同步设置、党的工作同步开展，确保正确的办学方向。必须有规范的章程和相应的管理制度，明确培训宗旨、业务范围、议事决策机制、资金管理、保障条件和服务承诺等。

**III**. Granting approval and registration according to the law

三、依法审批登记

5. Ensuring completeness of business license and permits. An after-school tutoring institution may provide tutoring services only after obtaining a school permit upon approval, being registered, and obtaining a business license (or a corporate certificate for public institution, or a non-enterprise private entity registration certificate, similarly hereinafter). If an after-school tutoring institution with a school permit and a business license does not meet the set standards, it shall take corrective action as required by the standards, and if the corrective action is ineffective, it shall have its school permit suspended according to the law, cease tutoring activities, and have its registration modified or canceled as legally required.

（五）确保证照齐全。校外培训机构必须经审批取得办学许可证后，登记取得营业执照（或事业单位法人证书、民办非企业单位登记证书，下同），才能开展培训。已取得办学许可证和营业执照的，如不符合设置标准，应当按标准要求整改，整改不到位的要依法吊销办学许可证，终止培训活动，并依法办理变更或注销登记。

Saved on: 02/19/2023

6. Strictly granting approval and registration. The approval and registration of after-school tutoring institutions shall be placed under territorial jurisdiction. County-level education authorities shall be responsible for granting approval and issuing school permits, and without the approval of the education authority, an after-school tutoring institution may not conduct tutoring business for primary and secondary school students in the name of private tutoring, counseling, or cultural dissemination. If an after-school tutoring institution establishes a branch office or tutoring station in the same county, it must have approval; and, if it establishes a branch office or tutoring station out of county, it must obtain the approval from the county-level education authority in the place of the branch office or tutoring station. A primary or secondary school may not establish or participate in the establishment of an after-school tutoring institution.

（六）严格审批登记。校外培训机构审批登记实行属地化管理。县级教育部门负责审批颁发办学许可证，未经教育部门批准，任何校外培训机构不得以家教、咨询、文化传播等名义面向中小学生开展培训业务。校外培训机构在同一县域设立分支机构或培训点的，均须经过批准；跨县域设立分支机构或培训点的，需到分支机构或培训点所在地县级教育部门审批。中小学校不得举办或参与举办校外培训机构。

IV. Regulating tutoring conduct

四、规范培训行为



[CLI Code]CLI.2.320458(EN)

7. Detailing tutoring arrangements. An after-school tutoring institution shall file the contents, levels, enrollment targets, progress, and class time of the knowledge-based tutoring of Chinese, mathematics, English, physics, chemistry, biology and other subjects with the county-level education authority in the place where it is located and release them; and tutoring contents shall not exceed the corresponding curriculum standards issued by the state, tutoring levels must match the grades of the enrollment targets, and tutoring progress may not be ahead of the progress of primary and secondary schools in the county (district) for the same period. An after-school tutoring institution may not have a tutoring time in conflict with the teaching time of the local primary and secondary schools, end tutoring later than 20:30, or give homework; and shall be strictly prohibited from organizing grading exams, contests, or ranking in relation to primary and secondary school subjects.

（七）细化培训安排。校外培训机构开展语文、数学、英语及物理、化学、生物等学科知识培训的内容、班次、招生对象、进度、上课时间等要向所在地县级教育部门备案并向社会公布；培训内容不得超出相应的国家课程标准，培训班次必须与招生对象所处年级相匹配，培训进度不得超过所在县（区）中小学同期进度。校外培训机构培训时间不得和当地中小学校教学时间相冲突，培训结束时间不得晚于20:30，不得留作业；严禁组织举办中小学生学科类等级考试、竞赛及进行排名。

8. Being honest. An after-school tutoring institution shall formulate an enrollment brochure faithfully, make admission advertisements in the same manner, file them with the approval authority, publish them, and consciously accept supervision. It shall honor service commitments and abstain from making falsehood as to tutoring contents. It shall not force students to receive tutoring by violence, threat, or any other means. It shall continuously improve education and teaching, enhance tutoring quality, and strive to improve the satisfaction of tutees.

