# Exhibit F

# LIONBRIDGE

STATE OF NEW YORK         )
                          )
                          )        ss
                          )
COUNTY OF NEW YORK        )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article titled, "Minister of

Education Chen Baosheng: Comprehensive Management of Online and Offline After-School

Training Will Be Carried Out."

_____
Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this __30th__ day of __March__ , 20 __23__ .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6023792
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432



Home page    All Media Exchange    Read Reports    See Data    Hot Topics    Zero Distance    Good Sounds

# Minister of Education Chen Baosheng: Comprehensive Management of Online and Offline After-School Training Will Be Carried Out

03-12-2019 7:04:56 PM    Source: Xinhua News Website

Xinhua News Agency, Beijing, March 12 (By Tu Hao): On March 12, Minister of Education Chen Baosheng said in a statement to the press in the Great Hall of the People, the Ministry of Education is highly concerned with the phenomenon of "offline load reduction, online load increase" for after-school training, and has started to develop a comprehensive management plan in conjunction with relevant departments, which is expected to be released in the coming weeks.

3/30/23 11:15 AM    Minister of Education Chen Baosheng: Comprehensive Management of Online and Offline After-school Training Will Be Carried Out - Xinhua News Website



On March 12, the Third Plenary Session of the Second Session of the 13th National People's Congress was held in the Great Hall of the People in Beijing. Minister of Education Chen Baosheng is pictured above being interviewed by the press. Photo courtesy of Xinhua News Agency Journalist Yin Gang

Chen Baosheng introduced that in February 2018, the Ministry of Education jointly issued a document pertaining to the governance and rectification of after-school training institutions. As of the end of 2018, a total of 401,000 after-school training institutions nationwide had been surveyed, with 273,000 institutions found to have issues and 270,000 rectifications completed.

"However, in the process of rectification, some offline training institutions have shifted their business online." Chen Baosheng said that after-school online training will be regulated in accordance with governance policies and measures on offline education, and will be subject to comprehensive governance. He emphasized that the problem of overburdening primary and secondary school students with extracurricular work needs to be addressed.

"We are not saying that students shouldn't have to work hard, but we don't want them to face an excessive burden of schoolwork." Chen Baosheng said that in order to reduce the excessive burden of schoolwork of primary and secondary school students, schools should adhere to the correct direction of schooling, strictly control the curriculum and total hours, closely watch the amount and difficulty of schoolwork, and strictly control non-zero starting point teaching. Educators should teach in strict accordance with the syllabus and curriculum and strictly control the volume and difficulty of homework. The government should deepen the reform of quality standards, curriculum and teaching materials, examinations and admissions, evaluation system and quality guidance, and also promote balanced development of compulsory education in urban and rural areas. Parents should have an empirical understanding of education and reasonable expectations for their children, and society should provide a favorable educational environment.

In regards to school safety, Chen Baosheng said that in recent years, school safety has improved significantly. According to statistics, more than 86% of primary and secondary schools and kindergartens have been staffed with security guards, and more than 70% of security system construction meets national requirements. At the same time, it is also important to understand that school safety is facing new challenges and new situations. To further strengthen the foundation of school safety, the government need to work from the power basis of comprehensive management, the technical basis, and the policies; need to cooperate with the relevant departments to continue to carry out "school safety" activities; and need to strengthen supervision and inspection and accountability, and implement the responsibilities.

[Editor in charge:]



Copyright © 2000 - 2023 XINHUANET.com  All Rights Reserved.

Produced by: Xinhuanet Co., Ltd. Copyright: Xinhuanet Co., Ltd.

教育部部长陈宝生：将对线上线下校外培训进行综合治理-新华网



# 教育部部长陈宝生：将对线上线下校外培训进行综合治理

2019-03-12 19:04:56　　来源：新华网

新华社北京3月12日电（记者胡浩）教育部部长陈宝生12日在人民大会堂"部长通道"上表示，对于校外培训"线下减负，线上增负"的现象，教育部高度重视，已经会同有关部门着手研制综合治理文件，不久将会发布。

Case 1:22-cv-09843-LAK-SDA　　Document 62-6　　Filed 03/31/23　　Page 8 of 9



3月12日，十三届全国人大二次会议在北京人民大会堂举行第三次全体会议。这是教育部部长陈宝生在"部长通道"接受采访。 新华社记者 殷刚 摄

陈宝生介绍，2018年2月份，教育部联合多个部门出台了治理整顿校外培训机构的文件。截至2018年底，全国共摸排校外培训机构40.1万所，发现存在问题的机构27.3万所，已完成整改27万所。

"但是在整改的过程中，有一些培训机构转移阵地，把战场开到了线上。"陈宝生表示，将比照线下治理的政策措施对线上的校外培训进行规范，开展线上线下综合治理，一定要把中小学生课外负担过重的问题治理好。

"不是不要负担，不要的是过重的课业负担。"陈宝生说，为减轻中小学生过重课业负担，学校要坚持正确的办学方向，严控课程门类和总课时、严控课程容量和难度、严控非零起点教学；老师要严格依照大纲和课程表教学，严控作业数量和难度；政府要在质量标准、课程教材、考试招生、评价体系以及素质教育引导等方面深化改革，还要推进城乡义务教育均衡发展；家长要有科学的教育理念，对孩子要有合理的预期；社会要提供良好的环境。

Case 1:22-cv-09843-LAK-SDA　Document 62-6　Filed 03/31/23　Page 9 of 9

　　在谈到校园安全问题时，陈宝生说，近几年，学校安全有了明显改观。据统计，86%以上的中小学幼儿园已配备保安员，70%以上安全防范体系建设达到了国家要求的标准。同时也要清醒看到，校园安全面临着一些新挑战，出现了一些新情况。要进一步夯实基础，从综合治理的力量基础、技术基础、制度基础上下功夫；要配合有关部门持续开展"护校安园"活动；要加强督导检查和追责，把责任落实。

[责任编辑：　邱丽芳 ]



Copyright © 2000 - 2023 XINHUANET.com　All Rights Reserved.

制作单位：新华网股份有限公司　　版权所有：新华网股份有限公司