# Exhibit G

# LIONBRIDGE

STATE OF NEW YORK      )
                       )
                       )      ss
                       )
COUNTY OF NEW YORK     )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article titled, "Build a High-

Quality Education System."

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this ___30th___ day of ___March___, 20 _23_.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6023702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:22-cv-09843-LAK-SDA    Document 62-7    Filed 03/31/23    Page 3 of 11

 Ministry of Education of the People's Republic of China

Ministry of Education of the People's Republic of China

Current Location: Home page > News

# Build a High-Quality Education System

11-10-2020  Source: Guangming Daily    Add to Favorites

### Chen Baosheng, Secretary of the Party Group and Minister of Education

Education is the foundation of national development and the future of the nation. The Fifth Plenary Session of the 19th Central Committee of the CPC (Communist Party of China) adopted the *Recommendations of the CPC Central Committee on the 14th Five-Year Plan for National Economic and Social Development and the Visionary Goals for 2035* (hereinafter referred to as the *Recommendations*), which clearly set out the policy direction and key requirements for "building a high-quality education system". We must fully and accurately understand the spirit of the plenary session and seriously implement it.

## 1  Accurately grasp the macro situation of education reform and development in the 14th Five-Year Plan period

The *Recommendations* point out that: "The 14th Five-Year Plan period is the first five years after China has fully built a moderately prosperous society and achieved the first 100-year goal, and then China will ride the momentum to open a new journey of building a comprehensive socialist modern country and march to the second 100-year goal." To accurately grasp the macro situation of education reform and development in the 14th Five-Year Plan period, and deeply understand the new features and requirements of China's entry into the stage of high-quality development, it is crucial to plan the construction of a high-quality education system.

New and remarkable achievements in education reform and development were made during the "13th Five-Year Plan" period. The Party Central Committee, anchored by General Secretary Xi Jinping, made education a national and Party priority, strengthened the Party's overall leadership of education, convened a national education conference, made major strategic plans for modernizing education and strengthening the country in education, and coordinated comprehensive reforms in the field of education and modernized educational governance, all against the headwind of the changing educational environment. In 2019, the gross national preschool enrollment rate was 83.4%, the enrollment rate of primary school-age population was 99.94%, and the gross enrollment rates of junior high school, senior high school and higher education were 102.6%, 89.5% and 51.6%, respectively. Higher education became more universalized, special education has been strengthened, and continuing education has been diversified. The average number of years of education of the new labor force exceeded 13.7 years, the targets of the 13th Five-Year Plan were successfully accomplished, and the level of education universalization has risen to the ranks of other upper-middle-income countries around the world. In the decisive stage of building a moderately prosperous society, education has developed human resources for the construction of modern socialism, contributed to the enhancement of comprehensive national strength and international competitiveness, provided important support for the gradual improvement of national quality, and provided strong support for the timely achievement of poverty eradication, and in turn the people's sense of access to and satisfaction with education has continued to increase.

Education reform and development during the "14th Five-Year Plan" period faces many new opportunities and challenges. The *Recommendations* point out that, "At present and in the coming years, China's development remains in a period of important strategic opportunities, but both opportunities and challenges have emerged". China also made important determinations on global and national conditions, such as "the world is undergoing great change unseen in a century" and "China has moved to a stage of high-quality development". In a complex and changing development environment, China's education system has obvious advantages and a good foundation of human resources; with economic and social development and the improvement of people's living standards, the demand for education has diversified at multiple levels; the new generation of information technology and multiple social resources are expected to support the new ecology of learner-centric education, which are favorable conditions for building a high-quality education system. At the same time, the regional allocation of educational resources is not balanced enough, the gap between urban and rural education needs to be narrowed, the reform of professional training models needs to be accelerated, and the potential of education innovation and service has yet to be fully unleashed, so a big gap still exists with people's demand for a high-quality education system.

Case 1:22-cv-09843-LAK-SDA    Document 62-7    Filed 03/31/23    Page 4 of 11

We need to carry out the decisions of the Party Central Committee on education reform and development in the 14th Five-Year Plan period, seize the opportunities, meet the challenges, and make every effort to overcome difficulties.

