# Exhibit H

# LIONBRIDGE

STATE OF NEW YORK      )
                          )
                          )      ss
                          )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached article titled, "Ministry of Education emphasizes 'internal and external linkage' to regulate after-school tutoring institutions."

_____
Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this __30th__ day of __March__, 20 __23__.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6023702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:22-cv-09843-LAK-SDA    Document 62-8    Filed 03/31/23    Page 3 of 7

**Central People's Government of the People's Republic of China**
www.gov.cn

Chinese Simplified | Chinese Traditional | EN | Register | Login

| State Council | Prime Minister | News | Policy | Interaction | Services | Data | State of the Nation | National Government Service Platform |

Home page  >  News >  Scrolling

# Ministry of Education emphasizes "internal and external linkage" to regulate after-school tutoring institutions

12-04-2020 4:39 PM    Source: Xinhua News Agency                    [Font size: Large Medium Small]        Print

Xinhua News, Wuhan, December 4 (By Xu Zhuang and Hu Hao): It is important to deepen the regulation of after-school tutoring institutions to create a good education ecosystem. An official of the Ministry of Education said that the Ministry of Education needs to further advance "internal and external linkage" to guide the regulation of after-school tutoring institutions.

At the National Training Education Development Conference in Wuhan, Hubei on December 4,  Xu Pan, Director of the Department of Basic Education of the Ministry of Education, said that, on the one hand, we need to improve the quality of education and should widely carry out after-school services, enrich the scope and extent of services, and accurately analyze the needs of students and provide targeted services, so that children can earn a quality education. We need to strengthen systematic governance, consider all aspects of enrollment, services, teaching and evaluation, and promote the entire educational chain. On the other hand, the government should strengthen the supervisions on after-school tutoring institutions, work together with relevant departments to regularly carry out inspections and checks, conduct strict investigation and strict punishment against illegal training institutions, ensure timely accountability notification, dynamically update black and white list, and widely accept the supervision of all parties to achieve comprehensive supervision, leaving no stone unturned.

In recent years, some after-school tutoring institutions have carried out test-taking training contrary to the laws of education and teaching and the requirements of quality education, interfering with the normal education and teaching in schools and the order of enrollment, increasing the extracurricular burden on students.

In August 2018, the General Office of the State Council issued the *Opinions on Regulating the Development of After-school Tutoring Institutions*, which built a general institutional framework for regulating the development of after-school tutoring institutions. Over the past two years, the Ministry of Education has promoted training institutions to rectify and reform one by one in accordance with the standards, built a long-term regulatory mechanism, implemented a black and white list system, and carried out a review of records of online training institutions.

[I want to correct errors]                    Editor: Liu Yang

Scan to open current page on cell phone



## Related articles

Ministry of Education and General Administration of Market Supervision carry out focused rectification of illegal behavior of after-school tutoring institutions using unfair format clauses to infringe on the rights and interests of consumers

Ministry of Education reminds: After-school tutoring institutions shall not violate the rules by charging training fees in advance

Ministry of Education deploys to strengthen management of after-school tutoring institutions during winter holidays

Ministry of Education: After-school tutoring institutions should be clear about four rule "red lines"

Ministry of Education: Carry out "look back" activities for the special governance of after-school tutoring institutions

Ministry of Education: The special governance of after-school tutoring institutions rectification work has been basically completed.

Case 1:22-cv-09843-LAK-SDA    Document 62-8    Filed 03/31/23    Page 4 of 7








| State Council | Prime Minister | News | Policy | Interaction | Services | Data | State of the Nation |
|---|---|---|---|---|---|---|---|
| General Meeting | Latest | Important News | Latest | Supervision | National Government Service Platform | Macroeconomic Operation | Constitution |
| Plenary Session | Speeches | Special Topics | State Council Policy Document Library | I would like to say some words to the Prime Minister | Departmental Local Halls | Departmental Data | National Flag |
| Organization | Articles | Government Affairs Linked Broadcasting | Government Information Disclosure | Government Service Complaints and Suggestions | Convenient Services for the Public | Data Express | National Anthem |
| Government Work Report | Media Coverage | Press Releases | Official gazette | Policy and Regulation Opinion Collection | Service Special Topics | Data Interpretation | National Emblem |
| | Video | Scroll | Policy Interpretation | | Service Search | Data Special Topics | Map |
| | Audio | | State Council Policy Q&A Platform | | | Data Talk | Administrative Districts |
| | Photo Gallery | | Policy Special Topics | | | Hog Information | Direct access to local |

Links: National People's Congress | National Committee of the Chinese People's Political Consultative Conference | State Supervisory Commission | Supreme People's Court | Supreme People's Procuratorate

| State Council department websites | Local government websites | Websites of agencies stationed in Hong Kong and Macau | Overseas agencies | Media |
|---|---|---|---|---|

