# Exhibit I

LIONBRIDGE

STATE OF NEW YORK )
)
) ss
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached speech by Chen Baosheng at the 2021 National Education Work Conference.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me
this 30th day of March, 2023.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023



[PROC Emblem]

**Ministry of Education of the People's Republic of China**

Ministry of Education of the People's Republic of China

# Take advantage of momentum, pay close attention to implementation, and accelerate the creation of a high-quality educational system

**——Speech at the 2021 National Education Work Conference**

2021-02-04 Source: the Ministry of Education

Secretary of the Party Leadership Group and Minister of Education Chen Baosheng

(January 7, 2021)

Comrades:

Today, we convene the National Education Work Conference to study and implement the spirit of the 19th CPC National Congress and the 2nd, 3rd, 4th, and 5th Plenary Sessions of the 19th CPC Central Committee, to review and summarize the work of the past year, and make plans for education work in 2021. Next, I will relay a work report on behalf of the party group of the Ministry of Education and speak on three aspects of educational reform.

**1. Comprehensive summary and review of work in 2020**

2020 was truly an extraordinary year. The once-in-a-lifetime pandemic and myriad societal changes became intertwined, a complicated situation which seriously tested the education system in a number of ways. We adhered to the guidance of Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era. Under the strong leadership of the Party Central Committee and the State Council, despite facing difficulties, we forged ahead and made arduous efforts. We put forward a strong response to weather the storm of the pandemic. We coordinated the prevention and control of the pandemic and the reform and development of education, decisively won the fight against poverty in education, and promoted the successful conclusion of the "13th Five-Year Plan" for education. One step at a time, we persisted amid the struggle and made brilliant achievements that have attracted the attention of the world and advanced China's education to a new historical launching point.

First, major results have been achieved in pandemic prevention and control. The pandemic left a profound collective memory over the past year. In the face of the sudden outbreak of the novel coronavirus, we resolutely implemented the decision-making and actions of the Party Central Committee, responded quickly, and acted decisively. We put the safety and health of teachers and students first, and organized over 500,000 schools, over 200 million students, and more than 22 million teaching staff members for pandemic prevention and control. 14,000 white-coated medical staff members in the education system jumped to action on the front lines of Hubei's fight against the pandemic. Relevant universities quickly organized scientific research forces to tackle key problems. We successfully implemented online teaching at a scale unparalleled in the world. Achieving the "suspension of classes without stopping teaching and learning" was unprecedented in history and in the world. The timing of the college entrance examination was adjusted quickly, and the highest standards and strictest measures were used to ensure the security of the exam. This was a great effort. We went all out to do a good job in the college graduate employment work, carrying out the "100-day sprint" action and introducing extraordinary measures. Special timing, special measures, and special results were not easy. The timely adjustment of normalized measures for pandemic prevention and control allowed for the full, normal and safe opening of the fall semester, full restoration of education and teaching order, and children returning to campuses full of life. We insisted on foreign import prevention, implemented the "dual stability" policy, and maintained the health and safety of overseas students. Over the past year, the education system withstood the impact of the pandemic, stabilized its position, trained teams, and greatly improved its governance capabilities. The majority of teachers adapted to the rhythm of online teaching as quickly as possible, led **students** in learning via the "cloud" for several months, and demonstrated teacher responsibility through action in history-making fashion. The millennial generation of students performed very well in the fight against the pandemic. They are not afraid of hardship, difficulty, and sacrifice. Their practical actions have proved that the youths are a generation full of hope and worthy of great responsibility! The

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

great pandemic-fighting spirit has become the strongest and most vivid lesson in civics. Teachers and **students** received a profound ideological baptism, patriotic enthusiasm was unprecedentedly high, and the "Confidence Doctrine" was more firmly established.

Second, major successes were achieved in the fight against poverty through education. The education system went all out in this fight. Members of the Party Group of the Ministry contacted 52 counties in need of reform to launch a general attack on the stronghold of deep poverty. We strongly promoted the work to control dropouts and guarantee education. The number of dropouts of compulsory education age across the country dropped from more than 600,000 people since record-keeping began to 682 people. Among them, more than 200,000 registered dropouts have been cleared, and a long-term mechanism for controlling dropouts and guaranteeing education has been established. The long-standing problem of dropouts has been historically solved, a miracle in the history of education worldwide. We have actively promoted the development of education to eliminate poverty. Tens of millions of **students** from poor families have changed their fates through knowledge, ushering in a better life through education, discovering effective ways to stop intergenerational poverty. After several years of continuous efforts, we have brilliantly completed the objectives and tasks of education for the elimination of poverty, and have not failed to live up to the trust of the Party Central Committee, the expectations of the people, and the hard work of the teachers and **students**. We have left a mark on the history of education in new China.

Third, we comprehensively carried out our fundamental tasks of cultivating morality and educating people, and significant progress has been made. We have adhered to our orientation as a socialist school, fully implementing the Party's education policy. Now the blueprints for building morality and educating people are clearer, the system is more complete, and the results are more obvious. We insist on using Xi Jinping's thought of socialism with Chinese characteristics in the new era to forge the soul and educate the people. We have integrated it into the curriculum and teaching materials of primary and secondary schools by organizing the preparation of **student** reading books in stages with the publishing and use of the *Lecture Notes on Important Discourses on Education of General Secretary Xi Jinping*. This has deepened the reform and innovation of our schools' civics courses, and further enhanced the political, ideological, and emotional identities of the majority of teachers and **students**. We have adhered to and strengthened the Party's overall leadership over education, introducing the *Several Measures on Strengthening the Party's Political Construction in Colleges and Universities*. We have comprehensively promoted the "100 Year Action" to build the Party and held to the leadership in ideological work. The Party flag has always flown high on the front lines of education, and the education system has maintained overall stability for many years. Taking patriotic education as the theme of ideological and political work throughout the year, we conducted the "Online Retracing of the Long March," "My School and I," "90s Kids Arrival," "We, all recipients @in sequence," and "Civilized style" of secondary schools. Opinions on strengthening labor education, physical education, and aesthetic education in the new era were introduced to promote the all-round development of **students**, to be more vigorous, and to be more kind and fit. The first national language and writing conference in the new era was held. Guiding documents on comprehensively strengthening language and writing work in the new era were issued to promote the modernization of the language and writing work governance system and governance capabilities.

Fourth, major breakthroughs were achieved in education reform and opening up. The central government issued the first programmatic document on the systematic reform of education evaluation in new China, which prescribes a solution to the chronic illness of the "five onlys," which have received great attention and concern from all parts of society. We standardized the use of SCI papers and talent titles in colleges and universities, printed and distributed documents to deepen the reform of the title system for college teachers, and eliminated the bad guidance of "only papers" and "only hats." For the first time, the new college entrance examination was implemented smoothly in four pilot provinces, including Beijing and other provinces that have comprehensively reformed the college entrance examination. Efforts are being made to build a skill-based society, strengthen the positioning of vocational education types, accelerate the creation of a modern vocational education system with Chinese characteristics, and open vocational education innovation and development centers in Shandong, Gansu, Jiangxi, as well as Suzhou, Wuxi, Changzhou and other provinces and cities. We have seized the new opportunities arising out of the pandemic, accelerated the innovative development of medical education, implemented high-level application-oriented public health personnel training innovation projects, and deepened medical-education collaboration. The pilot system reform of enterprises affiliated with central colleges and universities has been basically completed, laying a solid foundation for the full implementation of the reform. The standardized management of private education has been strengthened, a quarter of the independent colleges have been transitioned, and compulsory education schools have achieved "the same enrollment of citizens." Opinions on the reform of the education supervision system in the new era have been published as we explore and enrich various supervision, monitoring and evaluation methods, and continuously strengthen the "long teeth" effect of supervision. The first national postgraduate education conference in new China was successfully held, a series of documents on accelerating the reform and development of postgraduate education in the new era were issued, and the construction of excellent postgraduate education was fully launched. The opinions on stimulating primary and secondary schools were issued, opinions on strengthening the rule of law in colleges and universities were issued for the first time, and regulations on educational discipline were formulated and issued for the first time. The integrated online government service platform can be fully applied, and teachers and students "don't have to run" to obtain more convenient services." In the face of a severe and complex situation, we have had to maintain strategic focus, adhere to the initiative of opening up to hedge against the uncertainties of the external environment, and issue documentation on accelerating and expanding the opening up of education in the new era to create stable ground for opening up and expanding international space. We have initiated international cooperation in the fight against the pandemic, introduced the experience of China's education system in the fight against pandemics and our high-quality online resources. We held the 2020 International Conference on Artificial Intelligence and Education, the first World MOOC Conference, and carried out international cooperation in education via the "cloud." We promoted global education governance and created a new environment for opening up to the outside world.

Fifth, the development level of our education system has been greatly improved. Making efforts in the struggle for governance of kindergartens in urban communities, we increased the number of inclusive school places by more than 4 million. Nationwide, 96.8% of counties have achieved basic balance in compulsory education, and large class sizes in compulsory education have been largely eliminated. The enrollment rate of compulsory education for disabled children and adolescents has reached over 95%. The task of expanding enrollment in higher vocational education has been completed for two consecutive years. The gross enrollment rate of higher education exceeded 50%, entering a stage of universal access recognized around the world. The promotion of the use of the common national language and script, especially the promotion of poverty alleviation work has made significant progress, and the national

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 2/12

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

Mandarin penetration rate has reached 80.72%. The "Strong Foundation Plan" has gotten off to a good start, the "Double Ten Thousand Plan" for undergraduates and the "Everest Plan" for scientific research in universities have been carried out smoothly, and the concept of "Four Returns" has been generally accepted. The first round of "double first-class" construction results are encouraging and inspiring. The education layout structure led by "four points, one line and one side" has constantly optimized, and the structure of education development in the new era, which combines points, lines and planes and echoes east, central and west, is basically formed. In the face of increasing conflict between fiscal revenue and expenditure, priority investment in education is still guaranteed. The proportion of national fiscal education funds in GDP has remained above 4% for eight consecutive years, achieving the goal of the average salary and income level of compulsory education teachers on part with that of local civil servants.

It is not difficult to understand what has happened. Extraordinary achievements in extraordinary years are not easy, they are difficult to realize. These are the results of the strong attention and strong leadership of the Party Central Committee and the State Council. It is the result of the concerted efforts of the faculty and staff in the education system in overcoming difficulties. It is the result of the concern and support of Party committees, government at all levels, and the whole society. On behalf of the Party Group of the Ministry of Education, I would like to express my sincere gratitude to the Party committees and governments at all levels, relevant departments and all walks of life who care about and support the cause of education! To the comrades who have long struggled in the front lines of education and contributed to the cause of education, we express our heartfelt thanks!

During the "13th Five-Year Plan" period, education in China has made new and remarkable achievements and the equity and quality of education has been greatly improved. The people's sense of access to education has been significantly enhanced and the international influence of Chinese education has been significantly increased. Educational attainment at all levels is at or above the average for middle- and high-income countries, with more than half of the new workforce having received higher education. The average number of years of education reached 13.8 years, equivalent to the first year of university, and a modern education system of lifelong learning for all has been preliminarily constructed. General Secretary Xi Jinping fully affirmed the effectiveness of education reform since the Third Plenary Session of the 18th CPC Central Committee. He pointed out that the main framework of the socialist education system with Chinese characteristics has been basically established, some institutional barriers that have long restricted the development of education have been cracked. A large number of grassroots reform and innovation experiences and practices are emerging, the landscape of education is undergoing a pattern of change.

Greatness is forged in the ordinary, and heroes come from the people. Every person is amazing! Behind the great achievements in education, we are moved by and proud of the countless individuals and groups that have devoted themselves and taken charge, and we are mindful of the countless stories of overcoming difficulties and forging ahead. The style of work of continuously forging ahead is the precious spiritual wealth of Chinese education, which inspires us to continue to set sail, break the waves, climb over the hurdles, and pursue our dreams.

Since July 2016, in accordance with the development and changes of the situation and tasks, the Party Group of the Ministry has made systematic arrangements for education work, proposing the "five drives": drive for equity in development, driving standardization in reform, driving responsibility in security, driving quality as a whole and driving party building in quality assurance. We have deployed the "Driving Pen", built the "Driving Ministry" and cultivated the "Driving Culture," forming the "Driving Trilogy." Special emphasis was placed on practicing the "front-line rules" and making basic institutional arrangements, pushing cadres to the front lines, allowing cadres to familiarize themselves with the situation on the front lines, find the "key" to solve problems on the front lines, and sharpen their growth on the front lines. The main theme should not be changed easily, and the focus should not be easily adjusted, as the last five years of education reform and development practices fully demonstrated that these strategic planning and work actions were completely correct, and should be adhered to long-term.

