# Exhibit J

# LIONBRIDGE

STATE OF NEW YORK )
)
)           ss
)
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Chinese into English of the attached article titled, "The Ministry of

Education responds to the 'double reduction' problem: This year, the governance of after-school

tutoring institutions will be included in the key tasks."

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 30th day of March , 20 23 .

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

Case 1:22-cv-09843-LAK-SDA   Document 62-10   Filed 03/31/23   Page 3 of 7



**Ministry of Education of the People's Republic of China**

Ministry of Education of the People's Republic of China

Current Location: Home page > News

## *The Ministry of Education responds to the "double reduction" problem: This year, the governance of after-school tutoring institutions will be included in the key tasks*

2021-03-31  Source: China Education Online    Add to Favorites

On the morning of March 31, the State Council Information Office held a press conference to introduce the in-depth implementation of the "14th Five-Year Plan" to accelerate the construction of a high-quality education system and answered questions from journalists.

At the conference, Yugang Lv, director of the Department of Basic Education of the Ministry of Education, responded again to the hot issues of regulating after-school tutoring and reducing the burden of extracurricular tutoring on students, which has been a widespread concern in society. He said that **this year, the Ministry of Education has included the governance of after-school tutoring institutions as a key task, and will work with relevant departments in accordance with the idea of systematic governance, address both the symptoms and root causes, and take more effective measures** to further increase the governance of after-school tutoring institutions. At the same time, there is a need to further strengthen the role of schools as the main place of education, effectively reduce the burden of after-school tutoring and homework burden of students, and actively respond to the widespread concerns of the people.

Yugang Lv emphasized that for after-school tutoring institutions, the Ministry of Education will adhere to law-based governance, comprehensive measures, and strictly implement the requirements of relevant national laws and regulations, strictly review training institutions' licenses and filings, strengthen the supervision of training content, innovate fee management methods, standardize training behaviors and seriously investigate and deal with illegal training behaviors, and effectively safeguard the legitimate rights and interests of parents and students.

In regards to compulsory education schools, Yugang Lv proposed to further improve the quality of classroom teaching, standardize homework management, improve the level of homework design, and strictly control the total amount of written homework.

Yugang Lv particularly emphasized that after-school service hours should be connected with normal local after-school hours, to further enrich the content and improve the quality of after-school services.

Finally, Yugang Lv reminded parents to put their children's physical and mental health first, establish the correct concept of education and success, have a rational and objective view of social training, never put too much pressure on children, and make scientific and moderate arrangements for children's learning, life and exercise, to promote the healthy growth and overall development of our children.



Scan to share this page

(Responsible Editor: Cao Jian)



Government Website
Look for errors

Website Statement         Website Map         Contact Us

Copyright: Ministry of Education of the People's Republic of China.     Chinese Domain Name: Ministry of Education. Government Affairs

Beijing ICP Record No. 10028400-1;      Beijing Public Security Organs Network Security Department Registration Record No. 11010202007625;      Website identification code: bm05000001

Case 1:22-cv-09843-LAK-SDA    Document 62-19    Filed 03/31/23    Page 6 of 7



当前位置：首页 ＞ 新闻

## 教育部回应"双减"问题：今年把校外培训机构治理列入重点工作任务

2021-03-31  来源：中国教育在线        收藏

3月31日上午，国务院新闻办举行新闻发布会，介绍深入贯彻"十四五"规划，加快建设高质量教育体系有关情况并答记者问。

会上，教育部基础教育司司长吕玉刚对目前社会广泛关注的规范校外培训及减轻学生课外培训负担的热点问题再做回应。他表示，**今年教育部把治理校外培训机构工作列入重点工作任务，将会同有关部门按照系统治理、标本兼治的工作思路，采取更加有效**的措施，进一步加大校外培训机构治理力度。与此同时，要进一步强化学校的育人主阵地作用，切实减轻学生校外培训负担和作业负担，积极回应人民群众的广泛关切。

吕玉刚强调，对校外培训机构，将坚持依法治理、综合施策，严格落实国家有关法律法规的规定要求，从严审批培训机构，强化培训内容监管，创新收费管理方式，规范培训行为，严肃查处违法违规培训行为，切实维护广大家长和学生的合法权益。

义务教育学校方面，吕玉刚提出，要进一步提高课堂教学质量，规范作业管理，提高作业设计水平，严格控制书面作业的总量。

吕玉刚特别强调，学校课后服务的时间要和当地正常的下班时间相衔接，进一步丰富课后服务内容、提高课后服务质量。

最后，吕玉刚提醒广大家长，要把孩子的身心健康放在第一位，树立正确的教育观念和成才观念，理性地、客观地看待社会培训，不给孩子过多施加压力，科学、适度地安排孩子的学习、生活和锻炼，促进孩子健康成长、全面发展。



扫一扫分享本页

（责任编辑：曹建）

 　　网站声明　　　　网站地图　　　　联系我们

版权所有：中华人民共和国教育部　中文域名：教育部.政务

京ICP备10028400号-1　　　京公网安备11010202007625号　网站标识码：bm05000001