# Exhibit N

[CLI Code]CLI.16.5054438(EN)

# The General Office of the CPC Central Committee and the General Office of the State Council Issue the Opinions on Further Reducing Students' Homework Burden and After-school Tutoring Burden in Compulsory Education

| | |
|---|---|
| Area of Law: | Compulsory and Primary Education |
| Level of Authority: | System of Party Regulations |
| Date Issued: | 07-24-2021 |
| Effective Date: | 07-24-2021 |
| Issuing Authority: | General Office of the Central Committee of the Communist Party of China (General Office, CCCPC)    General Office of the State Council |
| Status: | Effective |

The General Office of the CPC Central Committee and the General Office of the State Council Issue the Opinions on Further Reducing Students' Homework Burden and After-school Tutoring Burden in Compulsory Education

中共中央办公厅、国务院办公厅印发《关于进一步减轻义务教育阶段学生作业负担和校外培训负担的意见》

Recently, the General Office of the CPC Central Committee and the General Office of the State Council issued the Opinions on Further Reducing Students' Homework Burden and After-school Tutoring Burden in Compulsory Education, and gave a notice, requiring all regions and authorities to conscientiously comply with and implement them in light of actual circumstances.

近日，中共中央办公厅、国务院办公厅印发了《关于进一步减轻义务教育阶段学生作业负担和校外培训负担的意见》，并发出通知，要求各地区各部门结合实际认真贯彻落实。

The full text of the Opinions on Further Reducing Students' Homework Burden and After-school Tutoring Burden in Compulsory Education is as follows.

《关于进一步减轻义务教育阶段学生作业负担和校外培训负担的意见》全文如下。

[CLI Code]CLI.16.5054438(EN)

The following opinions are hereby offered for the purposes of thoroughly implementing the spirit of the 19th CPC National Congress and the Fifth Plenary Session of the 19th CPC Central Committee, effectively improving the level of school education, continuing to regulate after-school tutoring (including online and offline tutoring), and effectively reducing overwhelming homework burden and after-school tutoring burden on students in compulsory education (hereinafter referred to as the "dual reduction").

为深入贯彻党的十九大和十九届五中全会精神，切实提升学校育人水平，持续规范校外培训（包括线上培训和线下培训），有效减轻义务教育阶段学生过重作业负担和校外培训负担（以下简称"双减"），现提出如下意见。

## I. General requirements

一、总体要求

1. Guiding ideology. The guidance of Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era shall be adhered to, the educational policy of the CPC shall be fully implemented, the fundamental task of imparting morality and knowledge shall be performed, a focus shall be given to constructing a high-quality education system, the primary role of school education shall be enhanced, and the governance of after-school tutoring institutions shall be deepened, so as to resolutely prevent violation of the public interest, and to build a good education ecology, effectively alleviate the anxiety of parents, and promote the all-round development and healthy growth of students.

1.指导思想。坚持以习近平新时代中国特色社会主义思想为指导，全面贯彻党的教育方针，落实立德树人根本任务，着眼建设高质量教育体系，强化学校教育主阵地作用，深化校外培训机构治理，坚决防止侵害群众利益行为，构建教育良好生态，有效缓解家长焦虑情绪，促进学生全面发展、健康成长。

[CLI Code]CLI.16.5054438(EN)

2. Principles for the work. Student-oriented approaches and response to concerns shall be adhered to, the laws of education shall be followed, a focus shall be given to the healthy physical and mental growth of students, students' right to rest shall be safeguarded, the quality of school education and teaching shall be improved overall, social concerns and expectations shall be actively responded to, and the burden on parents shall be reduced; lawful governance and dealing with the symptoms and the root cause of the issue shall be adhered to, the Compulsory Education Law, the Law on the Protection of Minors, and other laws shall be strictly implemented, and governance at source, systematic governance, and comprehensive governance shall be enhanced; government leadership and multi-party efforts shall be adhered to, overall planning by the government shall be enhanced, departmental responsibilities shall be fulfilled, the main role of schools shall be maximized, guarantee policies shall be improved, and the responsibility of families, schools, and communities to provide coordination shall be specified; overall advancement and steady implementation shall be adhered to, the relevant provisions established by the state on reducing the overwhelming academic burden on students shall be fully implemented, pilot programs shall be conducted in respect of key and difficult issues, and exemplary experience shall be promoted, so as to ensure that the "dual reduction" work is stable and orderly.

2.工作原则。坚持学生为本、回应关切，遵循教育规律，着眼学生身心健康成长，保障学生休息权利，整体提升学校教育教学质量，积极回应社会关切与期盼，减轻家长负担；坚持依法治理、标本兼治，严格执行义务教育法、未成年人保护法等法律规定，加强源头治理、系统治理、综合治理；坚持政府主导、多方联动，强化政府统筹，落实部门职责，发挥学校主体作用，健全保障政策，明确家校社协同责任；坚持统筹推进、稳步实施，全面落实国家关于减轻学生过重学业负担有关规定，对重点难点问题先行试点，积极推广典型经验，确保"双减"工作平稳有序。

Saved on: 02/20/2023

[CLI Code]CLI.16.5054438(EN)

3. Goals of the work. The quality of education and teaching and the level of services provided by schools shall be further improved, the assignment of homework shall be more scientific and reasonable, after-school services performed by schools shall basically meet the needs of students, the studies by students shall be better completed at schools, and the tutoring services performed by after-school tutoring institutions shall be fully regulated. The overwhelming homework burden and after-school tutoring burden on students, family education expenditure, and corresponding energy burden on parents shall be effectively reduced within one year, remarkable achievements shall be made within three years, and the public satisfaction with education shall be conspicuously improved.

