# Exhibit S

**Allegedly Omitted Information in AC ¶¶ 52-54, 56-62, 73-79**

| AC ¶ | Date | Source | Context | Alleged Statement |
|---|---|---|---|---|
| 52 | Sept. 10, 2018 | President Xi Jinping | Speech at a national education conference | acknowledged the problem of "difficult and expensive admission" and resolved to "reduce the excessive extracurricular burden of primary and middle school students" |
| 53 | Feb. 23, 2019 | Central Committee of the CCP and the State Council | 2019 "Implementation Plan" | "[e]fforts will be made to reduce the excessive extracurricular burden of primary and secondary students, and support primary and secondary schools to generally carry out after-school services" |
| 54 | Mar. 12, 2019 | Chen Baosheng, *Minister of Education* | Press conference at the National People's Congress | after-school training institutions "shifted" their practices in response to the regulations promulgated in 2018 and, thus, new strategies were needed to "solve the problem of excessive extracurricular burdens for primary and middle school students" |
| 54 | April 2019 | Chen Dongsheng, *"an official with the MOE"* | Unidentified conference | the regulations in 2018 were only an initial "step" in the comprehensive effort to reduce excessive extracurricular burden on students |
| 56 | July 9, 2019 | Zheng Fuzhi, *Vice-Minister of Education* | Answer to reporter's question during a press conference | burden reduction is "one of the hottest issues in basic education right now" and, moving forward, "the key is to resolutely put an end to . . . excessive training behaviors and prevent layer upon layer increase" with deeper regulation of after-school tutoring. He added that "children work very hard at school and adding another layer outside of school increases the burden on them." |

| AC ¶ | Date | Source | Context | Alleged Statement |
|---|---|---|---|---|
| 57 | July 28, 2019 | Sun Chunlan, *Vice Premier of the State Council and a member of the CCP Politburo* | MOE symposium | authorities should focus on addressing outstanding education problems "strongly voiced" by the people, such as "reducing the burden on primary and secondary school students" |
| 58 | Nov. 5, 2019 | Yu Weiyue, *Deputy Director of the MOE's Basic Education Department* | Statement to press | the next stage of burden reduction reforms will focus on the "problem" of excessive extracurricular burdens, and entail new measures to carry out additional "governance" of after-school tutoring programs and "improve the level of . . . after-school services" within China's public schools |
| 59 | Nov. 14, 2019 | Lv Yugang, *Director of the MOE's Basic Education Department* | Press briefing | "it is necessary to deepen the governance of off-campus training institutions" to reduce the present burdens on primary and secondary school students |
| 59 | Dec. 2019 | Xu Pan, *Director of the MOE's After-School Education and Training Supervision Department* | Unidentified conference | regulation of private after-school training has made "staged progress" but "more efforts are required to meet the expectations of the public, to which China's education authorities have attached great importance" |
| 61 | Sept. 22, 2020 | President Xi Jinping | A "cross-industry symposium" | PRC must fully implement the CCP's education policy during the next five-year period of economic and social development |

2

| AC¶ | Date | Source | Context | Alleged Statement |
|---|---|---|---|---|
| 61 | Oct. 29, 2020 | Central Committee | 14th Five-Year Plan | At the fifth plenary session of the nineteenth Central Committee meeting, the Central Committee formally adopted a series of proposals . . . one of which was to "regulate after-school tutoring institutions." |
| 62 | Nov. 10, 2020 | Chen Baosheng, *Minister of Education* | Comment on Central Committee's proposal | the MOE must "regulate after-school tutoring institutions, while increasing the supply of public education services" in the next phase of reform |
| 62 | Dec. 2, 2020 | Lv Yugang, *Director of the MOE's Basic Education Department* | [No context provided] | the MOE planned to "[d]eepen the governance of off-campus training institutions, and effectively reduce the excessive extracurricular burden of students and the burden of family education expenditures" as a key task moving forward |
| 62 | Dec. 3, 2020 | Xu Pan, *Director of the MOE's After-School Education and Training Supervision Department* | [No context provided] | "China will take further steps to . . . guide the development of after-school education" and added that schools must carry out after-school education programs themselves |
| **Dec. 4, 2020** | | | | **17 Education's Initial Public Offering** |
| 73 | Jan. 7, 2021 | Chen Baosheng, *Minister of Education* | Speech at a national education conference | the current state of the after-school tutoring market is an "urgent problem" and . . . "great efforts will be made to regulate and rectify after-school tutoring institutions" as soon as possible. He further noted that the "goal" of these new reforms would be to "liberate students from after-school tutoring and liberate parents from sending students" to such classes. |

3

| AC ¶ | Date | Source | Context | Alleged Statement |
|---|---|---|---|---|
| 74 | Jan. 29, 2021 | The Office of the Education Supervision Committee of the State Council | National conference on education supervision | the Committee directed local education authorities to "reduce the burden of students' homework and to reduce the burden of after-school training" as the number one task for education supervision in 2021 and included "double reduction" as an evaluation criteria for local education authorities in 2021 |
| 75 | Feb. 4, 2021 | China's Ministry of Education | MOE's 2021 Goals | [One goal] was to "deepen the governance of after-school training institutions." Elaborating on this goal, the MOE expressly noted that it would "[i]mprove the level of after-school services in primary and secondary schools" and "effectively reduce the burden of students' heavy homework . . . and [the] family financial burdens" associated with after-school tutoring. |
| 75 | Feb. 24, 2021 | Lv Yugang, *Director of the MOE's Basic Education Department* | Press conference | during the spring semester of 2021, the MOE planned to "improve the level of after-school services" provided by schools, and "strictly regulate off-campus training institutions" so as to "reduce the heavy burden of after-school training for students" |
| 76 | Mar. 6, 2021 | President Xi Jinping | Joint group meeting of the Chinese People's Political Consultative Conference | Referring to the practices of after-school tutoring businesses as a "stubborn disease," President Jinping vowed that the PRC central government will "pay close attention to the issues that the people feel strongly about, and resolutely reform all activities that infringe on the people's interests under the banner of education." |

| AC ¶ | Date | Source | Context | Alleged Statement |
|---|---|---|---|---|
| 77[1] | Mar. 11, 2021 | CCP | 14th Five-Year Plan | [The CCP] adopted China's 14th Five-Year Plan for near-term economic and social development.  Chapter 43 of that voluminous document expressly identified "regulate after-school training" as one of the PRC's near-term education reform goals. |
| 79 | Mar. 31, 2021 | Lv Yugang, *Director of the MOE's Basic Education Department* | Press conference by the Information Office of the State Council to introduce the implementation of the 14th Five-Year Plan | The MOE had included "double burden reduction" in its key tasks for 2021.  "This means . . . to take more effective measures to further increase the governance of after-school tutoring businesses" and "[a]t the same time, we must further strengthen the role of schools as the main place for education." |
| | **Apr. 30, 2021** | **17 Education's S-8 Registration Statement** | | |

---

[1]    AC ¶ 78 does not appear to include an omission alleged by Plaintiffs.

5