（八）践行诚实守信。校外培训机构应实事求是地制订招生简章、制作招生广告，向审批机关备案并向社会公示，自觉接受监督。要认真履行服务承诺，杜绝培训内容名不符实。不得以暴力、威胁等手段强迫学生接受培训。要不断改进教育教学，提高培训质量，努力提升培训对象满意度。

[CLI Code]CLI.2.320458(EN)

9. Regulating administration of fees. The provisions on financial and asset management issued by the state shall be strictly implemented, the chargeable period and teaching arrangements shall be coordinated, and fees for a period spanning more than three months may not be collected at one time. The education authorities in all regions shall strengthen cooperation with financial authorities and explore the strengthening of the regulation of tutoring institutions' funds by establishing special accounts for tuition and fees, strictly controlling the minimum balance and large capital flows of the accounts, and other measures. Tutoring institutions shall publish chargeable items and fee rates and accept the supervision of relevant authorities, and shall not collect other fees irrelevant to the published items and standards, or apportion expenses among or forcibly raise funds from tutees in any name. For tutoring courses that have not been completed by a tutee, the matters related to refunds shall be strictly governed by the contract between the two parties and relevant laws and provisions.

（九）规范收费管理。严格执行国家关于财务与资产管理的规定，收费时段与教学安排应协调一致，不得一次性收取时间跨度超过3个月的费用。各地教育部门要加强与金融部门的合作，探索通过建立学杂费专用账户、严控账户最低余额和大额资金流动等措施加强对培训机构资金的监管。培训机构收费项目及标准应当向社会公示，并接受有关部门的监督，不得在公示的项目和标准外收取其他费用，不得以任何名义向培训对象摊派费用或者强行集资。对于培训对象未完成的培训课程，有关退费事宜严格按双方合同约定以及相关法律规定办理。

V. Enhancing supervision and administration

五、强化监督管理

Saved on: 02/19/2023

[CLI Code]CLI.2.320458(EN)

10. Improving routine regulation. All regions shall effectively strengthen the routine regulation of operations of after-school tutoring institutions, adhere to the principle that the approval authority conducts regulation and the authority in charge conducts regulation, prevent the phenomenon of focusing on approval but neglecting regulation, so as to improve the regulatory responsibility system and working mechanism, and effectively strengthen the building of the regulatory team. Education authorities shall be responsible for investigating and punishing institutions that conduct illegal operations without a school permit, focus on the effective regulation of tutoring content, tutoring levels, enrollment targets, teachers' qualifications, and tutoring conduct on the basis of effectively conducting the approval work in relation to school permits, and take the lead in organizing comprehensive law enforcement with respect to the after-school tutoring market; market regulation authorities shall focus on the effective regulation in relevant registration, fees, advertising, combating monopoly, and other aspects; human resources and social security authorities shall focus on the effective regulation of vocational training institutions providing tutoring for primary and secondary school students without approval; institutional organization and civil affairs authorities shall focus on the effective regulation of after-school tutoring institutions in violation of the relevant provisions on the administration of registration; public security, emergency management, health, and food regulation authorities shall focus on the effective regulation of the safety, health, and food condition guarantees of after-school tutoring institutions; and cyberspace administration, culture, industry and information technology, and radio and television authorities shall cooperate within their authority with education authorities in effectively regulating online education.

（十）完善日常监管。各地要切实加强对校外培训机构办学行为的日常监管，坚持谁审批谁监管、谁主管谁监管，防止重审批轻监管，健全监管责任体系和工作机制，切实加强监管队伍建设。教育部门负责查处未取得办学许可证违法经营的机构，并在做好办学许可证审批工作基础上，重点做好培训内容、培训班次、招生对象、教师资格及培训行为的监管工作，牵头组织校外培训市场综合执法；市场监管部门重点做好相关登记、收费、广告宣传、反垄断等方面的监管工作；人力资源社会保障部门重点做好职业培训机构未经批准面向中小学生开展培训的监管工作；机构编制、民政部门重点做好校外培训机构违反相关登记管理规定的监管工作；公安、应急管理、卫生、食品监管部门重点做好校外培训机构的安全、卫生、食品条件保障的监管工作；网信、文化、工业和信息化、广电部门在各自职责范围内配合教育部门做好线上教育监管工作。

Saved on: 02/19/2023

[CLI Code]CLI.2.320458(EN)

11. Implementing the annual inspection and annual reporting system. County-level education authorities shall, in conjunction with relevant authorities, in accordance with the standards for establishing after-school tutoring institutions, conditions for approval, requirements for school operations, and provisions on administration of registration, improve administration measures and carefully organize the publication of annual inspection and annual reports. If an after-school tutoring institution listed overseas discloses information which produces a material detrimental effect on the company's operations to the public overseas, such as periodic reports and interim reports, it shall concurrently disclose to the public the information in Chinese in the company's website (or in the absence of such website, in the securities information disclosure platform) and accept supervision. If an after-school tutoring institution conceals facts, makes falsification, or operates in violation of any law or regulation, as discovered in spot check on the published information on annual inspection and annual reports, or fails to accept annual inspection, or submit an annual report, it shall be dealt with in accordance with the laws and regulations, or its school permit shall be suspended, with relevant persons held legally liable.