### 2  Deeply understand the importance of building a high-quality education system during the 14th Five-Year Plan period

Since the 18th CPC National Congress, General Secretary Xi Jinping has made many important comments and proposed clear requirements on improving the quality of education, and the Party and the State have formulated and implemented a series of related policies and measures, laying the foundation for building a high-quality education system from a new starting point in the 14th Five-Year Plan period.

Building a high-quality education system is a necessary requirement to adhere to the people-centric approach. The insistence on people-centric education is determined by the fundamental purpose of our Party, and is one of the principles that must be followed for economic and social development during the 14th Five-Year Plan period, which highlights the significant advantages of the socialist system with Chinese characteristics. General Secretary Xi Jinping has deepened the understanding of the regularity of education in China by insisting on people-centric development of education, emphasizing that it should always be adhered to and constantly enriched. The *Recommendations* call for the construction of a high-quality education system (i.e., to adhere to the people-centric development of education), so that education can provide a reliable guarantee for improving people's ideological and moral quality, scientific and cultural quality, and physical and mental health, and effectively achieve the goal of development for the people, development relying on the people, and the fruits of development shared among the people, so as to continuously meet the growing needs of the people for a better life.

Building a high-quality education system is a fundamental part of building a new development pattern. With the changes in the external environment and the factor endowment of China's development, the *Recommendations* require that the 14th Five-Year Plan period accelerate the construction of a new development pattern taking the domestic market as the mainstay while

letting domestic and foreign markets boost each other, which puts forward multi-faceted demands for the construction of a high-quality education system. In the future, the education system will be needed to continuously deliver high-quality human resources and provide high-quality research and development support in various fields, such as opening up the domestic market, creating an open domestic and international market, promoting consumption and people's livelihood, and adjusting the structure to increase the strength of the economy; the education system will be needed to better participate in urban and rural development and service consumption and improve people's quality of life, and to conduct new explorations and practices in adapting to leading and creating new demands with high-quality supply, so as to further play the fundamental, leading and overall role of the high-quality education system in the national economy and people's livelihood.

Building a high-quality education system is a key initiative to anchor the 2035 vision. According to General Secretary Xi Jinping's series of important discussions on education and the strategic plan for education of the 19th Party Congress, the Party Central Committee and the State Council issued *China Education Modernization 2035*, proposing that "By 2035, we will achieve overall modernization of education, move into the ranks of countries as an education power, promote China to become a learning power, a human resource power and a talent power, and lay a solid foundation for building a rich, strong, democratic, civilized, harmonious and beautiful socialist modernization power by the middle of the 21st century", setting the tone for education planning. In setting the visionary goal of basically realizing socialist modernization by 2035, the *Recommendations* call for the establishment of a strong education country by that time. We should anchor the goal of modernizing education and building an education power by 2035, and refine the 15-year strategic arrangement into policy actions by means of three five-year plans, so as to accumulate small amounts to become big achievements. The focus of the 14th Five-Year Plan is on building a high-quality education system, which will be a key global initiative to achieve the goal of "continuous improvement of education for all".

### 3  Solid implementation of the Party Central Committee's important decision on building a high-quality education system

Building a high-quality education system fully reflects the latest requirements of the Party Central Committee, anchored by General Secretary Xi Jinping, for improving the socialist education system with Chinese characteristics in the 14th Five-Year Plan and beyond.

Building a high-quality education system must adhere to the Party's overall leadership of education. "No matter whether it is the Party, the government, or the military, the people, and academia; the East, the West, the South, the North or the Center, the Party is leading everything." Since the 18th Party Congress, the Party Central Committee, anchored by General Secretary Xi Jinping, has attached great importance to the Party's overall leadership of education, and has continuously put forward important requirements for education reform and development and Party construction in the education system in the Party's national congress reports and central plenary documents, from the establishment of the Central Leading Group for Comprehensively Deepening Reform (Committee) to the formation of the Central Leading Group for Education, ensuring that the Party is always in charge of the overall situation and coordinates all parties in education work. The *Recommendations* call for the construction of a high-quality education system, the primary criterion of which is that the education system must enhance the "four consciousnesses", firmly establish the "four self-confidences" and achieve the "two safeguards", and, in the

Case 1:22-cv-09843-LAK-SDA    Document 62-7    Filed 03/31/23    Page 5 of 11

process of building a high-quality education system, thoroughly implement General Secretary Xi Jinping's general requirement of educating people for the Party and the country, fully implement the Party's education policy, adhere to the guiding position of Marxism, adhere to the road of socialist education development with Chinese characteristics, adhere to the direction of socialist schooling, enhance the political function and organizational strength of Party organizations at all levels of the education system in practice, to ensure that the decisions and plans of the Party Central Committee are effectively implemented.