   China Government Website | About Us | Website Statement | Website Map | Contact Us | Correction of Errors

Organized by: General Office of the State Council. Operated and maintained by: China Government Network Operation Center

All rights reserved: China Government Website. Chinese domain name: China Government Website. Government Affairs

Website identification code bm01000001 Beijing ICP Record No. 05070218 Beijing Public Security Organs Network Security Department Registration Record No. 11010202000001


State Council Client


State Council Client mini program


China Government Network Weibo and WeChat

教育部强调"内外联动"规范校外培训机构C滚动新闻C中国政府网



# 中华人民共和国中央人民政府

www.gov.cn

简 | 繁 | EN | 注册 | 登录

国务院　总理　新闻　政策　互动　服务　数据　国情　国家政务服务平台

首页 > 新闻 > 滚动

# 教育部强调"内外联动"规范校外培训机构

2020-12-04 16:39　来源：新华社　　　　　　　　　　　　　　　　【字体：大 中 小】　　　打印

　　新华社武汉12月4日电（记者 徐壮、胡浩）深化规范校外培训机构，对于营造良好教育生态具有重要意义。教育部有关处室负责人4日表示，要进一步"内外联动"，对校外培训机构予以引导规范。

　　在当日于湖北武汉召开的全国培训教育发展大会上，教育部基础教育司校外教育与培训监管处处长徐攀说，一方面要提升学校的教育教学质量，广泛开展课后服务，丰富服务内容，精准分析学情，根据学生的需求有针对性地提供服务，让孩子在校内学足学好。要强化系统治理，统筹考虑招生、服务、教改、考评等各个环节，全链条推进。另一方面进一步强化对校外培训机构的监管，联合相关部门定期开展排查检查，严查严办违法违规培训机构，及时间责通报，动态更新黑白名单，广泛接受各方监督，实现全面监管，不留死角。

　　近年来，一些校外培训机构开展违背教育教学规律和素质教育要求的应试培训，干扰了学校正常教育教学和招生入学秩序，增加了学生课外负担。

　　2018年8月，国务院办公厅印发《关于规范校外培训机构发展的意见》，构建了规范校外培训机构发展的总体制度框架。两年来，教育部推动培训机构逐一依标整改，构建长效监管机制，推行黑白名单制度，并开展了线上培训机构备案审查。

【我要纠错】　　责任编辑：刘杨

扫一扫在手机打开当前页



## 相关稿件

教育部联合市场监管总局对校外培训机构利用不公平格式条款侵害消费者权益违法行为开展集中整治

教育部提醒：校外培训机构不得违规提前预收培训费

教育部部署加强寒假期间校外培训机构管理工作

教育部：校外培训机构应明确四条规则"红线"

教育部：开展校外培训机构专项治理"回头看"活动

教育部：校外培训机构专项治理整改工作已基本完成

     

| 国务院 | 总理 | 新闻 | 政策 | 互动 | 服务 | 数据 | 国情 |
|---|---|---|---|---|---|---|---|
| 常务会议 | 最新 | 要闻 | 最新 | 督查 | 国家政务服务平台 | 宏观经济运行 | 宪法 |
| 全体会议 | 讲话 | 专题 | 国务院政策文件库 | 我向总理说句话 | 部门地方大厅 | 部门数据 | 国旗 |
| 组织机构 | 文章 | 政务联播 | 政府信息公开 | 政务服务投诉与建议 | 便民服务 | 数据快递 | 国歌 |
| 政府工作报告 | 媒体报道 | 新闻发布 | 公报 | 政策法规意见征集 | 服务专题 | 数据解读 | 国徽 |
|  | 视频 | 滚动 | 政策解读 |  | 服务搜索 | 数据专题 | 版图 |
|  | 音频 |  | 国务院政策问答平台 |  |  | 数据说 | 行政区划 |
|  | 图片库 |  | 政策专题 |  |  | 生猪信息 | 直通地方 |

链接：　　全国人大　|　全国政协　|　国家监察委员会　|　最高人民法院　|　最高人民检察院

国务院部门网站　　　地方政府网站　　　驻港澳机构网站　　　驻外机构　　　媒体

中国政府网　|　关于本网　|　网站声明　|　网站地图　|　联系我们　|　网站纠错

主办单位：国务院办公厅　运行维护单位：中国政府网运行中心

版权所有：中国政府网　中文域名：中国政府网.政务

网站标识码bm01000001　京ICP备05070218号　京公网安备11010202000001号

  

国务院客户端　　　国务院客户端小程序　　　中国政府网 微博、微信