**2. Accurately grasp the new situation and new tasks faced in education reform and development**

The Fifth Plenary Session of the 19th CPC Central Committee was a meeting held at a historical intersection of the two hundred-year goals, which is of great historical significance. The "Suggestions" passed by the plenary session run through Xi Jinping's new era of socialism with Chinese characteristics. It is a glorious Marxist document, a programmatic document and a guide to action to guide the development of the "14th Five-Year Plan."

The Central Economic Work Conference put forward a regular understanding of the "five fundamentals": The authority of the Party Central Committee is the fundamental support of the entire Party and the people of all ethnic groups in times of crisis. 'People first' is the fundamental premise of making the right choice. Institutional advantage is the formation of a majestic force to overcome the fundamental guarantee, scientific decision-making and creative response is the fundamental method to turn crises into opportunities, science and technology self-reliance and self-improvement is the fundamental support to promote the development of the overall situation. The "five fundamentals" reflect the continuous promotion of the Party Central Committee's understanding of doing a good job with regularity under severe challenges. They are a scientific guideline to cultivate opportunities in crisis and open up new opportunities in changing situations.

During the "14th Five-Year Plan" period, Chinese education has entered a stage of high-quality development. The external environment and macro policy environment for education reform and development underwent profound change, facing a new situation, a new stage, a new idea, a new pattern, new goals, and new requirements. This puts forward five demands on education: adhering to and developing socialism with Chinese characteristics in the new

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 3/12

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

era, comprehensively implementing the Party's education policy, and implementing the fundamental task of establishing moral education, which is the political demand for education. Facing a population of 1.4 billion, organizing the world's largest education system is a demand for the volume of education. Promoting modernization, building a dual cycle pattern, and promoting high-quality development are demands for the quality of education. Bringing about a great rejuvenation of the Chinese nation and promoting the inheritance and innovation of Chinese culture are the cultural needs of education. It is a structural need for education to move from a large developing country to the center of the world stage and to build core competencies.

Facing the new situation and responding to new needs, the key is to grasp the "six situations": one is the overall situation, and the overall situation is the goal. The comprehensive construction of a modernized socialist country and the realization of the Chinese dream of the great rejuvenation of the Chinese nation are the future development goals of our country. For education, the overall goal is to build a powerful country in education and realize the modernization of education by 2035. The second is the changing situation, and the changing situation is the environment. The relative steady states of "change" at particular stages are superimposed to form a pattern of change. The world has entered a period of accelerated evolution in a century of unprecedented changes, and this is the greatest environment in which education development is currently taking place. The major changes are not accidental. They are an inevitable historical stage in the development of the cause of the Party and the country. Especially after last year, we need to be more dialectical, more positive and more understanding of the major changes. The overall situation is the goal, and the changing situation is the environment. The third is pattern, as pattern is strategy. The new development pattern is about systemic and deep-seated changes in education. We must accurately grasp the strategic concept of accelerating the creation of the new development pattern from a global and strategic perspective. The fourth is the beginning, the beginning is the starting point. We will start well, with a good starting situation, with work well laid out, the preparation of a good education "14th Five-Year Plan" the work of this year. The fifth is the layout. The layout is the allocation, that is, how to allocate educational resources. This plenary session emphasized "comprehensive human development" in the 2035 vision, and for the first time proposed that "the common prosperity of all people will achieve more obvious and substantial progress," and emphasized "solidly promoting common prosperity" when deploying the tasks of the 14th Five-Year Plan. The all-round development of people and common prosperity are reflected in the field of education in quality and fairness. In the future, the development of education will focus more on fairness and quality. Sixth is the breakthrough, the breakthrough is the driving force. The "14th Five-Year" period of reform has reached a new juncture. How and where to break through are related to the effectiveness of our reform. We should focus on solving outstanding problems, promoting the deep integration and efficient linkage of reform and development, so that reform can actively adapt to the needs of development, the needs of the grassroots and the needs of the masses.

To implement the spirit of the Fifth Plenary Session, we must focus on the "five finds" in terms of methods. Find the gap in understanding. General Secretary Xi Jinping's important speech at the plenary session had many new references. The "Suggestions" put forward some important ideas and discourse, to find the gaps in a targeted manner, to see if we have kept up in understanding. Find shortcomings in our work. Look at the system as a whole and find out the shortcomings in work, especially in reform, by field, and see what is not suitable. Find weaknesses in measures. After identifying the shortcomings, we must take a look at which policies and measures need to be improved, which need to be adjusted, which have not been implemented on the ground, and which are still a mere formality. Find problems in implementation. The Ministry's party group has always taken implementation as the focus of all its work, emphasizing the implementation and effectiveness of any work. Paying close attention to implementation is closely related to the construction of a style of work. It is necessary to see what problems still exist in implementation. Find blind spots in security. Security is the prerequisite for development, and all strategies and plans must firmly adhere to the bottom line of safe development. Educational security involves political security, security in authority, and ideological security. It is necessary to take the initiative to perform "minesweeping" frequently to see what blind spots there are in the field of education, how well the discovered risk factors are resolved, and firmly guard the bottom line of security.

2021 is a year of special importance in China's modernization process, as the Communist Party of China celebrates the 100th anniversary of its founding, the start of the 14th Five-Year Plan, and the start of a new journey to comprehensively build a modern socialist country. To do a good job in education work in 2021, we must grasp three key concepts. The first is the intersection stage. At the historical intersection of the "two hundred years," we must not only base ourselves on the present, consolidate existing achievements, and ensure that all our work can stand the test of history. We must also focus on the long-term, deepen and improve the whole, and lay a solid foundation for building a country of strong education. The second is the turning point. Entering a new stage of overall quality enhancement is another historic strategic shift of the focus of education work. 'High quality' has become the main goal requirement and measurement standard in education work. This inevitably requires transcending the previous development concept and development model, and requires the conditions to support development with a foundation of further improvement and enhancement. If the work of setting the direction and setting the framework in the first year is done well, the transition can be completed successfully, and an all-new phase of work can be smoothly launched. The third is the opportunity period. The profound and complex changes in the domestic and international environment have brought a series of new opportunities and challenges to the work of education. We should strive to find opportunities in crisis and turn crisis into opportunity. To deal with uncertainty, grasp and make good use of the period of major strategic opportunities to manage our own affairs well.

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 4/12

The general idea of education work this year is to take Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era as the guide, and implement the 19th CPC National Congress and the spirit of the second, third, fourth and fifth plenary sessions of the 19th CPC Central Committee. In accordance with the "five-in-one" overall layout and the "four comprehensive" strategic plan, enhance the "four consciousness," strengthen "Confidence Doctrine," and achieve "two maintenances." Adhere to the general keynote of seeking progress in a stable manner, based on the new development stage, implement the new development concepts, build a new development pattern, promote high-quality development as the theme, with reform and innovation as the fundamental driving force. Adhere to the systematic concept, better coordinate development and security, adhere to and strengthen the Party's overall leadership of education, fully implement the Party's education policy, and implement the fundamental task of building moral character. Stick to seeking fairness, reform of the system, safety and responsibility, and overall quality, to ensure Party building and fully promote the rule of education in accordance with the law. Consolidate and expand the results of pandemic prevention and control and education reform and development, and build a support system for a high-quality education system. Promote the modernization of the education governance system and governance capacity, and make a good start for building a strong education country, and celebrate the 100th anniversary of the founding of the Party with excellent results.

Here, I emphasize several aspects of key work.

**(1) In-depth implementation of the "100 Year Action" to improve the quality of Party building in the education system**

The Party's overall leadership is the fundamental guarantee for running good education. To meet and celebrate the centenary of the founding of the Party is an opportunity to improve the institutional mechanism to adhere to and strengthen the Party's overall leadership of education, the formation of the implementation of the Party's leadership top to bottom, and a full coverage of the work pattern.

Strengthen the party's innovative theory arm. We take up the study and implementation of Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era as the primary task, so as to achieve a deep understanding, comprehensive understanding, and sincere practice. "100 Year Action" is fully implemented to meet the 100th anniversary of the founding of the Party, solidly carry out study and education of the "four histories," to help cadres, teachers and students to profoundly grasp the historical logic, theoretical logic and practical logic contained in the Party's 100-year history of struggle, and build the ideological foundation of listening to and following the Party. We give full play to the advantages of the education system, and deepen the originality, scientific basis, and disciplinary research and interpretation of Xi Jinping's socialist ideology with Chinese characteristics in the new era. Vigorously promote the theoretical and practical Marxist style of learning, improve the mechanism of deepening theoretical learning, to achieve practical, problem-oriented thinking, and promote work. Organize and guide retired party members to deepen their study of the party's innovative theory and play a unique role in telling the "four histories."

Improve the party's grassroots organizational system. Put the party's political construction in the forefront, and strengthen the political functions and organizational capabilities of the party's grassroots organizations in the education system. We deepen the establishment of "a model authority that reassures the Party Central Committee and satisfies the people," strengthens the awareness of political organs, and takes the lead. We adhere to and improve the system of presidential responsibility under the leadership of the party committee of colleges and universities, fully implement the newly revised regulations on the work of grassroots organizations of general colleges and universities, implement various plans of "striving for excellence," and build strong grassroots party branches. In conjunction with the Organizational Department of the Central Committee, the document on the establishment of the principal responsibility system for the leadership of primary and secondary school party organizations was issued. This is a profound change in the leadership system of primary and secondary schools, and necessary for improving the political position to advance in a steady and orderly manner. Together with the Organizational Department of the Central Committee, we carried out the special work of strengthening the party building of private primary and secondary schools to ensure that the party's education policy is fully implemented.

We adhere to the fundamental system of Marxism's guiding position in the ideological field. It is necessary to improve the chain of responsibility, ensuring that every position and every link is watched and managed, and firmly understand leadership in work. It is necessary to establish a list of responsibilities level by level, consolidate the main responsibilities layer by layer, form a closed loop of responsibility implementation, and unswervingly use Marxism to fill the positions of colleges and universities. In recent years, the ideological work of the education system has undergone structural changes. This year's focus is on measures to elevate it to a fundamental system of adhering to the guiding position of Marxism in the ideological field.

We will seriously and comprehensively govern the party in a strict manner. The party group of the Ministry must first carry the main responsibility, the strict implementation of the "party committee (party group) to implement the provisions of the main responsibility for the overall strict governance of the party," improve the communications system with the discipline inspection and supervision group in the Ministry, and constantly improve the ability to perform their duties and responsibilities. We will strengthen and improve inspections and patrols, highlight the requirements of political supervision, strengthen the use of inspection results, and enhance the inspection and patrol structure. We will continue to strengthen the creation of a work style, actively cultivate a culture of advancement, guide cadres to forge ahead, seek truth and be pragmatic, and never be soft on new manifestations of formalism,

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

bureaucracy and other issues, and to fight when they show up. We will strictly implement the spirit of the eight provisions of the Central Government, focus on the "inventory clear - reset more - clear ecology" goals, strengthen supervision and discipline accountability, promote the constraints and supervision of the operation of power, to create a clean and healthy political ecology.

**(2) We will carry out the fundamental task of educating the people through morality, and cultivate socialist builders and successors with all-round development of morality, intelligence, physique, art and labor**

We will comprehensively implement the Party's education policy, promoting the all-round development of **students** as the fundamental requirement for educating people for Party and country, and it is at the core of improving the people's sense of educational gain, happiness, and security. It is necessary to continue to improve the education system for the comprehensive cultivation of morality, intelligence, physical education, art and labor, and improve the system for school, family and social collaborative education. We must provide more scientific guidance, more diverse resources, and more flexible ways to implement the fundamental task of cultivating moral character for moral education.

We must improve the quality of ideological and political work. The Steering Committee for the Integrated Construction of Ideological and Political Courses in Universities, Middle Schools and Primary Schools was established not long ago. It must play a positive role and strengthen guidance on the creation of different types of ideological and political courses at different stages of schooling. We will implement a special action to deepen the reform and innovation of ideological and political courses in the new era, accelerate the expansion of the team of ideological and political teachers, and implement the collective action of "One Province, One Policy Civics Course." We will implement the "Guidelines for the Ideological and Political Construction of Colleges and Universities" and explore the organic combination of civics courses and ideology and politics curriculum. We will accelerate the construction of the ideological and political work system in colleges and universities, and deepen the comprehensive reform of "three comprehensive educations." Deepen patriotic education, carry forward the great anti-pandemic spirit, guide teachers and **students** to deeply understand the meaning of "nation," learn the way of "love," and further strengthen the life choice of integrating the small self and the big self. Support the "five olds" to participate in the work of caring for the next generation and escort the healthy growth of youth.