3.工作目标。学校教育教学质量和服务水平进一步提升，作业布置更加科学合理，学校课后服务基本满足学生需要，学生学习更好回归校园，校外培训机构培训行为全面规范。学生过重作业负担和校外培训负担、家庭教育支出和家长相应精力负担1年内有效减轻、3年内成效显著，人民群众教育满意度明显提升。

II. Comprehensively decreasing homework loads and time, and reducing the students' overwhelming homework burden

二、全面压减作业总量和时长，减轻学生过重作业负担

4. Improving the homework management mechanism. Schools shall improve their measures for the management of homework, strengthen the overall planning of homework by subject groups and grade groups, reasonably regulate homework structure, and ensure that the levels of difficulty are not higher than the national curriculum criteria. Schools shall establish an intra-school homework publicity system and strengthen quality supervision. Schools shall be strictly prohibited from assigning parents homework, directly or in disguise, and from requiring parents to check, evaluate, and review homework.

4.健全作业管理机制。学校要完善作业管理办法，加强学科组、年级组作业统筹，合理调控作业结构，确保难度不超国家课标。建立作业校内公示制度，加强质量监督。严禁给家长布置或变相布置作业，严禁要求家长检查、批改作业。

[CLI Code]CLI.16.5054438(EN)

5. Specifying homework loads by category. Schools shall ensure that no written homework is assigned to primary school first-graders and second-graders, but may appropriately arrange consolidation exercises at school; the average written homework time shall be not more than 60 minutes, in the case of primary school third to sixth-graders, or 90 minutes, in the case of junior high school students.

6. Improving the quality of homework design. The diagnosis, consolidation, analysis of learning conditions, and other functions of homework shall be maximized, homework design shall be incorporated into the educational research system, and basic homework that conforms to age characteristics and laws of study and reflects the goal of quality-oriented education shall be systematically designed. The assignment of hierarchical, flexible, and tailored homework shall be encouraged, mechanical and ineffective homework shall be resolutely removed, and repetitive and punitive homework shall be eliminated.

7. Strengthening guidance on the completion of homework. Teachers shall guide primary school students in basically completing their written homework at school and junior high school students in completing most of their written homework at school. Teachers shall carefully evaluate and review homework, give timely feedback, strengthen face-to-face evaluations, reviews, and explanations, carefully analyze learning conditions, and effectively provide answers to questions and instructions. Teachers shall not require students to evaluate and review their own homework.

5.分类明确作业总量。学校要确保小学一、二年级不布置家庭书面作业，可在校内适当安排巩固练习；小学三至六年级书面作业平均完成时间不超过60分钟，初中书面作业平均完成时间不超过90分钟。

6.提高作业设计质量。发挥作业诊断、巩固、学情分析等功能，将作业设计纳入教研体系，系统设计符合年龄特点和学习规律、体现素质教育导向的基础性作业。鼓励布置分层、弹性和个性化作业，坚决克服机械、无效作业，杜绝重复性、惩罚性作业。

7.加强作业完成指导。教师要指导小学生在校内基本完成书面作业，初中生在校内完成大部分书面作业。教师要认真批改作业，及时做好反馈，加强面批讲解，认真分析学情，做好答疑辅导。不得要求学生自批自改作业。




Saved on: 02/20/2023

[CLI Code]CLI.16.5054438(EN)

8. Scientifically using after-school time. Schools and parents shall guide students in completing the remainder of written homework after school, conducting necessary reviews of their lessons, engaging in housework within their ability, taking appropriate physical exercise, and performing reading and literary activities. Individual students who fail to complete their written homework despite best efforts shall go to bed on time. Students shall be guided in using electronic products reasonably, limiting the duration of usage, protecting their eyesight, and preventing Internet addiction. Parents shall actively communicate with their children, pay attention to their mental conditions, and help them to develop good study and living habits. Boarding schools shall make overall arrangements for after-school learning and life.

III. Improving the level of after-school services performed by schools, and satisfying the diverse needs of students

9. Guaranteeing the time for after-school services. Schools shall press home their advantages in resources, effectively implement various after-school education activities, and suit the diverse learning needs of students at school. Schools shall guide students in voluntarily receiving after-school services. In principle, the ending time of after-school services shall not be earlier than the local normal ending time of work hours; schools shall provide extended care services for students with special needs; junior high schools may offer self-study classes at night on working days. Schools may make overall arrangements to implement a "flexible working hours system" for teachers.