（十一）落实年检年报制度。县级教育部门要会同有关部门按照校外培训机构设置标准、审批条件、办学行为要求和登记管理有关规定完善管理办法，认真组织开展年检和年度报告公示工作。在境外上市的校外培训机构向境外公开披露的定期报告及对公司经营活动有重大不利影响的临时报告等信息，应以中文文本在公司网站（如无公司网站，应在证券信息披露平台）向境内同步公开、接受监督。对经年检和年报公示信息抽查检查发现校外培训机构隐瞒实情、弄虚作假、违法违规办学，或不接受年检、不报送年度报告的，要依法依规严肃处理，直至吊销办学许可证，追究有关人员的法律责任。




12. Releasing blacklists and white lists. The white list system shall be fully promoted, and for those who have received registration and approval, a list and main information of after-school tutoring institutions shall be released in the government website and updated in a timely manner according to routine regulation and the publication of annual inspection and annual reports. All regions may develop a negative list based on the requirement for the setup and administration of after-school tutoring institutions. An after-school tutoring institution that has received approval and registration but commits conduct enumerated on the negative list shall be promptly removed from the white list and blacklisted; and an after-school tutoring institution illegally established without approval or registration shall be seriously investigated and punished and blacklisted. Blacklist information shall be incorporated into the National Credit Information Sharing Platform, and joint punishment shall be implemented in accordance with relevant provisions. The administrative permit information, administrative punishment information, blacklist information, and spot check and inspection results of for-profit after-school tutoring institutions shall be collected by the National Enterprise Credit Information Publication System, filed under the names of the corresponding enterprises, and published according to the law. The dishonest conduct of non-profit after-school tutoring institutions shall be placed under credit administration in accordance with the relevant provisions on the administration of credit information of social organizations and published according to the law.

（十二）公布黑白名单。全面推行白名单制度，对通过审批登记的，在政府网站上公布校外培训机构的名单及主要信息，并根据日常监管和年检、年度报告公示情况及时更新。各地可根据校外培训机构的设置和管理要求，建立负面清单。对已经审批登记，但有负面清单所列行为的校外培训机构，应当及时将其从白名单上清除并列入黑名单；对未经批准登记、违法违规举办的校外培训机构，予以严肃查处并列入黑名单。将黑名单信息纳入全国信用信息共享平台，按有关规定实施联合惩戒。将营利性校外培训机构的行政许可信息、行政处罚信息、黑名单信息、抽查检查结果等归集至国家企业信用信息公示系统，记于相对应企业名下并依法公示。对于非营利性校外培训机构的失信行为，依据社会组织信用信息管理有关规定进行信用管理并依法公示。

**VI**. Improving the education capabilities of primary and secondary schools

六、提高中小学育人能力

[CLI Code]CLI.2.320458(EN)

13. Improving the quality of teaching. The construction of teachers' morality and ethics in primary and secondary schools shall be strengthened, and teachers shall be encouraged to be paragons of virtue and learning and dedicated to teaching and education. Primary and secondary schools shall sufficiently, completely and effectively offer all courses in strict accordance with curriculum plans, curriculum standards and school teaching plans issued by the state. Education authorities in all regions shall guide primary and secondary schools in conducting research and judgment and taking corrective action in strict accordance with the standards for school management, strictly regulate education and teaching, and strive to improve the quality of education and teaching, so as to create conditions for effectively easing the extracurricular burden on primary and secondary school students. Strict and lawful management of education shall be adhered to, and for non-compliance with teaching plans, "non-zero starting point teaching," and other conduct of primary and secondary schools, relevant principals and teachers shall be resolutely investigated and held liable; and if primary and secondary school teachers commit such conduct as "giving instructions at after-school tutoring institutions instead of schools" and inducing or forcing students to enroll for the tutoring provided by after-school tutoring institutions, they shall be dealt with seriously, or even the relevant teachers shall be disqualified as teachers.