To build a high-quality education system, it is necessary to improve the school-family-society collaborative education mechanism. On the basis of emphasizing "comprehensively implementing the Party's education policy, insisting on moral education, strengthening the construction of teachers' ethics and moral style, and cultivating socialist builders and successors with comprehensive development of moral, intellectual, physical, aesthetic and labor," the *Recommendations* explicitly call for "improving the school-family-society collaborative education mechanism, enhancing teachers' ability to teach and educate people, enhance students' civility, awareness of social responsibility and practical skills, and pay attention to the physical and mental health education of youth." This is a concentrated embodiment of the spirit of the series of important statements by General Secretary Xi Jinping, such as "the family, school, government and society are all responsible" and "the whole society should take responsibility for the growth and success of young people." The *Recommendations* deploy the 14th Five-Year Plan period to build a high-quality education system, and make a new interpretation and layout of the basic requirements for building a moral education in the new development stage. To a large extent, the measurement of a high-quality education system depends on whether the quality of tens of millions of teachers and hundreds of millions of students can be continuously improved and enhanced. In the future, to improve the quality of teachers and students, the focus will be on improving the school-family-society collaborative education mechanism, from the "five educations" of moral, intellectual, physical, aesthetic and labor, to the "three-all educations" including all members, all processes and all aspects, to develop quality education according to local and school conditions, form an effective practice model, and strive to bring together greater synergy between the education system and all parties in society.

To build a high-quality education system, it is necessary to take a new step in deepening reform and promoting equity. The *Recommendations* are oriented to "adhere to the principle of education for the public good, deepen education reform and promote educational equity", and set up policy "combinations". First, strengthen the foundation of a high-quality education system, focusing on "promoting the balanced development of compulsory education and urban-rural integration, improving the guarantee mechanism for inclusive preschool education, special education and specialized education, and encouraging the diversified development of high schools", "improving the quality and level of education in ethnic-group areas, and increasing the promotion of the common national language and characters", and accelerating the improvement of the national system of basic public services in the areas of "education for kids and education for students", and strive to enable young people and children to enjoy a fair and quality education, so as to lay a good foundation for their livelihood development. Second, orient to build a new development pattern, emphasizing on "increasing investment in human capital, enhancing the adaptability of vocational and technical education, deepening the integration of vocational education, industry-education integration and school-enterprise cooperation, exploring the apprenticeship system with Chinese characteristics, and vigorously training technically skilled personnel", helping learners to be employed and start businesses in various ways, effectively improving workers' skills and income levels, and meeting the urgent need to improve the modernization of China's industrial supply chain. Third, focus on the overall situation of sustainable development, make it clear for the main direction of "improving the quality of higher education, classifying and building first-class universities and first-class courses, and accelerating the cultivation of talents in areas of science, technology, agriculture and medicine in short supply", require "strengthening the cultivation of innovative, application-oriented and skillful talents"; "supporting the development of high-level research universities and strengthening the cultivation of basic research talents," reiterate the importance to "promote the deep integration of industry, academia and research", to inject new momentum and vitality for strengthening the comprehensive national strength and enhancing people's well-being. Fourth, based on the basic national conditions, reiterate the importance to "support and standardize the development of private education, and regulate after-school tutoring institutions", inspire the motivation of all parties while increasing services provided by public education, innovating the education service industry and promoting changes in the way education is governed.