Teaching materials play the role of cultivating roots and forging the soul, enlightening and increasing wisdom. The three-subject unified textbooks have strong ideological attributes, which are the concentrated expression of the will of the country and the socialist core values, and have a special and important role in educating the people. It is necessary to make good use of the three-subject unified teaching materials for compulsory education and general high schools and complete the compilation of the three-subject unified textbooks for secondary vocational schools. We will actively and steadily promote the full coverage of the three-subject unified textbooks, and resolutely implement them in ethnic areas in accordance with the requirements of the Central Government to better complete a foundation-building project for **students** of all ethnic groups and lay a "Chinese background." We will introduce and implement the "New Era Marxist Theoretical Research and Construction Project Key Textbook Construction Plan" to further improve the effect of teaching materials in educating people.

We will strengthen language work. Language is an important carrier of culture and the source of cultural confidence. We must develop the "14th Five-Year Plan" for language undertakings and the "14th Five-Year Plan" scientific research plan of the National Language Commission, and strive to promote and popularize the national common language. We will implement the popularization and enhancement of the national common language and writing project and push the popularization of the rural revitalization plan, comprehensively strengthen the teaching of Mandarin and writing education at all levels and in all types of schools, focusing on starting with children and promoting Mandarin training in preschool. We will increase the Mandarin training of teachers in ethnic areas. We will improve the language standardization system, issue and implement the *Management Regulations on the Use of Language and Characters in Information Technology Products*, and optimize the construction of a global Chinese learning platform. We will continue to implement the "Chinese classic reading project." We will implement the "Ancient Characters and Chinese Civilization Inheritance and Development Project," promote the second phase of the "Chinese Language Resources Protection Project," and inherit and develop China's excellent language and culture.

We will promote the overall development of **students**' physical and mental health. Doing a good job in the implementation of sports and aesthetic education documents is a must. We will improve the physical education teaching mode of "health knowledge + basic sports skills + special sports skills," and build a five-level school sports competition system. On the key issues of teaching staff and site facilities construction, local responsibilities must be strengthened, and methods and resources should be found for the integration of education and sports and school-community collaboration. It is necessary to explore the construction of an aesthetic education system with an organic connection between school stages and a deep integration of inside and outside the classroom, focus on teaching, practice diligently, and exhibit often, and further promote the reform of aesthetic education teaching. We will encourage all localities to formulate and implement a three-year action plan for the allocation of school aesthetic education teachers and the construction of venues and equipment in light of the actual situation. We must scientifically evaluate and promote the implementation of physical education and aesthetic education. We must carry out mental health education for all **students**. Timely discovery, counseling and intervention regarding **students**' psychological problems can enhance **students**' ability to withstand setbacks and adapt to the environment. We must strengthen health education, improve working methods, and continue to do a good job in the comprehensive prevention and control of myopia in children and adolescents. We must give full play to the comprehensive educating role of labor education. We will promote schools at all levels and types to precisely understand the characteristics of labor education in the new era, enrich the list of labor education, and connect educational goals and content. We must strengthen professional guidance, improve the labor quality evaluation system, and create good conditions for the implementation of labor education. Effective measures should be taken, and families and schools should work together, to educate children to start opposing food waste, and develop the habit of practicing thrift and opposing extravagance and waste. After General Secretary Xi Jinping gave important instructions last August, the education system took the lead in taking action with good results. But it is easy to relax in this matter, and the key is to continue to focus on it for the long term.

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 6/12

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

Great efforts will be made to rectify after-school tutoring institutions. This is an urgent problem that we are currently facing. If this problem cannot be solved, it will be difficult to form a solid education ecosystem. In rectifying after-school tutoring institutions, the goal is to reduce the burden on **students** and families, liberate **students** from after-school academic-subject trainings and liberate parents from sending **students** to accompany them. This matter must be dealt with, and we must be proactive. It is necessary to comprehensively evaluate the previous governance work, clarify the causal chain, clarify the chain of responsibility, and draw a new path. We will formulate a governance plan as soon as possible, design a governance path in accordance with the system concept, and utilize a combination of policies. The focus of governance is to fix behaviors such as profit-seeking, discipline-based training, wrong speech, teacher misconduct, and false advertising. The principle of governance is to adhere to the source of governance, in a systematic and strict manner, the overall use of economic, rule of law, administrative approach to training institutions, and to propose requirements regarding trainings schools' conditions, training contents, teaching materials and lesson plans, tuition fees management, advertising methods, teachers' qualifications in a comprehensive manner. The power of governance should focus on overall planning, further clarify the responsibilities of market supervision, civil affairs, development and reform, finance, public security and other departments, and work together to achieve major breakthroughs. We must keep an eye on governance, adjust and keep up with school education and teaching arrangements, management services, and effectively solve the problem of insufficient teaching in schools and classrooms. It is necessary to promote the connection of science between primary and secondary schools, deepen the reform of primary and secondary education and teaching, and accelerate the implementation of new courses and new textbooks for general senior high schools.

We will do a good job regarding primary and middle school **students**' homework, sleep, cell phones, reading materials, and physical management. These five management areas may seem trivial, but they are all major issues related to the healthy growth and all-round development of **students**, and they can be troublesome for the majority of parents. The first is job management. There are clear requirements for homework at each school stage. Primary school homework does not leave the school gates, as class homework is completed on campus. Junior high school homework cannot exceed the syllabus, and high school homework cannot cross the line. Let the responsibilities of the school return to the school and the responsibilities of the family return to the family. Let us guide children to complete and self-manage homework together. The second is sleep management. It is necessary to draw a boundary between family and school, study the school's efforts, and propose specific ways for schools to cooperate with parents. To monitor and assess this, the general requirement is to ensure that children get enough sleep, and the assessment is based on the average sleep time standards of Chinese children during their growth and physiological development. The third is cell phone management. We need to combine blocking and unblocking, prescribe the right remedy, face up to differences, classify and manage, and prohibit bringing cell phones into the classroom, while meeting **students**' emergency call needs in a variety of ways. The school should be used as a quiet place for information management, and the school's quiet reading atmosphere should be restored. The fourth is reading management. The management of extracurricular reading materials and teaching aids is also a big issue. We should focus on the recommendation catalog, and pay attention to the management of content and recommendation methods. Parents should choose what to use, and the education department should mainly review it. The fifth is physical fitness management. A healthy body is the foundation for the growth and success of elementary and middle school **students**. This matter cannot be simply attributed to physical education, but should be used as part of school management to comprehensively improve **students**' physical and psychological qualities.

**(3) We will do a good job in the battle to improve service capabilities and promote the deep integration of education into the new development pattern**

Human resources are an important basis for building a new development pattern. Education must be regarded as a priority in the new development pattern. It must be consciously included as an internal variable in the new development pattern to rewrite the production capability of high-quality development of education with the new development concept as the guide.

We will comprehensively revitalize rural education. Consolidation and expansion of the achievements of poverty alleviation through education are necessary. We will implement the requirements of the "four no picks" during the transition period, maintain the overall stability of the main assistance policies and the smooth transition of work. We will pay close attention to the control of dropouts and schooling guarantees to ensure that the results of dynamic clearing will continue to be consolidated. It is necessary to continue to promote the equalization of basic public education services in urban and rural areas. We will accelerate the addressing of shortcomings in the development of rural education, promote the construction of two types of schools (small rural schools and township boarding schools), and further eliminate large class sizes in a comprehensive way. We will increase the proportion of children of migrant workers attending public schools (including locations purchased by the government from private schools). We will enrich the supply of educational resources. Encourage the diversified development of high school schools, and comprehensively strengthen the construction of county-level general high schools. We must do a good job in preparatory education for ethnic minorities in colleges and universities, deepen educational counterpart support, and improve the quality and level of education in ethnic minority areas.

We will improve modern vocational education with Chinese characteristics. We will insist on the strategic positioning of vocational education and general education as different types of equal importance, launch the National Vocational Education Conference and implement the spirit of the conference, and further promote the implementation of "Vocational Education 20" to enhance the adaptability of vocational education. We will improve the work layout. Using the Ministry and province to build a center of vocational education innovation and development as a focus, and promote it to the whole province to build a map of vocational education development. We will improve the skill levels of the whole society. We must solidly promote the three-year action of expanding the enrollment of higher vocational colleges, accelerate the promotion of classified examinations in higher vocational colleges, and train more high-quality technical and skilled talents. We will focus on quality improvement and value-added empowerment as the main line, continue to implement the "Double High Plan" and ten actions for quality improvement and training, summarize and promote the 1+X certificate system pilot, and carry out pilot vocational education at the undergraduate level. We must deepen school-enterprise collaboration. We will improve support measures, explore apprenticeships with Chinese characteristics, establish a provincial-level industry-education integration enterprise certification system, and build a community of shared future for school-enterprise cooperation.

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 7/12

We will optimize the structure of higher education. It is necessary to optimize the structure of disciplines and specialties. Aiming at the frontiers and key areas of science and technology, we will promote interdisciplinary integration, and guide colleges and universities to lay out basic disciplines that support the country's original innovation capabilities and sustainable development capabilities. We will optimize the personnel training structure. We will deepen the implementation of the Strong Foundation Plan, and formulate the *Plan for Cultivating Talents in Basic Disciplines (2021-2035)*, to explore the model of continuous training of undergraduate and doctoral **students** in basic disciplines, and find cutting-edge talents for the future development of the country. We will solidly promote the construction of new engineering, new medical, new agricultural, and new liberal arts, accelerate the training of talents in shortage in science, engineering, agriculture, and medicine, and strengthen the cultivation of innovative, applied, and skilled talents. We will promote the in-depth development of mass entrepreneurship and innovation, promote the deep integration of industry, education and research, and successfully hold the China International "Internet +" College **Students** Innovation and Entrepreneurship Competition. The employment situation of college graduates is still complicated and serious. It is necessary to implement the employment and entrepreneurship promotion actions of college graduates and the grassroots growth plan, implement the "top leader project" in employment work, and ensure the overall stability of the employment situation. We must optimize the allocation of educational resources. We will promote the revitalization of higher education in the central and western regions in the new era, support the development of high-level research universities, and deepen outstanding postgraduate education. We will start a new round of "Double First-Class" construction, and make adjustments to support policies. To strive to promote the transfer of independent colleges, all provinces should intensify their efforts to speed up the progress of the transfer.

We must accelerate the construction of a scientific and technological innovation system in colleges and universities. Innovation has a core position in the overall situation of China's modernization drive, and self-reliance and self-improvement in science and technology are the strategic support for national development. It is necessary to build a national strategic scientific and technological force. We will adhere to the orientation of strategic demand, start the construction plan of top disciplines, implement the layout of national basic discipline research centers, and promote the physical construction of major innovation platforms such as national key laboratories. We will promote the in-depth implementation of the "Mount Everest Plan," promote the construction of cutting-edge science centers and large platforms for integrated research, accelerate the realization of major breakthroughs in original innovation, and strive to solve the "bottleneck" problem. We will deepen the reform of the scientific and technological system. We will respect the laws of science, give full play to policy guidance such as funding bonuses, assessment and evaluation, and improve the mechanism for sharing the rights and interests of scientific research personnel's service inventions, so as to improve the quality of scientific research achievements in colleges and universities. It is necessary to significantly increase the proportion of R&D investment in the field of basic research and provide regular funding. We must vigorously promote the spirit of scientists. We will establish a good style of study and work style, and guide researchers to study with peace of mind and concentrate on research. It is necessary to seize the current favorable opportunity to strengthen international exchanges and cooperation and introduce more first-class talents. We must put the burden on young people, so that young talents can stand out and display their abilities.

We will accelerate the promotion of regional innovation experiments in the modernization of education. Based on serving the national regional development strategy, we will focus on the "four points, one line, and one area" to deeply promote the regional innovation experiment of education modernization, and take the lead in the reform and innovation of education and service development. We are planning and developing education in the Xiong'an New Area of Hebei at a high starting point and high standard, and accelerating the planning of the layout of large series of research facilities platforms; building Hainan education innovation island, exploring new models of education development, and furthering the development of higher education cooperation in the Greater Bay Area of Guangdong, Hong Kong and Macao; promoting new breakthroughs in the development of education in Northeast China in the new era and establishing a sound mechanism for universities to serve key industries; building the Yangtze River education innovation belt, focusing on deepening the deep integration of industry, academia, research and use, and creating a number of talent training and science and technology innovation cooperation bodies; we will support the central and western regions to make up for shortcomings and strengths and weaknesses, improve the "four-party linkage mechanism," and further give play to the agglomeration and radiating role of 14 colleges and universities jointly established by ministries and provinces to promote the high-quality development of higher education in the central and western regions. It is necessary to face the strategic needs of regional economic and social development, deepen the integrated development of production, education, research and application, and comprehensively improve the level of educational service contribution.