8.科学利用课余时间。学校和家长要引导学生放学回家后完成剩余书面作业，进行必要的课业学习，从事力所能及的家务劳动，开展适宜的体育锻炼，开展阅读和文艺活动。个别学生经努力仍完不成书面作业的，也应按时就寝。引导学生合理使用电子产品，控制使用时长，保护视力健康，防止网络沉迷。家长要积极与孩子沟通，关注孩子心理情绪，帮助其养成良好学习生活习惯。寄宿制学校要统筹安排好课余学习生活。

三、提升学校课后服务水平，满足学生多样化需求

9.保证课后服务时间。学校要充分利用资源优势，有效实施各种课后育人活动，在校内满足学生多样化学习需求。引导学生自愿参加课后服务。课后服务结束时间原则上不早于当地正常下班时间；对有特殊需要的学生，学校应提供延时托管服务；初中学校工作日晚上可开设自习班。学校可统筹安排教师实行"弹性上下班制"。

10. Improving the quality of after-school services. Schools shall formulate after-school services implementation plans to enhance the attractiveness of after-school services. Schools shall maximize after-school service time, guide students in completing their homework conscientiously, provide additional instructions and answers to questions for students with learning difficulties, expand learning space for students who have spare capacity, and make available a variety of popular science, literature, sports, art, labor service, reading, interest groups, and society activities. Schools shall not give new lessons during the time for after-school services.

11. Expanding after-school service channels. After-school services provided by a school shall be generally performed by its teachers, but may also be performed by retired teachers and qualified social professionals employed or by volunteers. Education authorities may arrange for excellent teachers in their regions to provide after-school services to schools with a weak teaching force. Education authorities shall severely investigate and punish teachers who provide paid after-tutoring lessons, in accordance with laws and regulations or even revoke their qualifications as teachers. Education authorities shall leverage social resources, and maximize the role of children's palaces, youth activity centers, and other non-school venues in after-school services.

10.提高课后服务质量。学校要制定课后服务实施方案，增强课后服务的吸引力。充分用好课后服务时间，指导学生认真完成作业，对学习有困难的学生进行补习辅导与答疑，为学有余力的学生拓展学习空间，开展丰富多彩的科普、文体、艺术、劳动、阅读、兴趣小组及社团活动。不得利用课后服务时间讲新课。

11.拓展课后服务渠道。课后服务一般由本校教师承担，也可聘请退休教师、具备资质的社会专业人员或志愿者提供。教育部门可组织区域内优秀教师到师资力量薄弱的学校开展课后服务。依法依规严肃查处教师校外有偿补课行为，直至撤销教师资格。充分利用社会资源，发挥好少年宫、青少年活动中心等校外活动场所在课后服务中的作用。

Saved on: 02/20/2023

12. Strengthening and optimizing free online learning services. Education authorities shall collect and develop rich and high-quality online education and teaching resources, and use national and local education and teaching resource platforms and the online platforms of high-quality schools to provide students with free high-quality special education resources and learning resources covering all grades and subjects, promote the balanced development of education resources, and boost education equity. All regions shall actively create conditions and arrange for excellent teachers to engage in free online interaction and provision of answers to questions. All regions and schools shall increase publicity, promotion, and use efforts, and guide students in leveraging free online high-quality educational resources.

12.做强做优免费线上学习服务。教育部门要征集、开发丰富优质的线上教育教学资源，利用国家和各地教育教学资源平台以及优质学校网络平台，免费向学生提供高质量专题教育资源和覆盖各年级各学科的学习资源，推动教育资源均衡发展，促进教育公平。各地要积极创造条件，组织优秀教师开展免费在线互动交流答疑。各地各校要加大宣传推广使用力度，引导学生用好免费线上优质教育资源。

**IV**. Adhering to strict governance and comprehensively regulating after-school tutoring

四、坚持从严治理，全面规范校外培训行为

[CLI Code]CLI.16.5054438(EN)

13. Adhering to strictly approving institutions. All regions shall cease to approve new subject after-school tutoring institutions directed at students in compulsory education, and existing subject after-school tutoring institutions shall be uniformly registered as non-profit institutions. For online subject tutoring institutions, the original recordation shall be replaced with the approval system. All provinces (autonomous regions and municipalities directly under the Central Government) shall conduct a comprehensive survey of online subject tutoring institutions that have undergone recordation, and require them to follow approval procedures according to the standards. If approval fails to be obtained, the original recordation, registration, and Internet content provider permits shall be canceled. For non-subject tutoring institutions, all regions shall, based on sports, culture and art, science and technology, and other categories, specify corresponding oversight authorities, formulate standards by category, and strictly conduct approval. After-school tutoring institutions without corresponding qualifications, or providing tutoring services in multiple places without approval shall be severely investigated and punished in accordance with laws and regulations. A subject tutoring institution shall not be listed to raise financing, and shall be strictly prohibited from engaging in capitalized operations; a listed company shall neither finance or invest in subject tutoring institutions through stock markets nor purchase assets from subject tutoring institutions by issuing shares, paying cash, or other means; a foreign investor shall not take a controlling or non-controlling interest in a subject tutoring institution by a merger and acquisition, operations on behalf of principal, a franchise, a variable interest entity, or any other means. Any existing violation of the provisions shall be reviewed and punished.