（十三）提升教学质量。切实加强中小学师德师风建设，鼓励广大教师为人师表、潜心教书育人。中小学校必须严格按照国家发布的课程方案、课程标准和学校教学计划，开足、开齐、开好每门课程。各地教育部门要指导中小学校，按照学校管理有关标准对标研判、依标整改，严格规范教育教学行为，努力提高教育教学质量，为切实减轻中小学生课外负担创造条件。坚持依法从严治教，对中小学校不遵守教学计划、"非零起点教学"等行为，要坚决查处并追究有关校长和教师的责任；对中小学教师"课上不讲课后到校外培训机构讲"、诱导或逼迫学生参加校外培训机构培训等行为，要严肃处理，直至取消有关教师的教师资格。

Saved on: 02/19/2023

[CLI Code]CLI.2.320458(EN)

14. Strictly and impartially enforcing admission discipline. Admission discipline for primary and secondary schools shall be strict, primary and secondary schools and after-school tutoring institutions shall be resolutely prohibited from jointly enrolling students, and the act of linking the tutoring results of an after-school tutoring institution with the enrollment by primary and secondary schools shall be firmly investigated and punished, in which case the relevant schools, after-school tutoring institutions and related persons shall be held liable in accordance with the law.

（十四）严明入学纪律。严肃中小学招生入学工作纪律，坚决禁止中小学校与校外培训机构联合招生，坚决查处将校外培训机构培训结果与中小学校招生入学挂钩的行为，并依法追究有关学校、校外培训机构和相关人员责任。



Saved on: 02/19/2023

15. Effectively providing after-school services. All regions shall create conditions, increase investment, improve policies, strengthen the role of primary and secondary schools as main channels for after-school services, and generally establish a flexible school leaving system. Primary and secondary schools shall fully exploit the potential of their faculty and buildings, energetically use external resources, capitalize on the role of parent committees, and strive to open up a variety of appropriate ways, so as to help students develop interests and strengths, broaden their horizons, and enhance practice and continuously upgrade after-school services, and may provide free tutoring for students who have difficulty studying. After-school services shall be resolutely prevented from becoming collective teaching or remedial courses. All regions may, according to the nature of after-school services, raise funds by financial subsidies, service charges, on-behalf collection of fees, and other means. When the relevant authorities confirm the total amount of pay-for-performance, they shall give due consideration to the factor that schools and entities provide after-school services; and the schools and entities shall appropriately weight the total amount of confirmed pay-for-performance in favor of teachers engaging in the after-school services. If a service charge or on-behalf collection of charges is to be set, cost compensation and non-profit principle shall be adhered to, and the provincial education authority and price department shall jointly report to the provincial people's government for approval before implementation according to relevant provisions. Whether primary and secondary school students enroll in after-school services shall be voluntarily decided by students and their parents, and all regions shall be strictly prohibited from arbitrarily collecting charges in the name of after-school services.

（十五）做好课后服务。各地要创造条件、加大投入、完善政策，强化中小学校在课后服务中的主渠道作用，普遍建立弹性离校制度。中小学校要充分挖掘学校师资和校舍条件的潜力，并积极利用校外资源，充分发挥家长委员会的作用，努力开辟多种适宜的途径，帮助学生培养兴趣、发展特长、开拓视野、增强实践，不断提高课后服务水平，可为个别学习有困难的学生提供免费辅导。坚决防止课后服务变相成为集体教学或补课。各地可根据课后服务性质，采取财政补贴、收取服务性收费或代收费等方式筹措经费。有关部门在核定绩效工资总量时，应当适当考虑学校和单位开展课后服务因素；学校和单位在核定的绩效工资总量内，对参与课后服务的教师给予适当倾斜。设定服务性收费或代收费的，应当坚持成本补偿和非营利原则，按有关规定由省级教育部门和价格主管部门联合报省级人民政府审定后执行。中小学生是否参加课后服务，由学生和家长自愿选择，严禁各地以课后服务名义乱收费。

Saved on: 02/19/2023

## VII. Strengthening organizational leadership

七、加强组织领导

16. Improving working mechanisms. All regions shall practically improve understanding and put the regulation of development of after-school tutoring institutions on the important agenda. A joint conference system led by education authorities and participated in by relevant authorities shall be established, and a detailed work plan shall be developed, so as to refine the division of labor, solidly place responsibility, and vigorously conduct advancement. Experience shall be summarized in a timely manner, and new situations and problems shall be researched, so as to continuously improve policies and measures. The role of relevant industry associations in industry development, regulation, self-regulation, and other aspects shall be maximized. Attention shall be paid to multi-party linkage, community functions shall be developed, the construction of venues such as teenagers' palaces and practice bases shall be strengthened, the individual needs of primary and secondary school students shall be met through multiple channels, so as to join the education efforts of schools, families and society.