Building a high-quality education system should be aligned with a lifelong learning system that serves all people. In accordance with the major deployment of the Party Central Committee anchored by General Secretary Xi Jinping, the *Recommendations* emphasize "giving full play to the advantages of online education, improving the lifelong learning system, and building a learning society", which fully reflects the top-level design intention of building a learning society, constructing a lifelong learning system with more flexible methods, richer resources, and more convenient learning, and China has accumulated successful practical experience in giving full play to the advantages of online education. In recent years, the number of online undergraduate and graduate students ranked first in the world, and online education and training has formed a diverse pattern. Large-scale online education was launched after the outbreak of the coronavirus pandemic in 2020, with more than 2 billion views of the national primary and secondary school network cloud platform and 17.75 million college students nationwide participating in online courses from February to May, for a total of 2.3 billion visits. This was the world's largest online education experiment, which not only effectively responded to the impact of the pandemic, and protected the health and life safety of teachers and students, but also explored innovative teaching models. The construction of a high-quality education system in the 14th Five-Year Plan period will certainly follow the direction of "achieving learning for all, learning everywhere and learning at any time", and the construction of China's lifelong learning system and learning society is expected to open up new horizons. (This article was published in Guangming Daily, November 10, 2020, page 13)

Case 1:22-cv-09845-LAK-SDA    Document 62-7    Filed 03/31/23    Page 6 of 11



Scan to share this page

(Responsible Editor: Manyue Yu)

 

Government Website

Website Statement    Website Map    Contact Us

Copyright: Ministry of Education of the People's Republic of China. Chinese Domain Name: Ministry of Education. Government Affairs

Beijing ICP Record No. 10028400-1; Beijing Public Security Organs Network Security Department Registration Record No. 11010202007625; Website identification code: bm05000001

635=36705>57□ 陈宝生：建设高质量教育体系-中华人民共和国教育部政府门户网站

Perkyekiw    微言教育    无障碍浏览    登录 | 注册



中华人民共和国教育部
Ministry of Education of the People's Republic of China

当前位置：首页 ＞ 新闻

# 建设高质量教育体系

2020-11-10    来源：《光明日报》        收藏

教育部党组书记、部长 陈宝生

教育是事关国家发展和民族未来的千秋基业。党的十九届五中全会通过的《中共中央关于制定国民经济和社会发展第十四个五年规划和二〇三五年远景目标的建议》（以下简称《建议》），明确了"建设高质量教育体系"的政策导向和重点要求，我们要全面准确领会全会精神，认真贯彻落实到位。

## 1 准确把握"十四五"时期教育改革发展的宏观形势

《建议》指出："'十四五'时期是我国全面建成小康社会、实现第一个百年奋斗目标之后，乘势而上开启全面建设社会主义现代化国家新征程、向第二个百年奋斗目标进军的第一个五年。"准确把握"十四五"时期教育改革发展宏观形势，深刻认识我国进入高质量发展阶段的新特征新要求，对谋划建设高质量教育体系至关重要。

"十三五"时期教育改革发展取得新的显著成就。以习近平同志为核心的党中央把教育作为国之大计、党之大计，加强党对教育工作的全面领导，召开全国教育大会，对教育现代化和教育强国作出重大战略部署，统筹教育领域综合改革和教育治理现代化，教育面貌正在发生格局性变化。2019年全国学前三年毛入园率83.4%、小学学龄人口入学率99.94%，初中、高中、高等教育阶段的毛入学率分别为102.6%、89.5%和51.6%，高等教育进入普及化阶段，特殊教育不断加强，继续教育多样化推进。新增劳动力平均受教育年限超过13.7年，"十三五"规划目标将顺利完成，教育普及水平稳居世界中上收入国家行列。在全面建成小康社会决胜阶段，教育事业为社会主义现代化建设开发了人力资源，为增强综合国力和国际竞争力贡献了积极力量，为国民素质逐渐提高提供了重要支持，为如期实现脱贫攻坚作出了有力支撑，人民群众对教育的获得感和满意度持续提升。

"十四五"时期教育改革发展面临着许多新的机遇和挑战。《建议》指出，"当前和今后一个时期，我国发展仍处于重要战略机遇期，但机遇和挑战都有新的发展变化"，并就"当今世界正经历百年未有之大变局""我国已转向高质量发展阶段"等世情国情作出重要判断。在复杂多变的发展环境中，我国教育制度优势明显，人才资源基础较好，随着经济社会发展和人民生活水平提高，教育需求呈现多层次多样化态势，新一代信息技术以及多方社会资源可望支持以学习者为中心的教育新生态，这都是建设高质量教育体系的有利条件。同时，我国区域教育资源配置不够均衡，城乡教育差距亟待缩小，人才培养模式改革需要提速，教育创新与服务潜力尚未更好释放，同人民群