We will accelerate the construction of a lifelong learning system. The methods in focus are more flexible, the resources are more abundant, and learning is more convenient, so as to better meet the diverse educational needs of the people. We will research and implement the fourth phase of the preschool education action plan, and supplement preschool education resources in rural areas, remote poverty-stricken areas, and urban newly-populated areas. We must increase financial investment in preschool education and improve the guarantee mechanism for preschool education. We will initiate the implementation of the third special education promotion plan, with the goal of suitable integration, and consolidate and improve the popularization of special education. We will transform and integrate various forms of academic continuing education to form a unified "Internet +" continuing education model. We will promote the reform and development of open universities. We will promote the construction of a "credit bank" and carry out the identification and conversion of different types of learning achievements. We will strengthen the basic capacity building of community education and education for the elderly, and schools at all levels and types should actively participate in community education and education for the elderly.

**(4) We will deepen education reform and innovation, promote deep integration and efficient linkage of reform and development**

We will develop topics and articles of reform. At present, education reform has reached a new juncture. We must have a deep understanding of the phased new characteristics and tasks of deepening education reform, promote reform without stopping, and add vigor and impetus to high-quality development.

We will make high-level preparations for the "14th Five-Year Plan" for education. To align with the overall national strategy and ambitious blueprint, anchor the long-term goal of 2035 education power and education modernization, carefully plan and lay out the next five years of education development overall in tone, the overall basis, and overall framework. The core is to build eight major systems, namely: an integrated ideological and political work system for older, in-between, small and young children, a new era education evaluation system, a high-quality education development system, an education system serving lifelong learning for all, a quality and balanced basic public education service system, a skilled China creation plan, a school-family-society collaborative education system, and a high-quality education support system. With these eight major systems, a large framework for the development of education during the "14th Five-Year Plan" period has been established.

We will promote the implementation of educational evaluation reforms. The introduction of the *Overall Plan for Deepening the Reform of Educational Evaluation in the New Era* is a "hard battle" and the implementation is an even "harder battle." It is necessary to comprehensively benchmark the *Overall Plan* and resolutely correct any practices and regulations that are inconsistent with the spirit of the plan. We will encourage grassroots exploration, guide qualified locations and schools to carry out pilot projects, and guide relevant grassroots units to carry out differentiated innovation. We will incorporate the implementation of the *Overall Plan* into important content such as discipline inspection and supervision, inspections, audits, funding supervision, funding allocation, and education supervision to ensure that reform tasks are in place. In 2021, the first new college entrance examination will be implemented in the third batch of provinces with comprehensive reform, and the number of provinces implementing the new college entrance examination will reach 14 nationwide. All colleges and universities in various places should actively cooperate and support to ensure the smooth implementation of this high-risk reform.

We will deepen the reform of "decentralization, management, and service." This is an important starting point for optimizing government governance and building a service-oriented government that the people are satisfied with. It is necessary to promptly compile the list of powers and responsibilities of the Ministry of Education, and implement and expand the autonomy of schools that are operating. We will deepen the reform of the education supervision system, carefully carry out the evaluation of the provincial people's government's performance of educational responsibilities, and make good use of standards, monitoring, evaluation, statistics, credit, "double randomization" and other means to bring stronger power to education supervision and have education supervision play a more powerful role. Recently, the Party Committee of the Ministry reviewed and approved the *Implementation Plan for the Review and Evaluation of Undergraduate Education and Teaching in General Colleges and Universities (2021-2025)*, and all localities must make overall arrangements for the formulation of the "14th Five-Year Plan." Doing a good job in education in the new era has put forward new and higher requirements for the effectiveness of education management, and improving education management should be done in five aspects. First, assessments, which require an in-depth understanding of the specific circumstances of the operation of colleges and universities, we must maintain the determination to understand assessments. Second, supervision: without supervision we will not know how to assess the effectiveness of the rectification of the problems raised. Third, notifications: no notification is no deterrent, so to increase the notifications, improve the frequency of notifications, and expand the coverage of notifications. Fourth are links, without which there is no binding force. Fifth, accountability, without which we will only have a paper tiger or scarecrow.

We will promote the opening up of education to the outside world in an all-round and high-level manner. It can be foreseen that the risks and challenges facing the opening up of education to the outside world this year are still severe and complex. We should maintain our determination, adhere to the direction of opening up education to the outside world in the counter-current of globalization without wavering, take the smooth domestic and international education cycles as the focus, optimize our global layout and expand to a larger space. It is necessary to thoroughly implement the joint construction of the "Belt and Road" education initiatives, deeply promote people-to-people and cultural exchanges, consolidate and expand the space for international cooperation, and build a closer educational community with relevant countries and regions. We will support the central and western regions and the northeastern region to give full play to their location and humanistic advantages in educational exchanges and cooperation with neighboring countries and countries along the "Belt and Road" to form a new pattern of education opening with linkages between east and west and internal and external intercommunication. We should comprehensively promote the opening of education to improve quality and efficiency, deepen the reform of the system and mechanism for studying abroad, establish a system policy that does not encourage the promotion of underage study abroad, increase the reform of foreign cooperative education, and strengthen the appointment and management of foreign teachers. It is necessary to deeply participate in global education governance, participate in the formulation of relevant rules and standards and research on major issues. We will promote the formation of a Hong Kong education system compatible with "One Country, Two Systems," take the opportunity of the construction of the Guangdong-Hong Kong-Macao Greater Bay Area to promote the integration of Hong Kong and Macao into the national high-quality education system, and promote cross-strait education exchanges and cooperation.

**(5) We will strengthen the creation of teaching staff and strengthen the support of high-quality development talents**

Only with a high-quality teaching team can there be high-quality education. On last year's Teacher's Day, General Secretary Xi Jinping sent a message to all teachers not to forget their original aspiration of cultivating people by virtue, to keep in mind the mission of educating people for the Party and the country, to actively explore educational and teaching methods in the new era, and to continuously improve their teaching and educating skills. This important message from General Secretary Xi Jinping showed our direction and provided important guidelines for strengthening the construction of the teaching staff.

We will strictly implement the requirements of teachers' morality and style. Teacher morality is the first criterion for evaluating the creation of teaching staff. It is necessary to systematically examine the implementation of the professional code of conduct for teachers in kindergartens, primary and secondary schools, and colleges and universities in the new era, strictly control the entrance, assessment, supervision, and discipline, and discover, investigate, handle, notify one, and warn in a unified manner. We will establish an information sharing mechanism with the Supreme People's Procuratorate and the Ministry of

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

Public Security, implement an access inquiry system for faculty and staff, resolutely eliminate and eliminate "black sheep," and protect the healthy growth of **students**. It is necessary to further strengthen the cultivation of teachers' morality, improve the teacher's honor and commendation system, carry out traditional education of teacher's morality and model education of teacher's morality, and create an atmosphere of respecting teachers and valuing education. To strengthen the construction of teachers' morality, we absolutely must do a good job in teachers' ideological and political work. It is necessary to focus on the ideological and political work of teachers, especially young teachers, adhere to the simultaneous development of morality and law, strengthen political awareness and quality cultivation, and build a team of high-quality teachers with both ability and political integrity. This should be taken as a key task in 2021, with a nationwide mobilization and general action.

We will vigorously revitalize teacher education. Teacher education is the foundation of education and the source of nourishment for the creation of teaching staff. It is necessary to implement the plan to strengthen teachers in the new era, increase support for teacher's colleges, and use evaluation reforms to guide teacher's colleges to focus on the main work of teachers. We will implement three-level and five-category teacher-training professional certification, and keep the "lifeline" of teacher education quality. We will give full play to the leading role of famous teachers and famous principals, continue to implement the national training plan for kindergarten teachers in primary and secondary schools, and strengthen the targeted training and precise training of teachers in underdeveloped areas in the central and western regions. We will improve the training system for secondary and higher vocational education teachers, develop the "double-qualified" teacher certification standards, and open up two-way circulation channels for school-enterprise personnel.

We will deepen the comprehensive reform of teacher management. This year, we will comprehensively roll out the reform of the primary and secondary school teacher qualification examination system, deepen the reform of teaching graduate **students** and public-funded teaching **students** to be exempted from the examination, and establish a teaching ability assessment system for teaching **students**. We will deepen the reform of the professional title system for college teachers, study and improve the management of post setting in primary and secondary schools, and unblock development channels for teachers. We will implement the guiding opinions on the creation and reform of the teaching staff in colleges and universities in the new era, and improve the teacher evaluation mechanism. We will implement a code of conduct for the guidance of postgraduate tutors, and guide teachers to devote more energy to teaching and educating people. We will optimize the allocation of teacher resources, promote the exchange and rotation of principals and teachers in compulsory education schools, implement the "special post plan" and the senior lecturer plan in depth, and select and send more outstanding teachers to teach in weak rural schools.

We will comprehensively improve the status and treatment of teachers. This is an important aspect of teachers' professional dignity and satisfaction. It is necessary to improve the long-term mechanism for the guarantee of teachers' salaries and benefits, and all localities must strengthen provincial-level coordination to ensure that teachers' salaries are paid in full and in a timely manner. After three years of hard work, last year we achieved the goal of the average salary of teachers in compulsory education equal to that of local civil servants. We must closely monitor and track the results, consolidate the results, and resolutely prevent a repeat of the past. We will continue to implement the living subsidy policy for rural teachers, find ways to give continuous rewards to those who have taken root in the countryside for a long time, continuously improve the treatment of rural teachers, and pay attention to the lives of rural teachers. We will improve the long-term mechanism for reducing the burden on teachers, eliminate activities that are unrelated to education and teaching, and let teachers concentrate on teaching.

**(6) We will improve support capabilities and lay a solid foundation for high-quality development**

Guaranteeing capacity is a strategic support for building a high-quality education system. Education investment, informatization, and the rule of law must not be relaxed for a moment. Early research and judgment, accurate calculation, sufficient supply, and good use must be made to create a solid basis for the development of education.

We will do everything possible to consolidate the 4% achievement. In recent years, downward pressure on the economy has been increasing, which has had a certain impact on investment in education. It is necessary to analyze and determine this in a timely manner, put forward countermeasures, pay more attention to increasing investment through policy design, system design, and standard design, and improve the long-term mechanism for the stable growth of education investment so as to ensure the realization of "one is no lower, and two only increase and not decrease." We will improve the expenditure responsibility system, promote the reasonable division of fiscal powers and expenditure responsibilities in the education field below the provincial level in light of the actual situation, and improve the transfer payment system for the central government to the local common financial powers in the education field. We will improve the per-student standard system, promote the establishment and improvement of per-student funding systems for all types of education at all levels, and dynamically adjust the level of funding. We will improve the investment policy system, and gradually increase the proportion of social investment while continuing to maintain the intensity of financial education investment. We will improve the education funding statistics system and strengthen dynamic monitoring. We will improve the efficiency of funding use, give full play to the guiding role of budget performance management, and strengthen the application of evaluation results. It is not easy to raise funds. We must improve the effectiveness of education and public service expenditures, adhere to the principle of "maintaining the basics, making up for shortcomings, promoting fairness, and improving quality," focus on ensuring the balanced development of compulsory education, train teaching staff, making up for shortcomings in education development, and improve education and teaching reform as we fully mobilize our resources.

We will accelerate the construction of new education infrastructure. Modern information technology can empower people and will bring about revolutionary changes in education. Sensitivity and foresight must be enhanced, and passive tactics can no longer be used. It is necessary to seize the major opportunity of the country's layout of new infrastructure, and plan and propose ideas and measures for the construction of the new education infrastructure system during the "14th Five-Year Plan." We will ensure in-depth implementation of the education informatization 2.0 action plan, with the goal of "three

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 10/12

2/20/23, 1:23 PM Speech by Chen Baosheng at the 2021 National Education Work Conference - Ministry of Education of the People's Republic of China Government Portal

full, two high, and one big," accelerate the construction of educational private networks, improve the national digital education resource public service system, popularize the construction and application of digital campuses, and expand the coverage of high-quality educational resources. At present, most online education is still limited to simple classroom relocation. It is necessary to work hard on integrated applications, collect online teaching experience during the pandemic, strengthen the construction and application of online education and teaching resources for primary and secondary schools, use information technology to update educational concepts, and change educational models. We will continue to use artificial intelligence to boost the creation of teacher teams, and continuously improve teachers' information literacy and information-based teaching capabilities.