13.坚持从严审批机构。各地不再审批新的面向义务教育阶段学生的学科类校外培训机构，现有学科类培训机构统一登记为非营利性机构。对原备案的线上学科类培训机构，改为审批制。各省（自治区、直辖市）要对已备案的线上学科类培训机构全面排查，并按标准重新办理审批手续。未通过审批的，取消原有备案登记和互联网信息服务业务经营许可证（ICP）。对非学科类培训机构，各地要区分体育、文化艺术、科技等类别，明确相应主管部门，分类制定标准、严格审批。依法依规严肃查处不具备相应资质条件、未经审批多址开展培训的校外培训机构。学科类培训机构一律不得上市融资，严禁资本化运作；上市公司不得通过股票市场融资投资学科类培训机构，不得通过发行股份或支付现金等方式购买学科类培训机构资产；外资不得通过兼并收购、受托经营、加盟连锁、利用可变利益实体等方式控股或参股学科类培训机构。已违规的，要进行清理整治。

Saved on: 02/20/2023

[CLI Code]CLI.16.5054438(EN)

14. Regulating tutoring services. A system for filing for recordation and supervising the contents of tutoring shall be established, and measures for the administration of tutoring materials of after-school tutoring institutions shall be formulated and issued. Tutoring in excess of standards and in advance shall be strictly prohibited, non-subject tutoring institutions shall be strictly prohibited from tutoring subjects, and overseas education courses shall be strictly prohibited. Prominent problems such as tutoring out of scope, varying tutoring quality, vulgar and illegal content, piracy, and infringement shall be resolutely investigated and handled in accordance with the laws and regulations. The relevant provisions of the Law on the Protection of Minors shall be strictly implemented, and after-school tutoring institutions shall not organize subject tutoring on national legal holidays, rest days, and winter and summer vacations. Tutoring institutions shall not poach school teachers with high salaries; persons tutoring subjects must have corresponding teacher qualifications, and information on their teacher qualifications shall be published in the prominent positions of the business premises and websites of tutoring institutions; the personal information of parents and students shall not be divulged. The chargeable items and fee rates of tutoring institutions shall be determined according to market demand, training costs, and other factors, and made available to the public for supervision. The Contract of After-school Tutoring Services for Primary and Secondary School Students (Model Text) shall be comprehensively adopted. The regular investigation mechanism shall be further improved, the conditions of and information on after-school tutoring institutions shall be understood promptly, and the "black and white lists" system shall be improved.

14.规范培训服务行为。建立培训内容备案与监督制度，制定出台校外培训机构培训材料管理办法。严禁超标超前培训，严禁非学科类培训机构从事学科类培训，严禁提供境外教育课程。依法依规坚决查处超范围培训、培训质量良莠不齐、内容低俗违法、盗版侵权等突出问题。严格执行未成年人保护法有关规定，校外培训机构不得占用国家法定节假日、休息日及寒暑假期组织学科类培训。培训机构不得高薪挖抢学校教师；从事学科类培训的人员必须具备相应教师资格，并将教师资格信息在培训机构场所及网站显著位置公布；不得泄露家长和学生个人信息。根据市场需求、培训成本等因素确定培训机构收费项目和标准，向社会公示、接受监督。全面使用《中小学生校外培训服务合同（示范文本）》。进一步健全常态化排查机制，及时掌握校外培训机构情况及信息，完善"黑白名单"制度。

Saved on: 02/20/2023



15. Tightening the regular regulation of operations. The excessive influx of capital into tutoring institutions shall be strictly controlled, the financing and fees received by tutoring institutions shall be mainly used for the operation of tutoring business, unfair competition by falsifying original prices, false discounts, false publicity, and other means for the promotion of business shall be resolutely prohibited, and industry monopoly shall be resolutely investigated and punished in accordance with laws and regulations. In online tutoring, attention shall be paid to protecting students' eyesight, each class shall not exceed 30 minutes, the interval between classes shall not be less than ten minutes, and the tutoring shall not end at a time later than 21:00. The use of artificial intelligence technology to reasonably control the time of continuous online tutoring of students shall be actively explored. Online tutoring institutions shall not provide and disseminate "photographing and searching for questions" and other negative learning methods that weaken students' thinking ability, affect their independent thinking, and violate the laws of education and teaching. Employed foreigners staying in China shall comply with relevant provisions established by the state, and the employment of foreigners staying overseas to provide tutoring services shall be strictly prohibited.

15.强化常态运营监管。严格控制资本过度涌入培训机构，培训机构融资及收费应主要用于培训业务经营，坚决禁止为推销业务以虚构原价、虚假折扣、虚假宣传等方式进行不正当竞争，依法依规坚决查处行业垄断行为。线上培训要注重保护学生视力，每课时不超过30分钟，课程间隔不少于10分钟，培训结束时间不晚于21点。积极探索利用人工智能技术合理控制学生连续线上培训时间。线上培训机构不得提供和传播"拍照搜题"等惰化学生思维能力、影响学生独立思考、违背教育教学规律的不良学习方法。聘请在境内的外籍人员要符合国家有关规定，严禁聘请在境外的外籍人员开展培训活动。

**V**. Vigorously improving the quality of education and teaching to ensure that students learn sufficiently and well at school

五、大力提升教育教学质量，确保学生在校内学足学好




Saved on: 02/20/2023

16. Promoting the quality and balanced development of compulsory education. All regions shall consolidate the achievements in basically balancing compulsory education, actively pursue prime and balanced compulsory education, promote the growth of new prime schools, and expand prime educational resources. All regions shall actively advance the provision of education in the form of groups, governance based on school districts, and building of urban and rural school communities, fully stimulate the vitality of provision of education, improve the overall level of provision of education by schools, and accelerate the reduction of educational gaps between urban and rural areas, between regions, and between schools.