（十六）健全工作机制。各地要切实提高思想认识，将规范校外培训机构发展纳入重要议事日程。建立由教育部门牵头、有关部门参与的联席会议制度，制订详细的工作方案，细化分工、压实责任、大力推进。及时总结经验，研究新情况、新问题，不断改进政策措施。充分发挥相关行业协会在行业发展、规范、自律等方面的作用。注重多方联动，发展社区功能，加强少年宫、实践基地等场馆建设，多渠道满足中小学生的个性化需求，形成学校、家庭、社会育人合力。

17. Consolidating special governance. All regions shall effectively conduct the special governance of after-school tutoring institutions, make comprehensive screening, earnestly establish work journals, improve classification administration, and effectively rectify problematic tutoring institutions one by one. The effects to urge and guide the work shall be intensified, and it shall be ensured by self-inspection, cross examination, special supervisory inspection, and other means that the specific governance produces practical effects.

（十七）做实专项治理。各地要开展好校外培训机构专项治理工作，进行全面摸排，认真建立工作台账，完善分类管理，对存在问题的培训机构逐一整改到位。要加大工作督促指导力度，通过开展自查、交叉检查、专项督查等方式，确保专项治理取得实际成效。

18. Strengthening accountability and evaluation. Educational supervision authorities shall strengthen the supervision and assessment of local governments regulating the development of after-school tutoring institutions, and the assessment results shall serve as an important reference point for the comprehensive evaluation of relevant leaders. An accountability mechanism shall be established, and local governments, which fail to place responsibility and take ineffective measures, causing excess extracurricular burden on primary and secondary school students and drawing particularly intensive publicity, and relevant responsible persons shall be seriously held accountable. Counties (districts) that ineffectively regulate and govern after-school tutoring institutions or ease the extracurricular burden on primary and secondary school students shall not apply for the assessment and determination of basic balanced and quality balanced development of compulsory education; and if determination has been granted, a special supervision notice shall be issued, requiring corrective action within a specified period.

（十八）强化问责考核。教育督导部门要加强对地方政府规范校外培训机构发展工作的督导评估，评估结果作为有关领导干部综合考核评价的重要参考。建立问责机制，对责任不落实、措施不到位，造成中小学生课外负担过重，人民群众反映特别强烈的地方及相关责任人要进行严肃问责。规范治理校外培训机构及减轻中小学生课外负担不力的县（区），不得申报义务教育基本均衡和优质均衡发展评估认定；已经通过认定的，要下发专项督导通知书，限期整改。

Saved on: 02/19/2023

19. Paying attention to publicity and guidance. All regions shall strengthen the publicity and interpretation of policies through various channels, so as to make the spirit of reform and policies known to each household and create a good social atmosphere. Parent clubs, parenting schools, home visits, thematic reports, and other forms shall be used to promote parents in developing correct educational concepts and growth ideas and refraining from blindly vying, so as to scientifically understand and effectively ease the excess extracurricular burden on students. Publicity shall be given to outstanding after-school tutoring institutions, and after-school tutoring institutions shall be directed to better shoulder social responsibility, strengthen self-restraint, and build a good public image.

General Office of the State Council

August 6, 2018

（十九）重视宣传引导。各地要通过多种途径加强政策宣传解读，使改革精神、政策要义家喻户晓，形成良好社会氛围。通过家长会、家长学校、家访、专题报告等形式，促进家长树立正确的教育观念、成才观念，不盲目攀比，科学认识并切实减轻学生过重的课外负担。对表现突出的校外培训机构给予宣传，引导校外培训机构增强社会责任担当，强化自我约束，树立良好社会形象。

国务院办公厅

2018年8月6日

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?



    Saved on: 02/19/2023



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_law/5d53d9312296111bbdfb.html

    Saved on: 02/19/2023