川  :zqsizksz ?gr3n}fc|{jf3qsic5;:364645      53x6464554c8==4:<2lxqp                                                                        5⅛8

来源生：建设高质量教育体系—中华人民共和国教育部政府门户网站

众对高质量教育体系的需求相比还有很大差距。我们要深入贯彻党中央关于"十四五"时期教育改革发展的决策部署，抓住机遇，应对挑战，全力以赴，攻坚克难。

## 2 深刻认识"十四五"时期建设高质量教育体系的重要意义

党的十八大以来，习近平总书记对提高教育质量多次作出重要论述、提出明确要求，党和国家制定实施了一系列相关政策措施，为"十四五"时期在新的起点上建设高质量教育体系打下了基础。

建设高质量教育体系是坚持以人民为中心的必然要求。坚持以人民为中心，是我们党的根本宗旨所决定的，是《建议》中关于"十四五"时期经济社会发展必须遵循的原则之一，彰显了中国特色社会主义制度显著优势。习近平总书记将坚持以人民为中心发展教育作为对我国教育事业规律性认识的深化，强调要始终坚持并不断丰富发展。《建议》要求建设高质量教育体系，就是坚持以人民为中心发展教育事业，使教育事业为提高人民思想道德素质、科学文化素质和身心健康素质提供可靠保证，切实做到发展为了人民，发展依靠人民，发展成果由人民共享，不断满足人民日益增长的美好生活需要。

建设高质量教育体系是构建新发展格局的基础环节。随着外部环境和我国发展所具有的要素禀赋的变化，《建议》要求，"十四五"时期将加快构建以国内大循环为主体、国内国际双循环相互促进的新发展格局，这对建设高质量教育体系提出了多方位需求。今后，在畅通国内大循环、打造开放的国内国际双循环的各个环节，在促消费惠民生、调结构增后劲的多个领域，都需要教育体系源源不断输送高质量的人力资源，坚持不懈提供高质量的研究开发支持；都需要教育体系更好参与城乡发展服务消费、改善人民生活品质，在以高质量供给适应引领和创造新需求方面，进行新的探索实践，进一步发挥高质量教育体系在国计民生中的基础性、先导性、全局性作用。

建设高质量教育体系是锚定2035年远景目标的关键举措。根据习近平总书记关于教育的系列重要论述和党的十九大的教育战略部署，党中央、国务院印发《中国教育现代化2035》，提出"到2035年，总体实现教育现代化，迈入教育强国行列，推动我国成为学习大国、人力资源强国和人才强国，为到21世纪中叶建成富强民主文明和谐美丽的社会主义现代化强国奠定坚实基础"，为教育规划定下基调。《建议》在确定到2035年基本实现社会主义现代化远景目标时，要求届时建成教育强国。我们要锚定2035年总体实现教育现代化、建成教育强国的目标，通过3个五年规划，把15年的阶段战略安排细化为压茬推进的政策行动，积小成为大成。"十四五"期间重点放在建设高质量教育体系上，这对实现"全民受教育程度不断提升"的目标，将是带有全局性的关键举措。

## 3 扎实贯彻党中央关于建设高质量教育体系的重要决策

建设高质量教育体系，充分体现了以习近平同志为核心的党中央对"十四五"乃至一个更长时期完善中国特色社会主义教育体系的最新要求，总体上看，《建议》确定了以下4个方面重点。

建设高质量教育体系必须坚持党对教育工作的全面领导。"党政军民学，东西南北中，党是领导一切的。"党的十八大以来，以习近平同志为核心的党中央高度重视党对教育工作的全面领导，在党的全国代表大会报告和中央全会文件中，对教育改革发展和教育系统党的建设不断提出重要要求，从成立中央全面深化改革领导小组（委员会）到组建中央教育工作领导小组，确保党在教育工作方面始终总揽全局、协调各方。《建议》要求建设高质量教育体系，首要标准是教育系统必须增强"四个意识"、坚定"四个自信"、做到"两个维护"，要在建设高质量教

{{{2qsi2ksz2gr3n}fc|{jf3qsic5;:36464553x64645554c8==4:<2lxqp

育体系过程中，深入贯彻习近平总书记关于坚守为党育人、为国育才的总体要求，全面贯彻党的教育方针，坚持马克思主义指导地位，坚持中国特色社会主义教育发展道路，坚持社会主义办学方向，在实践中增强教育系统各级党组织政治功能和组织力，确保党中央决策部署有效落地落实。