We will comprehensively deepen the rule of law. "Small wisdom governs affairs, moderate wisdom governs people, and great wisdom governs legislation." In November of last year, the Central Government held a comprehensive work conference on the rule of law. The most important outcome of the conference was the establishment of Xi Jinping Thought on the rule of law. At present and in the future, it is necessary to study, publicize and implement Xi Jinping Thought on the rule of law as an important political task, integrate it into the whole process of national education, and implement it in all aspects of law-based education. Here I would like to emphasize that colleges of politics and law and universities offering law majors must incorporate Xi Jinping Thought on the rule of law into the teaching system of rule of law theory, determine the status of basic theoretical courses, determine the requirements for compulsory courses, and determine the measures to be taught by academic leaders. The main people in charge of education departments and schools must follow the requirements of the first person responsible for the creation of the rule of law, change the concept of governance, effectively regard the rule of law as an important support for the development of education reform and the fundamental basis of education governance, and attach importance to strengthening the construction of institutions and forces for the rule of law. We will increase the supply of legislation. We will do a good job of formulating and revising the laws and regulations on the agenda, and quickly start the process of legislation where required urgently, and promote the improvement of the education law system. We will advance governance by law. We will distribute the *Measures for Educational Administrative Punishment*, implement the *Opinions on Strengthening the Work of the Rule of Law in Colleges and Universities*, and integrate the rule of law into all aspects of education and school management. We will promote the implementation of the five-department management "school trouble" document, and use the rule of law to maintain the normal order of education and teaching. It is necessary to strengthen the education of the constitution and the rule of law among young people. We will continue to carry out the national **students** series "Learning and Explaining the Constitution" and the National Constitution Day "Constitution Morning Reading" activities to promote participatory and experiential rule of law practices, and enhance the pertinence, effectiveness, attractiveness, and appeal of rule of law education.

Here I emphasize the prevention and control of the pandemic. At present, there are great uncertainties in the changes of the pandemic situation, which will impact the normal order of education and teaching if we are not careful. It is necessary to adapt to the normalized prevention and control of the pandemic, stick to the characteristics and laws of the work, continue to do a good job in the prevention and control of the two fronts at home and abroad. We must insist on not relaxing the foreign import defenses, not relax in the rebound of internal defenses, strictly guard against the pandemic, and strictly implement various pandemic prevention measures. We will guard the entrances to campuses. According to the stage, regional and time characteristics of the pandemic, we will make timely and flexible adjustments to prevention and control strategies to ensure that there is no large-scale importation and rebound, strictly prevent the emergence of aggregated pandemics, strictly prevent the spread of cases, resolutely stabilize our hard-won stable situation, and keep campuses safe. We will find ways to maintain the health and safety of overseas **students**, and do a good job in the management and service of international **students** and foreign teachers.

**3. We will ensure the effective deployment of various decisions**

The blueprints have been drawn, the tasks have been clarified, and the key is to implement them well. To implement is to grasp their effect. It is necessary to enhance the sense of responsibility and mission of grasping the implementation, enhance the professional ability, carry forward the spirit of nailing all the nails, We will take real action toward the implementation of the initial mission, the political direction, the practical, the strategy overall, and the specific issues.

We will be clear about politics. In a certain sense, education is politics, and it is a unique manifestation of politics. Whether we can do educational work from a political perspective is related to the success or failure of education. It is necessary to enhance political awareness, be good at looking at problems politically, be good at grasping the overall political situation, and constantly improve political judgment, political comprehension, and political execution. We must adhere to the correct political direction, and maintain a high degree of consistency with the Party Central Committee in terms of political stance, political direction, political principles, and political path. It is necessary to continuously improve political acumen and political discrimination, observe and analyze educational issues with political eyes, be able to see the essence through phenomena, and be able to discover new trends from clues, so as to be clear-eyed, see things early, and act quickly. It is necessary to improve the ability to benchmark, check references, check questions, and check needs, have position-based goals, focus on the center for development, and fully implement the spirit of the Party Central Committee.

First-line rules must be practiced. The first-line rules integrate mass concepts, working methods, and discipline requirements. They are a big concept and a big category. They lead us and must be unswervingly adhered to. Last year, the educational poverty alleviation work achieved major results, and it also gave us a taste of the sweetness of practicing front-line rules. Comrades went deep into the grassroots and went to schools, traversed thousands of mountains and rivers, and entered thousands of households, got first-hand information, and heard the most authentic voices. General Secretary Xi Jinping pointed out

www.moe.gov.cn/jyb_xwfb/moe_176/202102/t20210203_512420.html 11/12

that "investigation and research are not only a method of work, but also a major issue related to the success or failure of the cause of the party and the people." The implementation of first-line rules, to go deep into the specific needs of the masses should be taken as an important way to implement them and seek practical results. In practice, go deep into the creative work of the masses, establish warm and real connections with the masses, and better absorb wisdom, solve problems, and promote implementation.

We must stick to the bottom line of safety. Safety is the foundation of development, and development is the guarantee of safety. If safety is not guaranteed, how can we talk about education? The nature of education work is special, and the education field system is huge. Educational security is closely intertwined with political security, ideological work, network position management, international educational exchange and cooperation, personal and property security, and legal governance of schools. There are many elements in a long chain, and we must adhere to the integration of development and security, enhance the sense of worry, establish bottom-line thinking, and build a solid chain of safety. It is necessary to strengthen the prediction of potential major risks and challenges, make preparations to deal with them, make the first move, make good initiatives, never let the "black swan" or "gray rhinoceros" events stall our reform and development process. We must put the safety of teachers and **students** first, improve and implement various rules and regulations on campus safety, and promote a higher level of safety on campus. We must guard the bottom line of the security of openness of education to ensure our correct political direction.

Publicity and guidance must be strengthened. We must sing as a chorus. Proactive, patient and meticulous efforts in major reform matters, key work, focus events and other policy interpretation and publicity guidance are necessary. We must eliminate misunderstandings and online noise in a timely manner to quickly seize the opportunity when it comes to public opinion, and always take the initiative in our work. In recent years, deputies of the National People's Congress and members of the Chinese People's Political Consultative Conference have paid more and more attention to education, and their number of proposals has continued to increase. We must communicate carefully and handle them actively, and strive for more care and greater support through good interaction.

Comrades, carry forward the spirit of the Fifth Plenary Session of the 19th Party Congress. To fully start a new journey of building a modern socialist country, the education system has a great responsibility and a glorious mission. We must unite closely with the Party Central Committee with Comrade Xi Jinping as the core. Stay true to our original aspirations, keep our mission firmly in mind, work hard, and forge ahead as we strive to build a high-quality education system Accelerate the modernization of education, build a country of strong education, operate to the satisfaction of the people. Make a new and greater contribution to the overall construction of a modern socialist country and the realization of the Chinese dream of the great rejuvenation of the Chinese nation!

Scan to share this page

(Editor in charge: Cao Jian)

党政机关

Government website
find errors

Website Statement Site Map Contact Us

All rights reserved: the Ministry of Education of the People's Republic of China Domain Name: Ministry of Education. Government Affairs.

Beijing ICP No. 10028400-1 Beijing Public Network Security No. 11010202007625 Website identification code: bm05000001

# 乘势而上 狠抓落实 加快建设高质量教育体系

## ——在2021年全国教育工作会议上的讲话

2021-02-04 来源：教育部 收藏

教育部党组书记、部长 陈宝生

（2021年1月7日）

同志们：

今天，我们召开全国教育工作会议，学习贯彻党的十九大和十九届二中、三中、四中、五中全会精神，盘点总结过去一年的工作，就2021年教育工作进行部署。下面，我代表教育部党组作工作报告，讲三方面意见。

**一、全面总结回顾2020年的工作**

刚刚过去的2020年，是极不平凡的一年。这一年，世纪疫情和百年变局交织，形势错综复杂，给教育系统带来了一场大考、连环考。这一年，我们坚持以习近平新时代中国特色社会主义思想为指导，在党中央、国务院坚强领导下，迎难而上、砥砺奋进，付出艰苦努力，扛过了大疫大考，经受了大风大浪，交出了优异答卷。这一年，我们统筹疫情防控和教育改革发展，决战决胜教育脱贫攻坚，推进教育"十三五"规划圆满收官，一步一个脚印，一步一个台阶，走过波澜壮阔的奋斗历程，取得了让世界瞩目的辉煌成就，推动中国教育站在了新的历史起点上。

一是疫情防控取得重大战果。疫情是一年来我们最深刻的集体记忆。面对突如其来的新冠肺炎疫情，我们坚决贯彻党中央决策部署，迅速反应，果断行动，把守护师生生命安全和身体健康放在第一位，组织50多万所学校、2亿多名在校生、2200多万名教职工打响疫情防控总体战、阻击战。教育系统1.4万名医护人员白衣为甲、逆行出征，驰援湖北抗疫一线，有关高校迅速组织科研力量奋力攻关。成功开展世界最大规模的线上教学，实现"停课不停教、停课不停学"，史无前例、世无前例。及时调整高考时间，以最高标准、最严举措确保考试安全，打了一个漂亮仗。千方百计做好高校毕业生就业工作，开展"百日冲刺"行动，推出超常规措施。特殊时期，特殊措施，特殊战果，非常不易。及时调整疫情防控常态化措施，秋季学期全面开学、正常开学、安全开学，教育教学秩序全面恢复，孩子们又回到充满生机的校园。坚持外防输入，落实"双稳"方针，维护海外留学人员健康安全。一年来，教育系统经受住了疫情冲击，稳住了阵地，历练了队伍，治理能力大幅提升。广大教师以最快速度适应线上教学的节奏，带领**学生**进行长达几个月的"云端"学习，用行动诠释了师者的担当，这是创造了历史的壮举！"90后""00后"在抗疫中的表现非常亮眼，他们不怕苦、不畏难、不惧牺牲，以实际行动证明了当代青年是充满希

望、可堪大任的一代！伟大抗疫精神成为最厚重、最鲜活的思政大课，广大师生接受了深刻思想洗礼，爱国热情空前高涨，“四个自信”更加坚定。

二是教育脱贫攻坚取得重大胜利。教育系统尽锐出战，部党组成员对口联系52个未摘帽县，向深度贫困堡垒发起总攻。强力推进控辍保学工作，全国义务教育阶段辍学**学生**由台账建立之初的60多万人降至682人，其中20多万建档立卡辍学**学生**实现动态清零，建立了控辍保学长效机制，长期存在的辍学问题得到历史性解决，创造了世界教育史上的奇迹。积极推进发展教育脱贫一批，数千万贫困家庭**学生**通过知识改变了命运、通过教育迎来了美好生活，探索了阻断贫困代际传递的有效途径。经过几年的持续奋斗，我们出色完成了教育脱贫攻坚各项目标任务，没有辜负党中央的重托，没有辜负老百姓的期望，没有辜负广大师生的辛苦，在新中国教育史上写下了浓墨重彩的一笔。

三是全面落实立德树人根本任务取得重大进展。坚持社会主义办学方向，全面贯彻党的教育方针，立德树人的蓝图更加清晰，制度更加完备，成效更加明显。坚持用习近平新时代中国特色社会主义思想铸魂育人，融入大中小学课程教材，分阶段组织编写**学生**读本，出版使用《习近平总书记教育重要论述讲义》，深化学校思政课改革创新，广大师生政治认同、思想认同、情感认同进一步增强。坚持和加强党对教育工作的全面领导，出台《关于加强高校党的政治建设的若干措施》，全面推进建党“百年行动”，牢牢掌握意识形态工作领导权，党旗始终高高飘扬在育人一线，教育系统连续多年保持总体稳定。将爱国主义教育作为全年思想政治工作主题，开展“网上重走长征路”“我和我的学校”“90后·到”“我们都是收信人@大接龙”、中职学校“文明风采”等活动。出台加强新时代劳动教育、体育、美育意见，促进**学生**全面发展、更加朝气蓬勃、更为向善向美。召开新时代第一次全国语言文字会议，出台关于全面加强新时代语言文字工作的指导性文件，推进语言文字工作治理体系和治理能力现代化。

四是教育改革开放实现重大突破。中央出台新中国第一个关于教育评价系统性改革的纲领性文件，为解决“五唯”顽瘴痼疾开出药方，社会各界高度关注、充分肯定。规范高校SCI论文、人才称号使用，印发深化高校教师职称制度改革文件，破除“唯论文”“唯帽子”不良导向。北京等4个高考综合改革试点省份首次新高考平稳落地。努力建设技能型社会，强化职业教育类型定位，加快构建中国特色现代职业教育体系，在山东、甘肃、江西以及苏锡常等省市启动职业教育创新发展高地建设。抢抓疫情催生的新机遇，加快医学教育创新发展，实施高层次应用型公共卫生人才培养创新项目，深化医教协同。中央高校所属企业体制改革试点基本完成，为全面推开改革打下坚实基础。强化民办教育规范管理，四分之一的独立学院完成转设，义务教育阶段学校实现“公民同招”。发布新时代教育督导体制改革意见，探索和丰富各类督导监测评价手段，不断强化督导“长牙齿”效应。新中国首次全国研究生教育会议顺利召开，印发加快新时代研究生教育改革发展系列文件，卓越研究生教育建设全面启动。印发激发中小学办学活力的意见，首次出台加强高等学校法治工作意见，首次就教育惩戒问题制定发布规章。一体化在线政务服务平台全面应用，师生群众“不用跑”就获得更多便捷服务。面对严峻复杂形势，保持战略定力，坚持以开放的主动性对冲外部环境的不确定性，出台加快和扩大新时代教育对外开放文件，打造开放高地，扩大国际空间。主动开展国际抗疫合作，宣介我国教育系统抗疫经验和我国优质线上资源，召开2020年国际人工智能与教育会议、首届世界慕课大会，“云”上开展教育国际合作，推进全球教育治理，开创了对外开放新局面。