16.促进义务教育优质均衡发展。各地要巩固义务教育基本均衡成果，积极开展义务教育优质均衡创建工作，促进新优质学校成长，扩大优质教育资源。积极推进集团化办学、学区化治理和城乡学校共同体建设，充分激发办学活力，整体提升学校办学水平，加快缩小城乡、区域、学校间教育水平差距。



Saved on: 02/20/2023

17. Improving the quality of classroom teaching. Education authorities shall guide schools in improving teaching management rules and procedures, optimizing teaching methods, strengthening teaching management, and improving the efficiency of student learning at school. Schools shall completely, sufficiently, and effectively open courses specified by the state, actively advance the scientific continuity between kindergarten education and primary education, help students to well prepare for admission, teach from ground zero in strict accordance with the curriculum criteria, and teach whatever they shall teach, so as to ensure that students meet the study quality standards specified by the state. Schools shall not arbitrarily increase or decrease teaching hours, increase the level of difficulty, and accelerate the progress; shall reduce examination pressure, and improve examination methods, and shall not perform the acts such as completing courses in advance for preparation for the examination, holding unified examinations in violation of applicable provisions, giving examination questions in excess of the criteria, and examination rankings; shall present examination results under a graded system, and resolutely overcome the mere pursuit of the score.

17.提升课堂教学质量。教育部门要指导学校健全教学管理规程，优化教学方式，强化教学管理，提升学生在校学习效率。学校要开齐开足开好国家规定课程，积极推进幼小科学衔接，帮助学生做好入学准备，严格按课程标准零起点教学，做到应教尽教，确保学生达到国家规定的学业质量标准。学校不得随意增减课时、提高难度、加快进度；降低考试压力，改进考试方法，不得有提前结课备考、违规统考、考题超标、考试排名等行为；考试成绩呈现实行等级制，坚决克服唯分数的倾向。

18. Deepening the reform of senior high school admissions. All regions shall actively improve the model of senior high school admissions based on junior high school standards examination results, in light of the evaluation of comprehensive capabilities, and improve examination methods and results presentation methods according to the characteristics of different subjects. All regions shall adhere to the determination of examinations based on learning, further improve the quality of senior high school entrance examination questions, and prevent recherché questions, strange questions, and questions that exceed the curriculum criteria. All regions shall gradually increase the proportion of high-quality regular senior high school admission quotas allocated to local junior high schools, regulate the admission order of regular senior high schools, and eliminate irregularities and cutthroat competition in admissions.

19. Inclusion in the quality evaluation system. Local CPC committees and governments at all levels shall establish a correct view of political achievements, and be strictly prohibited from setting admission targets or evaluating schools and teachers only based on further study rates. Local CPC committees and governments at all levels shall conscientiously implement the guidelines for compulsory education quality evaluation, incorporate achievements in the "dual reduction" work into the compulsory education quality evaluation on counties and schools, and regard students' recipient of after-school services and the reduction of after-school tutoring and tutoring expenses as important evaluation content.

**VI**. Strengthening supporting governance and enhancing support and guarantee capabilities

18.深化高中招生改革。各地要积极完善基于初中学业水平考试成绩、结合综合素质评价的高中阶段学校招生录取模式，依据不同科目特点，完善考试方式和成绩呈现方式。坚持以学定考，进一步提升中考命题质量，防止偏题、怪题、超过课程标准的难题。逐步提高优质普通高中招生指标分配到区域内初中的比例，规范普通高中招生秩序，杜绝违规招生、恶性竞争。

19.纳入质量评价体系。地方各级党委和政府要树立正确政绩观，严禁下达升学指标或片面以升学率评价学校和教师。认真落实义务教育质量评价指南，将"双减"工作成效纳入县域和学校义务教育质量评价，把学生参加课后服务、校外培训及培训费用支出减少等情况作为重要评价内容。

六、强化配套治理，提升支撑保障能力

Saved on: 02/20/2023

[CLI Code]CLI.16.5054438(EN)

20. Guaranteeing schools' conditions for after-school services. All regions shall, according to the number of students and the staffing standards of primary and high schools, assess staffing overall, and assign sufficient teachers. Provincial governments shall formulate measures for guaranteeing funds for the after-school services of schools, specify relevant standards, and ensure adequate funding by fiscal subsidies, service charges, charges on behalf of principal, and other means. Funds for after-school services shall be mainly used to compensate teachers and related personnel who participate in after-school services, and in assessing the total amount of performance pay, relevant authorities shall take into account the factors that teachers participate in after-school services, and include the amount of funds used to compensate teachers for after-school services in performance pay as an increment, and create a corresponding item, not as a base for the normal assessment of the total performance pay for the subsequent year; if personnel are employed out of school to provide after-school services, the compensation for after-school services may be managed as labor service expenses. The performance of teachers participating in after-school services shall be used as an important reference for professional title evaluation, recognition and reward, and distribution of performance pay.