建设高质量教育体系要健全学校家庭社会协同育人机制。《建议》在强调"全面贯彻党的教育方针，坚持立德树人，加强师德师风建设，培养德智体美劳全面发展的社会主义建设者和接班人"的基础上，明确要求"健全学校家庭社会协同育人机制，提升教师教书育人能力素质，增强学生文明素养、社会责任意识、实践本领，重视青少年身体素质和心理健康教育"，这是深入贯彻习近平总书记关于"办好教育事业，家庭、学校、政府、社会都有责任""全社会要担负起青少年成长成才的责任"等系列重要论述精神的集中体现。《建议》部署"十四五"时期建设高质量教育体系，对新发展阶段立德树人的基本要求又作出新的阐释和布局。衡量高质量教育体系，很大程度上要看数以千万计教师、数以亿计学生的素质能否不断提升和增强。今后，多方位提高师生素质，重点将落在健全学校家庭社会协同育人机制层面，从德智体美劳"五育并举"，到全员全程全方位"三全育人"，因地因校制宜，发展素质教育，形成有效的实践模式，努力汇聚起教育系统和社会各方的更大合力。

建设高质量教育体系要在深化改革促进公平上迈开新步。《建议》以"坚持教育公益性原则，深化教育改革，促进教育公平"为导向，布置一套政策"组合拳"。一是夯实高质量教育体系根基，重点是"推动义务教育均衡发展和城乡一体化，完善普惠性学前教育和特殊教育、专门教育保障机制，鼓励高中阶段学校多样化发展""提高民族地区教育质量和水平，加大国家通用语言文字推广力度"，加快健全"幼有所育、学有所教"等方面国家基本公共服务制度体系，努力让青少年儿童都能享有公平而有质量的教育，为其谋生发展打好基础。二是面向构建新发展格局，强调"加大人力资本投入，增强职业技术教育适应性，深化职普融通、产教融合、校企合作，探索中国特色学徒制，大力培养技术技能人才"，为学习者多种方式就业创业助力，有效提升劳动者技能和收入水平，适应提升我国产业链供应链现代化水平的迫切需要。三是着眼可持续发展全局，明确"提高高等教育质量，分类建设一流大学和一流学科，加快培养理工农医类专业紧缺人才"的主攻方向，要求"加强创新型、应用型、技能型人才培养"；"支持发展高水平研究型大学，加强基础研究人才培养"，重申"推进产学研深度融合"，为增强综合国力、增进民生福祉注入新的动力活力。四是立足基本国情，重申"支持和规范民办教育发展，规范校外培训机构"，在增加公共教育服务供给的同时，更好发挥各方积极性，创新教育服务业态，推进教育治理方式变革。

建设高质量教育体系要对标服务全民的终身学习体系。按照以习近平同志为核心的党中央的重大部署，《建议》强调"发挥在线教育优势，完善终身学习体系，建设学习型社会"，充分体现了建设学习型社会的顶层设计意图，构建方式更加灵活、资源更加丰富、学习更加便捷的终身学习体系，而发挥在线教育优势，我国积累了成功的实践经验。近年来网络本专科注册和毕业人数均居世界第一，在线教育和培训已经形成多样化格局。2020年新冠肺炎疫情突发后开展大规模在线教育，2月到5月，国家中小学网络云平台20多亿人次浏览，全国1775万大学生参与在线课程，共计23亿人次。这是全球最大规模的在线教育实验，不仅有效应对了疫情冲击、保障了师生健康和生命安全，而且探索创新了教学模式。"十四五"时期建设高质量教育体系，必将沿着"实现人人皆学、处处能学、时时可学"方向，我国终身学习体系和学习型社会的建设可望开辟新的境界。（本文刊发于《光明日报》2020年11月10日第13版）

陈宝生：建设高质量教育体系 _ 中华人民共和国教育部政府门户网站



扫一扫分享本页

（责任编辑：俞曼悦）

    网站声明        网站地图        联系我们

版权所有：中华人民共和国教育部   中文域名：教育部.政务

京ICP备10028400号-1        京公网安备11010202007625号   网站标识码：bm05000001