五是教育事业发展水平得到重大提升。啃下城镇小区配套幼儿园治理这块硬骨头，增加普惠性学位超过400万个。全国96.8%的县级单位实现义务教育基本均衡，义务教育大班额基本消除。残疾儿童少年义务教育入学率达95%以上。高职扩招任务连续两年完成。高等教育毛入学率超过50%，进入世界公认的普及化阶段。推广使用国家通用语言文字特别是推普脱贫工作取得重大进展，全国普通话普及率80.72%。“强基计划”开局良好，本

科“双万计划”、高校科研“珠峰计划”等顺利开展，“四个回归”理念得到普遍认同。首轮“双一流”建设成果令人鼓舞、令人振奋。以“四点一线一面”为引领的教育布局结构不断优化，点线面结合、东中西呼应的新时代教育发展空间布局基本形成。在财政收支矛盾加大形势下依然保障教育优先投入，国家财政性教育经费占国内生产总值比例连续八年保持4%以上，实现义务教育教师平均工资收入水平不低于当地公务员的目标。

事非经过不知难。非凡之年取得非凡成就，十分不易、成之惟艰。这是党中央、国务院高度重视、坚强领导的结果，是教育系统广大教职员工众志成城、攻坚克难的结果，是各级党委政府和全社会关心支持的结果。在此，我代表教育部党组，向关心支持教育事业的各级党委政府、有关部门和社会各界表示诚挚感谢！向长期以来奋斗在教育一线、为教育事业作出贡献的同志们表示衷心感谢！

“十三五”期间，我国教育事业取得新的显著成就，教育公平和质量较大提升，人民群众教育获得感明显增强，中国教育国际影响力明显提升。各级教育普及程度都达到或超过中高收入国家平均水平，新增劳动力接受过高等教育的比例超过一半，平均受教育年限达到13.8年，相当于大学一年级水平，全民终身学习的现代教育体系初步建成。习近平总书记对党的十八届三中全会以来的教育改革成效给予充分肯定，指出中国特色社会主义教育制度体系的主体框架基本确立，一些长期制约教育事业发展的体制机制障碍得到破解，一大批基层改革创新的经验做法不断涌现，教育面貌正在发生格局性变化。

平凡铸就伟大，英雄来自人民。每个人都了不起！在教育事业伟大成就的背后，无数倾情投入、担当作为的个人和集体让我们感动和自豪，无数攻坚克难、奋发进取的故事让我们铭记于心。不断奋进的工作作风，是中国教育的宝贵精神财富，激励着我们继续扬帆破浪、爬坡过坎、逐梦前行。

2016年7月以来，根据形势任务的发展变化，部党组对教育工作进行系统安排，提出发展抓公平、改革抓体制、安全抓责任、整体抓质量、保证抓党建“五个抓”，部署实施“奋进之笔”、建设“奋进之部”、培育“奋进文化”，形成“奋进三部曲”。特别强调践行“一线规则”并作出基本制度安排，把干部压到一线去，让干部在一线中熟悉情况，在一线中找到解题的“钥匙”，在一线中磨砺成长。主旋律不要轻易变，焦点不要轻易调，近五年的教育改革发展实践充分证明，以上战略策划和工作部署是完全正确的，要长期坚持。

**二、准确把握教育改革发展面临的新形势新任务**

党的十九届五中全会是在两个百年奋斗目标的历史交汇点、交汇期召开的一次会议，具有重要的历史意义。全会通过的《建议》，全篇贯穿习近平新时代中国特色社会主义思想，是一篇光辉的马克思主义文献，是指导“十四五”发展的纲领性文献和行动指南。

中央经济工作会议提出了“五个根本”的规律性认识：党中央权威是危难时刻全党全国各族人民迎难而上的根本依靠，人民至上是作出正确抉择的根本前提，制度优势是形成共克时艰磅礴力量的根本保障，科学决策和创造性应对是化危为机的根本方法，科技自立自强是促进发展大局的根本支撑。“五个根本”体现了党中央对在严峻挑战下做好工作规律性认识的不断升华，是在危机中育先机、于变局中开新局的科学指引。

“十四五”时期，我国教育进入高质量发展阶段。教育改革发展的外部环境和宏观政策环境已发生深刻变化，面临着新形势、新阶段、新理念、新格局、新目标、新要求，这给教育提出了五个方面的需求：新时代坚持和发展

中国特色社会主义，全面贯彻党的教育方针，落实立德树人根本任务，这是对教育的政治需求。面对14亿人口，举办世界最大规模的教育，这是对教育量的需求。推进现代化、构建双循环格局、推动高质量发展，这是对教育质的需求。实现中华民族伟大复兴，推动中华文化传承与创新，这是对教育的文化需求。从发展中大国走近世界舞台中央、打造核心竞争力，这是对教育的结构需求。

面对新形势，应对新需求，关键是把握好“六个局”：一是全局，全局是目标。全面建设社会主义现代化国家、实现中华民族伟大复兴的中国梦，是我们国家未来的发展目标。对教育来说，总的目标就是到2035年建成教育强国、实现教育现代化。二是变局，变局是环境。“变”在特定阶段的相对稳定状态，叠加起来就形成了变局。世界百年未有之大变局进入加速演变期，这是当前教育发展所处的最大环境。大变局不是偶然的，是党和国家事业发展必然的历史阶段，尤其是经过去年一年，我们要更加辩证、更加积极、更加全面地理解大变局。全局是目标，变局是环境。三是格局，格局是战略。新发展格局事关教育系统性、深层次变革，我们要从全局和战略的高度准确把握加快构建新发展格局的战略构想。四是开局，开局是起点。要起好步、开好局，把谋篇布局的工作做好，编制好教育“十四五”规划，谋划好今年的工作。五是布局，布局是配置，也就是教育资源如何配置。这次全会在2035年远景目标中强调“人的全面发展”，并首次提出“全体人民共同富裕取得更为明显的实质性进展”，在部署“十四五”任务时强调“扎实推动共同富裕”。人的全面发展和共同富裕在教育领域的体现是有质量的公平。今后教育发展要更加突出有质量的公平。六是破局，破局是动力。“十四五”时期改革又到了新的关头，如何突破、从哪突破，关系到我们改革的成效，要紧盯解决突出问题，推动改革和发展深度融合、高效联动，让改革主动适应发展的需要、基层的需要、群众的需要。

落实好五中全会精神，方法上要聚焦“五找”。在认识上找差距。习近平总书记在全会的重要讲话有许多新的提法，《建议》提出了一些重要观点和论述，要有针对性地找差距，看一看我们在认识上跟上了没有。在工作上找短板。全系统一盘棋，按领域查找工作上特别是改革上的短板，看一看有哪些不适应的地方。在措施上找弱项。找出短板之后，紧跟着就要看一看在政策措施方面哪些需要完善、哪些需要调整、哪些落实得还不到位、哪些还流于形式。在落实上找问题。部党组始终把狠抓落实作为全部工作的主基调，任何一项工作都强调落实、强调实效。狠抓落实与作风建设是紧密联系在一起的，要看一看在落实上还存在哪些问题。在安全上找盲点。安全是发展的前提，所有的战略、所有的规划都必须牢牢守住安全发展这条底线。教育安全涉及政治安全、政权安全、意识形态安全，要经常主动去“排雷”，看一看教育领域在安全方面还有什么盲点，已经发现的风险因素解决得怎么样，牢牢守住安全底线。

2021年是我国现代化建设进程中具有特殊重要性的一年，中国共产党迎来建党100周年，“十四五”开局，全面建设社会主义现代化国家新征程开启。做好2021年教育工作，要把握住三个关键性概念。一是交汇期。处在“两个一百年”的历史交汇点，既要立足当前，巩固已有成果，确保各项工作经得起历史检验，又要着眼长远，整体深化提升，为建成教育强国奠定坚实基础。二是转折期。进入整体抓质量的新阶段，是教育工作重心的又一次历史性战略转移，高质量成为教育工作主要目标要求和衡量标准，这必然要求超越以前的发展理念和发展模式，必然要求支撑发展的条件和基础要有进一步的改进和提升，第一年的定方向、定框架工作做好了，就能顺利完成转段，全新的工作局面就能顺势打开。三是机遇期。国内外环境的深刻复杂变化既给教育工作带来一系列新机遇，也带来一系列新挑战，我们要努力危中寻机、转危为机，以准确识变、科学应变、主动求变来应对不确定性，把握和用好重大战略机遇期办好我们自己的事。

今年教育工作总体思路是：以习近平新时代中国特色社会主义思想为指导，贯彻落实党的十九大和十九届二中、三中、四中、五中全会精神，贯彻落实习近平总书记关于教育的重要论述和全国教育大会精神，按照“五位一体”总体布局和“四个全面”战略布局，增强“四个意识”、坚定“四个自信”、做到“两个维护”，坚持稳中求进工作总基调，立足新发展阶段，贯彻新发展理念，构建新发展格局，以推动高质量发展为主题，以改革创新为根本动力，坚持系统观念，更好统筹发展与安全，坚持和加强党对教育工作的全面领导，全面贯彻党的教育方针，落实立德树人根本任务，坚持发展抓公平、改革抓体制、安全抓责任、整体抓质量、保证抓党建，全面推进依法治教，巩固拓展疫情防控和教育改革发展成果，为建设高质量教育体系立柱架梁，推进教育治理体系和治理能力现代化，为建设教育强国开好局、起好步，以优异成绩庆祝建党100周年。

这里，我强调几方面重点工作。

**（一）深入实施“百年行动”，提升教育系统党的建设质量**

党的全面领导是办好教育的根本保证。要以迎接、庆祝建党百年为契机，完善坚持和加强党对教育工作全面领导的体制机制，形成落实党的领导纵到底、横到边、全覆盖的工作格局。

强化党的创新理论武装。把学习贯彻习近平新时代中国特色社会主义思想作为首要任务，做到学深悟透、融会贯通、真信笃行。深入实施迎接建党100周年“百年行动”，扎实开展“四史”学习教育，推动干部师生深刻把握党的百年奋斗史中蕴含的历史逻辑、理论逻辑和实践逻辑，筑牢听党话、跟党走的思想根基。发挥教育系统优势，深化习近平新时代中国特色社会主义思想原创性、学理化、学科化研究阐释。大力弘扬理论联系实际的马克思主义学风，完善理论学习深化机制，做到联系实际、问题导向、推动工作。组织引导离退休党员深化党的创新理论学习，在讲好“四史”中发挥独特作用。

健全党的基层组织体系。把党的政治建设摆在首位，强化教育系统党的基层组织的政治功能和组织力。深化创建“让党中央放心、让人民群众满意的模范机关”，强化政治机关意识，走好第一方阵。坚持和完善高校党委领导下的校长负责制，全面落实新修订的普通高校基层组织工作条例，实施“对标争先”各类计划，建强基层党支部。会同中央组织部出台建立中小学党组织领导的校长负责制文件，这是中小学领导体制的一次深刻变革，一定要提高政治站位，稳步有序推进。会同中央组织部开展加强民办中小学党的建设专项工作，确保党的教育方针得到全面贯彻。

坚持马克思主义在意识形态领域指导地位的根本制度。要健全责任链条，确保每一块阵地、每一个环节都有人盯、有人管，牢牢掌握工作主导权。要逐级建立责任清单，层层压实主体责任，形成责任落实的闭环，坚定不移地用马克思主义占领高校阵地。这些年，教育系统意识形态工作已经发生格局性的变化。今年的重点是采取措施，将其上升为坚持马克思主义在意识形态领域指导地位的根本制度。

坚定不移全面从严治党。部党组首先要扛好主体责任，严格执行《党委（党组）落实全面从严治党主体责任规定》，完善与驻部纪检监察组的沟通机制，不断提高履职尽责本领。加强和改进巡视巡察，突出政治监督要求，强化巡视成果运用，深化巡视巡察上下联动。持续加强作风建设，积极培育奋进文化，引导干部开拓进取、求真务

实，对形式主义、官僚主义等问题的新表现，绝不手软，露头就打。严格落实中央八项规定精神，聚焦“存量清楚·增量清零·生态清明”目标，强化监督执纪问责，推进对权力运行的制约和监督，营造风清气正的良好政治生态。