**20.保障学校课后服务条**件。各地要根据学生规模和中小学教职工编制标准，统筹核定编制，配足配齐教师。省级政府要制定学校课后服务经费保障办法，明确相关标准，采取财政补贴、服务性收费或代收费等方式，确保经费筹措到位。课后服务经费主要用于参与课后服务教师和相关人员的补助，有关部门在核定绩效工资总量时，应考虑教师参与课后服务的因素，把用于教师课后服务补助的经费额度，作为增量纳入绩效工资并设立相应项目，不作为次年正常核定绩效工资总量的基数；对聘请校外人员提供课后服务的，课后服务补助可按劳务费管理。教师参加课后服务的表现应作为职称评聘、表彰奖励和绩效工资分配的重要参考。

[CLI Code]CLI.16.5054438(EN)

21. Improving the mechanism for coordination among families, schools, and the community. The families and schools' responsibilities for education shall be further clarified, communication between families and schools shall be made closer, coordination methods shall be innovated on, and the construction of a coordinated education community shall be advanced. Education authorities shall, in conjunction with women's federations and other authorities, effectively operate parent schools or online family education guidance platforms, promote the construction of community family education guidance centers and service sites, guide parents in establishing scientific parenting concepts and rationally forming expectations of child growth, and strive to build consensus on reducing burden.

21.完善家校社协同机制。进一步明晰家校育人责任，密切家校沟通，创新协同方式，推进协同育人共同体建设。教育部门要会同妇联等部门，办好家长学校或网上家庭教育指导平台，推动社区家庭教育指导中心、服务站点建设，引导家长树立科学育儿观念，理性确定孩子成长预期，努力形成减负共识。

22. Effectively managing and controlling tutoring advertisements. The relevant departments of central authorities as well as local CPC committees and governments at all levels shall strengthen the management of after-school tutoring advertisements, and ensure that after-school tutoring advertisements are not published or broadcast on mainstream media, new media, public venues, various billboards in residential areas, and online platforms, among others. Commercial advertising campaigns may not be conducted at primary and high schools and kindergartens, nor shall the teaching materials, coaching materials, workbooks, stationery, teaching aids, school uniforms, and school buses, among others, be used to publish advertisements directly or in disguise. Various illegal and irregular advertisements for after-school tutoring that exaggerate the effect of tutoring, mislead the public concept of education, and create anxiety for parents shall be seriously investigated and dealt with in accordance with laws and regulations.

22.做好培训广告管控。中央有关部门、地方各级党委和政府要加强校外培训广告管理，确保主流媒体、新媒体、公共场所、居民区各类广告牌和网络平台等不刊登、不播发校外培训广告。不得在中小学校、幼儿园内开展商业广告活动，不得利用中小学和幼儿园的教材、教辅材料、练习册、文具、教具、校服、校车等发布或变相发布广告。依法依规严肃查处各种夸大培训效果、误导公众教育观念、制造家长焦虑的校外培训违法违规广告行为。

**VII**. Solidly and effectively conducting pilot programs and explorations to ensure the steady advancement of governance work

七、扎实做好试点探索，确保治理工作稳妥推进

23. Specifying pilot program requirements. While governance work is comprehensively conducted, Beijing, Shanghai, Shenyang, Guangzhou, Chengdu, Zhengzhou, Changzhi, Weihai, and Nantong cities shall be determined to conduct a national pilot program, at least one prefecture city in other provinces shall be selected for the pilot program, the content of the pilot program shall be the contents specified in Articles 24, 25, and 26.

23.明确试点工作要求。在全面开展治理工作的同时，确定北京市、上海市、沈阳市、广州市、成都市、郑州市、长治市、威海市、南通市为全国试点，其他省份至少选择1个地市开展试点，试点内容为第24、25、26条所列内容。

24. Resolutely reducing after-school subject tutoring. Existing subject tutoring institutions shall be examined and registered anew, and be reduced greatly step by step, so as to solve the issue of redundancy; and institutions with serious problems such as lack of conforming qualifications, irregularities in management, taking advantage of opportunities to gain money by dishonest methods, false publicity, and colluding with schools for profit shall be seriously investigated and dealt with in accordance with laws and regulations.

24.坚决压减学科类校外培训。对现有学科类培训机构重新审核登记，逐步大大压减，解决过多过滥问题；依法依规严肃查处存在不符合资质、管理混乱、借机敛财、虚假宣传、与学校勾连牟利等严重问题的机构。

[CLI Code]CLI.16.5054438(EN)

25. Reasonably using resources within and outside schools. Schools with good conditions shall be encouraged to provide interest-based after-school service activities during the time after school for students to choose and participate in. If after-school services are insufficient to meet the special needs of some students such as developing interests and specialties, non-subject after-school tutoring institutions may be appropriately introduced to participate in after-school services, and education authorities shall be responsible for organizing the selection, make candidates available for schools to choose and employ, establish an assessment and withdrawal mechanism, and resolutely disqualify from tutoring the tutoring institutions with problems such as providing a low level of services, maliciously soliciting tutoring service recipients at school, failing to provide services according to applicable provisions, and disrupting school education, teaching, and admission order.