**（二）落实立德树人根本任务，培养德智体美劳全面发展的社会主义建设者和接班人**

全面贯彻党的教育方针、促进学生全面发展，是为党育人、为国育才的根本要求，是提升人民群众教育获得感、幸福感、安全感的核心内容。要持续完善德智体美劳全面培养的育人体系，健全学校家庭社会协同育人机制。为落实落细立德树人根本任务提供更加科学的导向、更为多样的资源、更加灵活的方式。

提升思想政治工作质量。大中小学思政课一体化建设指导委员会不久前成立了，要切实发挥好作用，加强对不同学段不同类型思政课建设的指导。实施深化新时代思政课改革创新质量提升专项行动，加快壮大思政课教师队伍，深入实施“一省一策思政课”集体行动。落实《高等学校课程思政建设指导纲要》，探索思政课程和课程思政有机结合。加快构建高校思想政治工作体系，深化“三全育人”综合改革。深化爱国主义教育，弘扬伟大抗疫精神，引导师生深刻理解“国”的意义，学会“爱”的方式，进一步坚定把小我融入大我的人生选择。支持“五老”参加关心下一代工作，护航青少年健康成长。

发挥教材培根铸魂、启智增慧作用。三科统编教材意识形态属性强，是国家意志和社会主义核心价值观的集中体现，具有特殊重要的育人作用。要用好义务教育和普通高中三科统编教材，完成中等职业学校三科统编教材编写，积极稳步推进三科统编教材使用全覆盖，民族地区按照中央要求坚决落实到位，更好地完成这一场为各族学生打下“中国底色”的筑基工程。出台实施《新时代马克思主义理论研究和建设工程重点教材建设规划》，进一步提升教材育人效果。

加强语言文字工作。语言文字是文化的重要载体，是文化自信的源泉。要研制语言文字事业“十四五”规划和国家语委“十四五”科研规划，坚定不移推广普及国家通用语言文字。实施国家通用语言文字普及提升工程和推普助力乡村振兴计划，全面加强各级各类学校国家通用语言文字教育教学，注重从娃娃抓起，推进学前学会普通话。加大民族地区教师等国家通用语言文字培训力度。完善语言文字规范标准体系，发布实施《信息技术产品语言文字使用管理规定》，优化全球中文学习平台建设。继续实施“中华经典诵读工程”。实施“古文字与中华文明传承发展工程”，推进“中国语言资源保护工程”二期建设，传承发展中华优秀语言文化。

促进学生身心健康全面发展。要抓好体育、美育文件的落实。完善“健康知识+基本运动技能+专项运动技能”体育教学模式，构建五级学校体育竞赛制度。在师资队伍和场地设施建设关键问题上，要强化地方责任，在教体融合、校社协同中找办法、拓资源。要探索构建学段有机衔接、课内课外深度融合的美育体系，聚焦教会、勤练、常展，深入推进美育教学改革。鼓励各地结合实际制定实施学校美育教师配备和场地器材建设三年行动计划。要科学评价，促进体育、美育工作落到实处。要面向全体学生开展心理健康教育。对学生心理问题及时发现、疏导和干预，增强学生承受挫折、适应环境的能力。加强卫生健康教育，改进工作方法，持续做好儿童青少年近视综合防控工作。要发挥劳动教育的综合育人作用。推动各级各类学校准确把握新时代劳动教育特点，把劳动教育清单丰富起来，把教育目标和内容衔接起来。要加强专业指导，健全劳动素养评价制度,为劳动教育的实施创造良好条件。要采取有效措施，家庭学校共同发力，教育孩子从反对餐饮浪费做起，养成厉行勤俭节约、反对铺张浪费习惯。习近平总书记去年8月作出重要批示后，教育系统率先行动，效果是好的，但这件事容易松懈下来，关键要长期持续抓下去。

大力度治理整顿校外培训机构。这是当前面临的紧迫难题，这个难题破不了，教育的良好生态难以形成。治理整顿校外培训机构，目标是减轻学生和家庭负担，把学生从校外学科类补习中解放出来，把家长从送学陪学中解放出来。这件事非办不可，必须主动作为。要全面评估前期治理工作，把因果链搞清楚，把责任链理清楚，把新的路径划清楚。尽快制定治理方案，按照系统观念设计整治路径，打出政策组合拳。治理的重点是整治唯利是图、学科类培训、错误言论、师德失范、虚假广告等行为。治理的原则是坚持源头治理、系统治理、严格治理，综合运用经济、法治、行政办法，对培训机构的办学条件、培训内容、教材教案、收费管理、营销方式、教师资质等全方位提出要求。治理的力量要注重统筹，进一步明确市场监管、民政、发展改革、财政、公安等部门的责任，共同发力，力争取得重大突破。要坚持眼睛向内抓治理，校内教育教学安排、管理服务要调整、要跟上，切实解决好学校内、课堂内教不到位的问题。要推进幼小科学衔接，深化中小学教育教学改革，加快推进普通高中新课程新教材实施。

抓好中小学生作业、睡眠、手机、读物、体质管理。这五个管理，看似小事，但都是关系学生健康成长、全面发展的大事，也是广大家长的烦心事。一是作业管理。对各学段作业明确要求，小学阶段作业不出校门，随堂作业在校园内完成，初中阶段作业不超纲，高中阶段作业不越界，让学校的责任回归学校，让家庭的责任回归家庭，共同引导孩子自主完成、自我管理作业。二是睡眠管理。要把家庭和学校的边界划出来，研究学校的发力方式，提出学校怎么配合家长的具体方式。要监测考核，总的要求是确保孩子们睡眠充足，按中国孩子成长过程中、生理发育过程中平均睡眠时间标准来考核。三是手机管理。要疏堵结合、对症下药，直面差异、分类管理，禁止将手机带入课堂，同时通过多种方式满足学生应急通话需求。要把学校作为信息管理的一片静土，还学校安静的读书氛围。四是读物管理。课外读物和教辅管理同样是个大问题。要以推荐目录为主，注重内容管理和推荐方式的管理，具体用什么东西由家长去选择，教育部门主要是把好关。五是体质管理。健康的体质是中小学生成长成才的基础。这件事不能简单地归结于体育教育，要作为学校管理内容，全面提高学生身体素质和心理素质。

**（三）打好服务能力跃升攻坚战，推动教育深度融入新发展格局**

人力资源是构建新发展格局的重要依托。要把教育看作新发展格局中的优先要素，自觉成为新发展格局中的内生变量，以新发展理念为指导，重新书写教育高质量发展的生产函数。

全面振兴乡村教育。要巩固拓展教育脱贫攻坚成果。落实过渡期“四个不摘”要求，保持主要帮扶政策总体稳定和工作平稳过渡。紧盯控辍保学，确保动态清零成果持续巩固。要持续推进城乡基本公共教育服务均等化。加快补齐农村教育发展短板，推进两类学校（乡村小规模学校和乡镇寄宿制学校）建设，进一步全面消除大班额。提高进城务工人员随迁子女在公办学校就读（含政府购买民办学校学位）比例。要丰富教育资源供给。鼓励高中阶段学校多样化发展，全面加强县域普通高中建设。办好高校民族预科教育，深化教育对口支援，提高民族地区教育质量和水平。

完善中国特色现代职业教育。坚持职业教育与普通教育不同类型、同等重要的战略定位，开好全国职业教育大会并落实好大会精神，进一步推进“职教20条”落实落地，增强职业教育适应性。要完善工作布局。以部省共建职业教育创新发展高地为抓手，整省推进构建职业教育发展空间格局。要提高整个社会的技能水平。扎实推进高职扩招三年行动，加快推进高职院校分类考试，培养更多高素质技术技能人才。以提质培优、增值赋能为主线，继续落实“双高计划”、提质培优十大行动，总结推广1+X证书制度试点，开展本科层次职业教育试点。要深化校企协同。完善支持措施，探索中国特色学徒制，建立省级产教融合型企业认证制度，建设校企合作命运共同体。

优化高等教育结构。要优化学科专业结构。瞄准科技前沿和关键领域，推进学科交叉融合，引导高校高起点布局支撑国家原始创新能力和可持续发展能力的基础学科专业。要优化人才培养结构。深入实施强基计划，制定《基础学科人才培养规划（2021—2035年）》，探索基础学科本硕博连读培养模式，为国家未来发展储备尖端人才。扎实推进新工科、新医科、新农科、新文科建设，加快培养理工农医类专业紧缺人才，加强创新型、应用型、技能型等各类人才培养。推进大众创业、万众创新向纵深发展，促进产学研用深度融合，办好中国国际"互联网+"大学生创新创业大赛。高校毕业生就业形势依然复杂严峻，要实施好高校毕业生就业创业促进行动和基层成长计划，落实就业工作"一把手工程"，确保就业大局总体稳定。要优化教育资源配置。推进新时代中西部高等教育振兴，支持发展高水平研究型大学，深化卓越研究生教育。启动新一轮"双一流"建设，做好支持政策衔接调整。坚定不移推进独立学院转设，各省要加大力度，加快转设进度。

加快推进高校科技创新体系建设。创新在我国现代化建设全局中具有核心地位，科技自立自强是国家发展的战略支撑。要打造国家战略科技力量。坚持战略型需求导向，启动顶尖学科建设计划，落实好国家基础学科研究中心布局，推动国家重点实验室等重大创新平台实体化建设。深入实施"珠峰计划"，推进前沿科学中心、集成攻关大平台建设布局，加快实现原始创新重大突破，努力破解"卡脖子"问题。要深化科技体制改革。尊重科学规律，发挥资助奖励、考核评价、完善科研人员职务发明成果权益分享机制等政策导向，提升高校科研成果质量。要明显提高基础研究领域研发投入比例，落实经常性经费。要大力弘扬科学家精神。树立良好学风和作风，引导科研人员安心研究专心研究潜心研究。要把握当前有利时机加强国际交流合作，引进更多一流人才。要给年轻人压担子，使青年人才脱颖而出，发挥才干。

加快推进教育现代化区域创新试验。立足服务国家区域发展战略，以"四点一线一面"为重点，纵深推进教育现代化区域创新试验，在教育改革创新、服务发展方面先行先试。高起点高标准规划发展河北雄安新区教育，加快谋划大型系列研究设施平台布局；建设海南教育创新岛，探索教育发展新模式，深入推进粤港澳大湾区高等教育合作发展；推进新时代东北教育发展新突破，建立健全高校服务重点产业的机制；建设长江教育创新带，着力深化产学研用深度融合，打造一批人才培养和科技创新合作体；支持中西部地区补短板、强弱项，完善"四方联动机制"，进一步发挥14所部省合建高等学校集聚和辐射带动作用，推动中西部高等教育高质量发展。要面向区域经济社会发展战略需求，深化产学研用一体化发展，全面提升教育服务贡献能力水平。

加快建设终身学习体系。聚焦方式更加灵活、资源更加丰富、学习更加便捷，更好满足人民群众多样化教育需求。研究实施第四期学前教育行动计划，补齐农村地区、边远贫困地区和城市新增人口集中地区学前教育资源。加大学前教育财政投入，完善学前教育保障机制。启动实施第三期特殊教育提升计划，以适宜融合为目标，巩固提高特殊教育普及水平。改造融合各种学历继续教育形式，形成统一的"互联网+"继续教育模式。推进开放大学改革发展。推进"学分银行"建设，开展不同类型学习成果认定与转换。加强社区教育、老年教育基础能力建设，各级各类学校要积极参与社区教育和老年教育。

**（四）深化教育改革创新，推动改革和发展深度融合高效联动**

发展出题目，改革作文章。当前，教育改革又到了一个新的关头，我们要深刻认识深化教育改革的阶段性新特点新任务，一刻不停顿地推进改革，为高质量发展增活力添动力。

高水平编制教育“十四五”规划。要对标国家总体战略和宏伟蓝图，锚定2035教育强国、教育现代化长远目标，认真谋划、精心布局，把未来五年教育事业发展总基调、总盘子、总框架定下来。核心是构建八大体系，即：大中小幼一体化思想政治工作体系、新时代教育评价体系、教育高质量发展体系、服务全民终身学习的教育体系、优质均衡的基本公共教育服务体系、技能中国建设方案、学校家庭社会协同育人体系、高质量教育支撑体系。有了这八大体系，“十四五”期间教育事业发展的大框架就立起来了。

推动教育评价改革落实落地。出台《深化新时代教育评价改革总体方案》是“攻坚之战”，抓好落实是“更硬的一仗”。要全面对标对表《总体方案》，凡是与方案精神不一致的各种做法规定，都要坚决改过来。鼓励基层探索，指导有条件的地方、学校进行试点，指导有关基层单位开展差别化创新。将贯彻落实《总体方案》情况纳入纪检监察、巡视、审计、经费监管、资金分配、教育督导等重要内容，确保改革任务落到位。2021年，第三批高考综合改革省份首次新高考即将落地，全国实施新高考的省份达到14个。各地各高校要积极配合支持，确保这项高风险改革平稳落地。