26. Tightening the regulation of tutoring fees. The public welfare nature of after-school tutoring shall be adhered to, full consideration shall be given to its characteristics involving important people's livelihood, the fees for after-school tutoring in subjects in compulsory education shall be placed under government-guided price management, pricing measures shall be scientifically and reasonably determined, fee rates shall be specified, and excessively high fees and excessive pursuit of profit shall be resolutely curbed. The risk carried by advance payment of fees to after-school tutoring institutions shall be managed and controlled by third-party custody, provision against risk, and other means, and the regulation of loans in the tutoring field shall be strengthened, so as to effectively prevent issues such as "difficulty in obtaining a refund of fees" and "absconding with advance."

25.合理利用校内外资源。鼓励有条件的学校在课余时间向学生提供兴趣类课后服务活动，供学生自主选择参加。课后服务不能满足部分学生发展兴趣特长等特殊需要的，可适当引进非学科类校外培训机构参与课后服务，由教育部门负责组织遴选，供学校选择使用，并建立评估退出机制，对出现服务水平低下、恶意在校招揽生源、不按规定提供服务、扰乱学校教育教学和招生秩序等问题的培训机构，坚决取消培训资质。

26.强化培训收费监管。坚持校外培训公益属性，充分考虑其涉及重大民生的特点，将义务教育阶段学科类校外培训收费纳入政府指导价管理，科学合理确定计价办法，明确收费标准，坚决遏制过高收费和过度逐利行为。通过第三方托管、风险储备金等方式，对校外培训机构预收费进行风险管控，加强对培训领域贷款的监管，有效预防"退费难"、"卷钱跑路"等问题发生。

**VIII**. Conscientiously organizing implementation and endeavoring to produce actual effects

八、精心组织实施，务求取得实效

27. Comprehensively, systematically, and effectively making arrangements. The leadership of the CPC over the "dual reduction" work shall be strengthened, and the CPC committees and governments of all provinces, autonomous regions, and municipalities directly under the Central Government shall regard the "dual reduction" work as a major livelihood project, set an important agenda for the work, include it in the key tasks of the leading groups for education work of the CPC committees of all provinces, autonomous regions, and municipalities directly under the Central Government, and refine and improve measures based on local actual circumstances, so as to ensure the implementation of the "dual reduction" work. The CPC organizations of schools shall conscientiously conduct the ideological work for teachers, and fully stimulate the enthusiasm and creativity of teachers. After-school tutoring institutions shall strengthen their own CPC building work, and bring CPC organizations into play as fighting fortresses.

27.全面系统做好部署。加强党对"双减"工作的领导，各省（自治区、直辖市）党委和政府要把"双减"工作作为重大民生工程，列入重要议事日程，纳入省（自治区、直辖市）党委教育工作领导小组重点任务，结合本地实际细化完善措施，确保"双减"工作落实落地。学校党组织要认真做好教师思想工作，充分调动广大教师积极性、创造性。校外培训机构要加强自身党建工作，发挥党组织战斗堡垒作用。

28. Specifying the responsibilities of authorities. Education authorities shall effectively provide overall coordination, strengthen the routine regulation of after-school tutoring institutions in conjunction with relevant authorities, and guide schools in effectively conducting the work related to "dual reduction"; publicity and cyberspace authorities shall strengthen the guidance on public opinion by publicity, and cyberspace authorities shall cooperate with education authorities and industry and information technology authorities in effectively regulating online after-school tutoring; ins



titutional establishment authorities shall make the teacher establishment sufficient for primary and high schools in a timely manner; development and reform authorities shall formulate fee rates for after-school services charged by schools or on behalf of principal in conjunction with finance, education, and other authorities, and formulate guiding policies on fees for after-school tutoring institutions in regions conducting the pilot program in conjunction with education and other authorities; finance authorities shall strengthen the guarantee of funds for after-school services provided by schools; human resources and social security authorities shall effectively conduct the work related to the assessment of the performance pay of teachers; civil affairs authorities shall effectively register subject tutoring institutions; market regulatory authorities shall effectively register non-subject tutoring institutions, effectively regulate after-school tutoring institutions in terms of fees, advertising, and combat against monopoly, among others, strengthen law enforcement inspections, and in conjunction with education authorities, seriously investigate and punish illegal and irregular training activities, in accordance with laws and regulations; political and legal affairs authorities shall effectively maintain harmony and stability; public security authorities shall strengthen public security management in accordance with the law, join efforts in intelligence information collection, research and judgment, early warning, and prevention, and effectively respond to and resolve relevant stability-related incidents; the People's Bank of China, the China Banking and Insurance Regulatory Commission, and the China Securities Regulatory Commission shall be responsible for guiding banks and other institutions in managing and controlling the risk carried by advance payment of fees to after-school tutoring institutions, and reviewing and overhauling the financing, listing, and other acts of tutoring institutions; and other relevant authorities shall assume re