深化“放管服”改革。这是优化政府治理、建设人民满意的服务型政府的重要抓手。要抓紧编制教育部权责清单，落实和扩大学校办学自主权。深化教育督导体制机制改革，精心开展省级人民政府履行教育职责评价，运用好标准、监测、评估、统计、信用、“双随机”等手段，让教育督导、教育监管带上更强的电，发挥更有力的作用。近期，部党组会审议通过了《普通高等学校本科教育教学审核评估实施方案（2021—2025年）》，各地制定“十四五”规划时要统筹安排。做好新时代教育工作对教育管理效力提出了新的更高要求，改善教育管理要从五个方面发力，一是评估，不评估不能深入了解高校办学具体情况，必须保持定力把评估抓好；二是督导，不督导就不知道评估所提问题的整改效果如何；三是通报，不通报就没有威慑力，要加大通报力度，提高通报频次，扩大通报覆盖范围；四是挂钩，不挂钩就没有约束力；五是追责，不追责就会成为纸老虎、稻草人。

全方位高水平推进教育对外开放。可以预见，今年教育对外开放面临的风险和挑战依然严峻复杂，要保持定力，在全球化逆流中坚持教育对外开放的方向不动摇，以畅通国内国际教育循环为着力点，优化全球布局，拓展更大空间。要深入实施共建“一带一路”教育行动，深度促进人文交流，巩固拓展国际合作空间，同有关国家和地区构建更紧密的教育共同体。支持中西部地区、东北地区在与周边国家、“一带一路”沿线国家教育交流合作中发挥区位和人文优势，形成东西联动、内外互通的教育开放新格局。要全面推进教育开放提质增效，深化出国留学体制机制改革，建立不鼓励提倡低龄出国学习的制度政策，加大中外合作办学改革力度，加强外籍教师聘任与管理。要深入参与全球教育治理，参与相关规则标准制定和重大议题研究。推动形成与“一国两制”相适应的香港教育体系，以粤港澳大湾区建设为契机，促进港澳融入国家高质量教育体系，推进两岸教育交流合作。

**（五）加强教师队伍建设，夯实高质量发展人才支撑**

有高质量的教师队伍，才会有高质量的教育。去年教师节，习近平总书记寄语广大教师不忘立德树人初心，牢记为党育人、为国育才使命，积极探索新时代教育教学方法，不断提升教书育人本领。习近平总书记的重要寄语，为加强教师队伍建设指明了前进方向，提供了重要遵循。

严格落实师德师风要求。师德师风是评价教师队伍建设的第一标准。要系统检视新时代幼儿园、中小学、高校教师职业行为准则的落地情况，严把入口关、考核关、监督关、惩处关，发现一起、查处一起、通报一起、警示一片。会同最高检、公安部建立信息共享机制，实施教职员工准入查询制度，坚决杜绝、清除“害群之马”，保护学

生健康成长。要进一步厚植师德涵养，完善教师荣誉表彰制度体系，开展好师德传统教育、师德榜样教育，营造尊师重教氛围。加强师德师风建设，不抓好教师思想政治工作不行。要着力抓好教师特别是青年教师思政工作，坚持德法并举，强化政治意识和品质修养，打造德才兼备的高素质教师队伍。这要作为2021年的一项重点工作来抓，全国总动员、总行动。

大力振兴教师教育。教师教育是教育事业的工作母机，是教师队伍建设的源头活水。要实施新时代强师计划，加大对师范院校支持力度，以评价改革引导师范院校聚焦师范主业。实施三级五类师范类专业认证，守好师范教育质量“生命线”。发挥名师名校长领航作用，继续实施中小学幼儿园教师国家级培训计划，加强中西部欠发达地区教师定向培养和精准培训。健全中高等职业教育教师培养培训体系，研制“双师型”教师认定标准，打通校企人员双向流通渠道。

深化教师管理综合改革。今年将全面推开中小学教师资格考试制度改革，深化教育类研究生和公费师范生免试认定教师资格改革，建立师范生教学能力考核制度。深化高校教师职称制度改革，研究完善中小学岗位设置管理，畅通教师发展渠道。落实新时代高校教师队伍建设改革的指导意见，完善教师评价机制。落实研究生导师指导行为准则，引导教师把更多精力投入教书育人。优化教师资源配置，推进义务教育学校校长、教师交流轮岗，深入实施“特岗计划”、银龄讲学计划等，选派更多优秀教师到农村薄弱学校任教。

全面提升教师地位待遇。这是教师职业尊严和职业幸福感的重要方面。要健全教师工资待遇保障长效机制，各地要加强省级统筹，保障教师工资及时足额发放到位。经过三年努力，去年我们总体实现了义务教育教师平均工资收入水平不低于当地公务员的目标，要密切做好监测与跟踪，巩固住成果，坚决防止反复。继续实施乡村教师生活补助政策，对长期扎根乡村的，要想办法给予持续性的奖励，不断提升乡村教师待遇，关心乡村教师生活。健全教师减负长效机制，清理与教育教学无关的活动，让教师静心专心教学。

**（六）提升保障能力，为高质量发展奠定坚实基础**

保障能力是建设高质量教育体系的战略支撑。教育投入、信息化以及法治等工作一刻也不能放松，要早研判、算精准、供得足、用得好，为教育事业发展打造一个稳固的大后方。

千方百计巩固4%成果。近年来，经济下行压力不断增大，对财政性教育投入带来一定影响。要及时分析研判，提出应对举措，更多注重通过政策设计、制度设计、标准设计增加投入，健全教育投入稳定增长的长效机制，确保实现“一个不低于，两个只增不减”。完善支出责任体系，推动各地结合实际合理划分省以下教育领域财政事权和支出责任，完善教育领域中央对地方共同财政事权转移支付制度。完善生均标准体系，推动各地建立健全各级各类教育生均拨款制度，动态调整拨款水平。完善投入政策体系，在继续保持财政教育投入强度的同时，逐步提高社会投入所占比重。完善教育经费统计体系，加强动态监测。提高经费使用效益，充分发挥预算绩效管理的引导作用，加强评价结果的应用。经费筹来不容易，要提高教育公共服务支出效力，坚持“保基本、补短板、促公平、提质量”，重点保障义务教育均衡发展、教师队伍建设、补齐教育发展短板、教育教学改革等，把好钢用在刀刃上。

加快推进教育新基建。现代信息技术可以赋能、可以赋权，将带来教育革命性的变化，一定要增强敏感性和预见性，不能再打被动仗。要抢抓国家布局新基建的重大机遇，谋划和提出“十四五”教育新基建体系构建的思路举措。深入实施教育信息化2.0行动计划，以“三全两高一大”为目标，加快推进教育专网建设，完善国家数字教育

资源公共服务体系，普及数字校园建设与应用，扩大优质教育资源覆盖面。现在在线教育大多还停留在简单的课堂搬家，要在融合应用上下功夫，总结疫情期间线上教学经验，加强中小学线上教育教学资源建设与应用，利用信息技术更新教育理念，变革教育模式。持续开展人工智能助推教师队伍建设行动，不断提升教师的信息素养和信息化教学能力。

全面深化依法治教。“小智治事，中智治人，大智立法。”去年11月，中央召开全面依法治国工作会议，会议最重要的成果是确立了习近平法治思想。当前和今后一个时期，要把学习宣传贯彻习近平法治思想作为重要政治任务，融入国民教育全过程，落实到依法治教各方面。这里强调一下，政法院校、开设法学专业的高校，要把习近平法治思想纳入法治理论教学体系，确定基础理论课的地位、确定必修课的要求、确定由学术带头人讲授的措施。教育部门和学校的主要负责人要按照法治建设第一责任人的要求，转变治理理念，切实把法治作为教育改革发展的重要支撑和教育治理的根本依托，重视加强法治工作机构和力量建设。要加大立法供给。对列入议程的法律法规做好制订、修订工作，对目前还是空白点迫切需要立法的抓紧启动程序，推动完善教育法规体系。要推进依法治理。印发《教育行政处罚办法》，落实《关于加强高等学校法治工作的意见》，把法治融入教育管理各环节、办学治校全过程。推动五部门治理“校闹”文件落地，用法治手段维护正常教育教学秩序。要加强青少年宪法法治教育。持续开展全国学生“学宪法讲宪法”系列活动和国家宪法日“宪法晨读”活动，推广参与式、体验式法治实践，增强法治教育针对性、实效性和吸引力、感染力。

这里我强调一下疫情防控工作。当前，疫情变化存在很大的不确定性，一不小心就冲击正常教育教学秩序。要适应疫情常态化防控，把握工作特点和规律，继续做好国内国外两条战线的防控工作，坚持外防输入不放松、内防反弹不懈怠，严防死守，严格各项防疫举措，把好校园入口，根据疫情发生的阶段性、区域性和时段性特征，及时、灵活调整防控策略，确保不出现规模性输入和反弹，严防出现聚集性疫情，严防散发病例传播扩散，坚决稳住来之不易的良好局面，守住校园这一方净土。要想办法维护海外留学人员健康与安全，做好留学生、外籍教师等的管理与服务。

**三、确保各项决策部署落地见效**

蓝图已经绘就，任务已经明确，关键是抓好落实。落实，就是要抓出效果。要增强抓落实的责任感使命感，提升专业化能力，发扬钉钉子精神，以吹糠见米、真抓实干的行动，将落实落在初心使命上，落在政治方向上，落在实事求是上，落在战略全局上，落在具体问题上。

要旗帜鲜明讲政治。从一定意义上讲，教育就是政治，是政治的独特表现形式。能不能从讲政治的高度做教育工作，关系到教育的兴衰成败。要增强政治意识，善于从政治上看问题，善于把握政治大局，不断提高政治判断力、政治领悟力、政治执行力。要坚持正确政治方向，在政治立场、政治方向、政治原则、政治道路上同党中央保持高度一致。要不断提高政治敏锐性和政治鉴别力，用政治眼光观察和分析教育问题，能够透过现象看本质，能够从蛛丝马迹中发现新动向，做到眼睛亮、见事早、行动快。要提高对标、对表、对题、对需能力，立足岗位谋大事、聚焦中心谋发展，不折不扣抓好党中央精神贯彻落实。

要践行一线规则。一线规则集群众观念、工作方法、纪律要求为一体，是一个大概念大范畴，是管总的，要持之以恒坚持下去。去年教育脱贫攻坚工作取得重大战果，也让我们尝到了践行一线规则的甜头,同志们深入基层深入学校，踏遍千山万水、走进千家万户，拿到了第一手资料、听到了最真实声音。习近平总书记指出，“调查研究

不仅是一种工作方法，而且是关系党和人民事业得失成败的大问题。”要把落实一线规则作为狠抓落实、务求实效的重要途径，深入到群众的具体实践中去，深入到群众的创造性工作中去，与群众建立有温度的、实实在在的联系，更好地汲取智慧、解决问题、推动落实。

要坚守安全底线。安全是发展的前提，发展是安全的保障。安全不保，何谈教育?教育工作性质特殊，教育领域体系庞大，教育安全与政治安全、意识形态工作、网络阵地管理、国际教育交流合作、人身财产安全、学校依法治理等紧密联系、错综交织，要素多、链条长，必须坚持统筹发展和安全，增强忧患意识，树立底线思维，筑牢安全防线。要加强对潜在的重大风险挑战的预判，做好应对的准备，下好先手棋、打好主动仗，决不能让“黑天鹅”“灰犀牛”事件阻滞改革发展进程。要把师生生命安全摆在首位，完善和落实校园安全各项规章制度，推动建设更高水平的平安校园。要守住教育开放的安全底线，确保正确政治方向。

要加强宣传引导。要唱响主旋律，积极主动、耐心细致地做好重大改革事项、重点工作、热点事件等政策解读和宣传引导。要及时消除坊间误解和网上杂音，迅速抢占舆论先机，牢牢把握工作主动权。近年来人大代表、政协委员对教育关注度越来越高，建议提案数量持续增长，我们要认真沟通、积极办理，在良好的互动中争取更多关心更大支持。

同志们，贯彻落实党的十九届五中全会精神，全面开启建设社会主义现代化国家新征程，教育系统责任重大、使命光荣。我们要紧密团结在以习近平同志为核心的党中央周围，不忘初心、牢记使命，扎实工作、开拓进取，奋力建设高质量教育体系，加快教育现代化、建设教育强国、办好人民满意的教育，为全面建设社会主义现代化国家、实现中华民族伟大复兴的中国梦作出新的更大贡献！

扫一扫分享本页

（责任编辑：曹建）

网站声明　网站地图　联系我们

版权所有：中华人民共和国教育部　中文域名：教育部.政务

京ICP备10028400号-1　京公网安备11010202007625号　网站标识码：bm05000001