28.明确部门工作责任。教育部门要抓好统筹协调，会同有关部门加强对校外培训机构日常监管，指导学校做好"双减"有关工作；宣传、网信部门要加强舆论宣传引导，网信部门要配合教育、工业和信息化部门做好线上校外培训监管工作；机构编制部门要及时为中小学校补齐补足教师编制；发展改革部门要会同财政、教育等部门制定学校课后服务性或代收费标准，会同教育等部门制定试点地区校外培训机构收费指导政策；财政部门要加强学校课后服务经费保障；人力资源社会保障部门要做好教师绩效工资核定有关工作；民政部门要做好学科类培训机构登记工作；市场监管部门要做好非学科类培训机构登记工作和校外培训机构收费、广告、反垄断等方面监管工作，加大执法检查力度，会同教育部门依法依规严肃查处违法违规培训行为；政法部门要做好相关维护和谐稳定工作；公安部门要依法加强治安管理，联动开展情报信息搜集研判和预警预防，做好相关涉稳事件应急处置工作；人民银行、银保监、证监部门负责指导银行等机构做好校外培训机构预收费风险管控工作，清理整顿培训机构融资、上市等行为；其他相关部门按照各自职责负起责任、抓好落实。

[CLI Code]CLI.16.5054438(EN)

sponsibilities, and focus on implementation, within their respective competence.

29. Jointly taking a special governance action. A special coordination mechanism for the "dual reduction" work shall be established, and a special governance action shall be organized centrally. A special working agency for the coordination mechanism shall be formed in the Ministry of Education to effectively provide overall coordination and strengthen the guidance on local work. All provinces, autonomous regions, and municipalities directly under the Central Government shall improve their working mechanisms, establish special working agencies, and specify the roadmap, timetable, and responsible persons for the special governance action in accordance with the goals and tasks of the "dual reduction" work. Work priorities, key steps, weak regions, and key targets, among others, shall be highlighted, and a comprehensive investigation and overhaul shall be conducted. Severe and heavy penalties shall be imposed for violations of laws and regulations in accordance with laws and regulations, and serve as warnings and deterrents.

29.联合开展专项治理行动。建立"双减"工作专门协调机制，集中组织开展专项治理行动。在教育部设立协调机制专门工作机构，做好统筹协调，加强对各地工作指导。各省（自治区、直辖市）要完善工作机制，建立专门工作机构，按照"双减"工作目标任务，明确专项治理行动的路线图、时间表和责任人。突出工作重点、关键环节、薄弱地区、重点对象等，开展全面排查整治。对违法违规行为要依法依规严惩重罚，形成警示震慑。

[CLI Code]CLI.16.5054438(EN)

30. Tightening supervisory inspection, publicity, and guidance. The implementation of the "dual reduction" work and the actual effects shall be an important part of the supervisory inspection, the special campaign against disregarding the public interest, and the supervisory guidance on and evaluation of the government's performance of educational responsibilities. An accountability mechanism shall be established, and regions, authorities, schools, and relevant liable persons that do not fulfill their responsibilities or take effective measures shall be seriously held accountable in accordance with the laws and regulations. All regions shall form regulatory platforms and special reporting hotlines to unblock the public supervision and reporting channels. All provinces, autonomous regions, and municipalities directly under the Central Government shall summarize the good experience and practices in the "dual reduction" work promptly, and effectively conduct publicity and promotion. The news media shall adhere to the correct orientation of public opinion and create a good social atmosphere.

30.强化督促检查和宣传引导。将落实"双减"工作情况及实际成效，作为督查督办、漠视群众利益专项整治和政府履行教育职责督导评价的重要内容。建立责任追究机制，对责任不落实、措施不到位的地方、部门、学校及相关责任人要依法依规严肃追究责任。各地要设立监管平台和专门举报电话，畅通群众监督举报途径。各省（自治区、直辖市）要及时总结"双减"工作中的好经验好做法，并做好宣传推广。新闻媒体要坚持正确舆论导向，营造良好社会氛围。

While effectively conducting the "dual reduction" for students in compulsory education, all regions shall overall and effectively govern after-school tutoring directed at preschool children aged 3 to 6 and regular senior high school students, strictly ban online tutoring directed at preschool children, strictly prohibit offline subject (including foreign language) tutoring directed at preschool children under the guise of preschool classes, continuity between kindergarten education and primary education, and thinking training classes, among others. After-school tutoring institutions directed at preschool children and subject after-school tutoring institutions directed at regular senior high school students shall no longer be approved. The relevant provisions of these Opinions shall apply mutatis mutandis to the administration of subject tutoring institutions directed at regular senior high school students.

各地在做好义务教育阶段学生"双减"工作的同时，还要统筹做好面向3至6岁学龄前儿童和普通高中学生的校外培训治理工作，不得开展面向学龄前儿童的线上培训，严禁以学前班、幼小衔接班、思维训练班等名义面向学龄前儿童开展线下学科类（含外语）培训。不再审批新的面向学龄前儿童的校外培训机构和面向普通高中学生的学科类校外培训机构。对面向普通高中学生的学科类培训机构的管理，参照本意见有关规定执行。

(Xinhua News Agency, Beijing, July 24, 2021)

（新华社北京2021年7月24日电）

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?

Saved on: 02/20/2023

[CLI Code]CLI.16.5054438(EN)





Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_law/4a80960055b9d466bdfb.html

Saved on: 02/20/2023