# Exhibit W

| 17 Education & Technology Group Inc.: Stock Price (YQ)<br>December 4, 2020 – January 31, 2023<br>Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Closing Price[1]** | **Volume** |
| December 4, 2020 | $10.57 | 3,237,275 |
| December 7, 2020 | $12.11 | 1,951,650 |
| December 8, 2020 | $15.06 | 1,863,300 |
| December 9, 2020 | $20.18 | 3,830,400 |
| December 10, 2020 | $17.30 | 1,234,725 |
| December 11, 2020 | $16.32 | 655,500 |
| December 14, 2020 | $14.95 | 650,550 |
| December 15, 2020 | $13.99 | 485,300 |
| December 16, 2020 | $13.59 | 715,250 |
| December 17, 2020 | $15.30 | 839,675 |
| December 18, 2020 | $14.15 | 478,925 |
| December 21, 2020 | $14.78 | 470,300 |
| December 22, 2020 | $14.61 | 229,450 |
| December 23, 2020 | $14.45 | 133,725 |
| December 24, 2020 | $13.79 | 118,075 |
| December 28, 2020 | $13.99 | 100,175 |
| December 29, 2020 | $13.35 | 311,875 |
| December 30, 2020 | $13.54 | 230,400 |
| December 31, 2020 | $12.81 | 170,300 |
| January 4, 2021 | $13.00 | 264,050 |
| January 5, 2021 | $12.68 | 195,925 |
| January 6, 2021 | $13.50 | 444,700 |
| January 7, 2021 | $13.11 | 541,100 |
| January 8, 2021 | $13.30 | 515,750 |
| January 11, 2021 | $12.49 | 237,625 |
| January 12, 2021 | $12.90 | 221,875 |
| January 13, 2021 | $12.71 | 190,375 |
| January 14, 2021 | $12.26 | 465,000 |
| January 15, 2021 | $12.08 | 326,725 |
| January 19, 2021 | $12.25 | 273,300 |
| January 20, 2021 | $18.16 | 2,932,850 |
| January 21, 2021 | $17.21 | 816,350 |
| January 22, 2021 | $16.90 | 541,550 |
| January 25, 2021 | $15.71 | 503,500 |

[1]    Note: Beginning November 17, 2021, the share price is adjusted to account for the Company's ADS ratio change that had the same effect as a one-for-four reverse ADS split, increasing the trading price by a multiple of four. *See* AC ¶¶ 96-97.

| Date | Closing Price[1] | Volume |
|---|---|---|
| January 26, 2021 | $18.56 | 1,134,500 |
| January 27, 2021 | $16.82 | 513,150 |
| January 28, 2021 | $16.73 | 232,150 |
| January 29, 2021 | $16.29 | 441,450 |
| February 1, 2021 | $14.01 | 1,040,125 |
| February 2, 2021 | $14.22 | 435,275 |
| February 3, 2021 | $14.02 | 531,350 |
| February 4, 2021 | $14.50 | 362,950 |
| February 5, 2021 | $14.46 | 335,950 |
| February 8, 2021 | $14.31 | 355,675 |
| February 9, 2021 | $14.39 | 383,550 |
| February 10, 2021 | $14.25 | 429,750 |
| February 11, 2021 | $15.73 | 697,850 |
| February 12, 2021 | $15.41 | 327,900 |
| February 16, 2021 | $16.55 | 471,500 |
| February 17, 2021 | $17.52 | 571,800 |
| February 18, 2021 | $16.63 | 396,125 |
| February 19, 2021 | $16.91 | 250,425 |
| February 22, 2021 | $15.76 | 249,825 |
| February 23, 2021 | $15.14 | 560,275 |
| February 24, 2021 | $15.00 | 190,150 |
| February 25, 2021 | $14.67 | 303,900 |
| February 26, 2021 | $13.86 | 366,175 |
| March 1, 2021 | $14.25 | 183,575 |
| March 2, 2021 | $13.61 | 262,425 |
| March 3, 2021 | $13.05 | 266,425 |
| March 4, 2021 | $11.10 | 668,075 |
| March 5, 2021 | $12.28 | 444,900 |
| March 8, 2021 | $11.15 | 456,000 |
| March 9, 2021 | $12.00 | 390,225 |
| March 10, 2021 | $10.96 | 586,450 |
| March 11, 2021 | $11.51 | 391,850 |
| March 12, 2021 | $11.16 | 283,800 |
| March 15, 2021 | $11.29 | 276,825 |
| March 16, 2021 | $10.60 | 380,275 |
| March 17, 2021 | $10.23 | 476,125 |
| March 18, 2021 | $10.03 | 375,325 |
| March 19, 2021 | $9.93 | 468,425 |
| March 22, 2021 | $9.29 | 535,275 |
| March 23, 2021 | $8.75 | 407,225 |

2

| Date | Closing Price[1] | Volume |
|---|---|---|
| March 24, 2021 | $7.82 | 397,325 |
| March 25, 2021 | $7.85 | 287,600 |
| March 26, 2021 | $6.88 | 758,850 |
| March 29, 2021 | $6.59 | 311,275 |
| March 30, 2021 | $7.55 | 796,125 |
| March 31, 2021 | $7.14 | 406,100 |
| April 1, 2021 | $7.49 | 302,925 |
| April 5, 2021 | $6.98 | 259,375 |
| April 6, 2021 | $7.41 | 185,025 |
| April 7, 2021 | $7.04 | 214,150 |
| April 8, 2021 | $7.55 | 205,500 |
| April 9, 2021 | $6.96 | 428,450 |
| April 12, 2021 | $6.58 | 246,800 |
| April 13, 2021 | $6.49 | 266,425 |
| April 14, 2021 | $6.64 | 210,525 |
| April 15, 2021 | $6.57 | 268,800 |
| April 16, 2021 | $6.28 | 326,850 |
| April 19, 2021 | $6.51 | 188,675 |
| April 20, 2021 | $6.23 | 215,225 |
| April 21, 2021 | $6.92 | 213,975 |
| April 22, 2021 | $6.67 | 202,075 |
| April 23, 2021 | $7.29 | 314,325 |
| April 26, 2021 | $7.18 | 247,925 |
| April 27, 2021 | $6.89 | 136,175 |
| April 28, 2021 | $7.19 | 154,750 |
| April 29, 2021 | $6.71 | 176,500 |
| April 30, 2021 | $6.57 | 126,025 |
| May 3, 2021 | $6.17 | 184,525 |
| May 4, 2021 | $6.16 | 194,475 |
| May 5, 2021 | $5.99 | 118,725 |
| May 6, 2021 | $5.71 | 198,775 |
| May 7, 2021 | $5.67 | 106,525 |
| May 10, 2021 | $5.14 | 251,700 |
| May 11, 2021 | $5.37 | 182,675 |
| May 12, 2021 | $5.00 | 249,900 |
| May 13, 2021 | $4.30 | 297,600 |
| May 14, 2021 | $4.73 | 257,750 |
| May 17, 2021 | $4.74 | 93,425 |
| May 18, 2021 | $4.91 | 103,750 |
| May 19, 2021 | $4.79 | 77,700 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| May 20, 2021 | $4.98 | 108,750 |
| May 21, 2021 | $4.71 | 148,925 |
| May 24, 2021 | $4.42 | 289,000 |
| May 25, 2021 | $4.72 | 327,375 |
| May 26, 2021 | $4.95 | 146,600 |
| May 27, 2021 | $4.99 | 231,925 |
| May 28, 2021 | $4.86 | 137,450 |
| June 1, 2021 | $5.32 | 346,750 |
| June 2, 2021 | $5.42 | 230,575 |
| June 3, 2021 | $4.89 | 378,875 |
| June 4, 2021 | $4.31 | 956,475 |
| June 7, 2021 | $3.92 | 849,625 |
| June 8, 2021 | $4.18 | 552,875 |
| June 9, 2021 | $4.04 | 761,750 |
| June 10, 2021 | $4.15 | 515,450 |
| June 11, 2021 | $4.56 | 1,309,375 |
| June 14, 2021 | $4.56 | 348,575 |
| June 15, 2021 | $4.43 | 236,900 |
| June 16, 2021 | $4.14 | 372,225 |
| June 17, 2021 | $3.96 | 370,950 |
| June 18, 2021 | $4.00 | 370,475 |
| June 21, 2021 | $3.74 | 448,275 |
| June 22, 2021 | $3.64 | 261,625 |
| June 23, 2021 | $3.70 | 237,325 |
| June 24, 2021 | $3.70 | 300,625 |
| June 25, 2021 | $3.69 | 330,575 |
| June 28, 2021 | $3.65 | 406,275 |
| June 29, 2021 | $3.47 | 560,700 |
| June 30, 2021 | $3.65 | 651,600 |
| July 1, 2021 | $3.33 | 433,800 |
| July 2, 2021 | $3.15 | 545,050 |
| July 6, 2021 | $2.98 | 442,800 |
| July 7, 2021 | $2.77 | 324,050 |
| July 8, 2021 | $2.82 | 373,575 |
| July 9, 2021 | $2.79 | 247,775 |
| July 12, 2021 | $2.71 | 163,375 |
| July 13, 2021 | $2.75 | 351,100 |
| July 14, 2021 | $2.61 | 276,750 |
| July 15, 2021 | $2.59 | 133,350 |
| July 16, 2021 | $2.52 | 162,025 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| July 19, 2021 | $2.45 | 144,400 |
| July 20, 2021 | $2.43 | 293,350 |
| July 21, 2021 | $2.49 | 110,925 |
| July 22, 2021 | $2.30 | 276,975 |
| July 23, 2021 | $1.41 | 3,310,725 |
| July 26, 2021 | $1.04 | 2,044,275 |
| July 27, 2021 | $1.16 | 6,090,400 |
| July 28, 2021 | $1.22 | 2,102,350 |
| July 29, 2021 | $1.21 | 967,400 |
| July 30, 2021 | $1.12 | 667,825 |
| August 2, 2021 | $1.10 | 659,925 |
| August 3, 2021 | $1.14 | 870,625 |
| August 4, 2021 | $1.10 | 952,975 |
| August 5, 2021 | $1.14 | 446,300 |
| August 6, 2021 | $1.12 | 320,550 |
| August 9, 2021 | $1.23 | 705,925 |
| August 10, 2021 | $1.18 | 235,550 |
| August 11, 2021 | $1.16 | 235,875 |
| August 12, 2021 | $1.11 | 234,325 |
| August 13, 2021 | $1.08 | 183,375 |
| August 16, 2021 | $1.04 | 324,250 |
| August 17, 2021 | $1.05 | 336,000 |
| August 18, 2021 | $1.04 | 294,250 |
| August 19, 2021 | $1.08 | 423,725 |
| August 20, 2021 | $1.07 | 289,025 |
| August 23, 2021 | $1.02 | 204,925 |
| August 24, 2021 | $1.18 | 1,492,850 |
| August 25, 2021 | $1.12 | 678,025 |
| August 26, 2021 | $1.05 | 718,200 |
| August 27, 2021 | $1.06 | 470,650 |
| August 30, 2021 | $1.10 | 593,525 |
| August 31, 2021 | $1.10 | 677,050 |
| September 1, 2021 | $1.33 | 1,673,125 |
| September 2, 2021 | $1.28 | 1,326,900 |
| September 3, 2021 | $1.27 | 565,650 |
| September 7, 2021 | $1.32 | 420,800 |
| September 8, 2021 | $1.20 | 349,150 |
| September 9, 2021 | $1.24 | 145,775 |
| September 10, 2021 | $1.15 | 241,950 |
| September 13, 2021 | $1.15 | 190,975 |

5

| Date | Closing Price[1] | Volume |
|---|---|---|
| September 14, 2021 | $1.10 | 247,575 |
| September 15, 2021 | $1.09 | 197,450 |
| September 16, 2021 | $1.10 | 175,825 |
| September 17, 2021 | $1.09 | 285,225 |
| September 20, 2021 | $0.98 | 390,025 |
| September 21, 2021 | $0.99 | 185,400 |
| September 22, 2021 | $1.05 | 387,750 |
| September 23, 2021 | $1.01 | 263,225 |
| September 24, 2021 | $0.96 | 278,825 |
| September 27, 2021 | $1.02 | 396,275 |
| September 28, 2021 | $0.94 | 280,200 |
| September 29, 2021 | $0.87 | 666,200 |
| September 30, 2021 | $0.90 | 354,550 |
| October 1, 2021 | $0.88 | 308,525 |
| October 4, 2021 | $0.82 | 235,450 |
| October 5, 2021 | $0.85 | 179,325 |
| October 6, 2021 | $0.85 | 105,825 |
| October 7, 2021 | $0.85 | 297,475 |
| October 8, 2021 | $0.85 | 414,425 |
| October 11, 2021 | $0.85 | 511,325 |
| October 12, 2021 | $0.85 | 272,675 |
| October 13, 2021 | $0.89 | 361,300 |
| October 14, 2021 | $0.88 | 197,400 |
| October 15, 2021 | $0.86 | 195,600 |
| October 18, 2021 | $0.83 | 326,900 |
| October 19, 2021 | $0.84 | 241,725 |
| October 20, 2021 | $0.83 | 266,900 |
| October 21, 2021 | $0.83 | 230,525 |
| October 22, 2021 | $0.80 | 213,825 |
| October 25, 2021 | $0.83 | 745,600 |
| October 26, 2021 | $0.84 | 1,247,675 |
| October 27, 2021 | $0.93 | 3,959,275 |
| October 28, 2021 | $0.89 | 468,575 |
| October 29, 2021 | $0.83 | 368,925 |
| November 1, 2021 | $0.83 | 212,825 |
| November 2, 2021 | $0.94 | 568,125 |
| November 3, 2021 | $1.00 | 657,850 |
| November 4, 2021 | $0.98 | 554,275 |
| November 5, 2021 | $0.91 | 313,550 |
| November 8, 2021 | $0.96 | 460,775 |

6

| Date | Closing Price[1] | Volume |
|---|---|---|
| November 9, 2021 | $0.87 | 621,825 |
| November 10, 2021 | $0.85 | 210,125 |
| November 11, 2021 | $0.86 | 278,925 |
| November 12, 2021 | $0.85 | 415,375 |
| November 15, 2021 | $0.81 | 390,250 |
| November 16, 2021 | $0.82 | 223,550 |
| November 17, 2021 | $0.70 | 1,204,400 |
| November 18, 2021 | $0.59 | 1,161,100 |
| November 19, 2021 | $0.60 | 512,300 |
| November 22, 2021 | $0.51 | 663,600 |
| November 23, 2021 | $0.49 | 548,900 |
| November 24, 2021 | $0.48 | 418,400 |
| November 26, 2021 | $0.45 | 401,900 |
| November 29, 2021 | $0.47 | 321,300 |
| November 30, 2021 | $0.48 | 684,600 |
| December 1, 2021 | $0.44 | 293,700 |
| December 2, 2021 | $0.42 | 288,300 |
| December 3, 2021 | $0.35 | 561,800 |
| December 6, 2021 | $0.37 | 347,000 |
| December 7, 2021 | $0.40 | 328,400 |
| December 8, 2021 | $0.42 | 404,300 |
| December 9, 2021 | $0.39 | 414,400 |
| December 10, 2021 | $0.39 | 1,764,200 |
| December 13, 2021 | $0.37 | 448,600 |
| December 14, 2021 | $0.35 | 400,600 |
| December 15, 2021 | $0.35 | 663,200 |
| December 16, 2021 | $0.32 | 341,500 |
| December 17, 2021 | $0.36 | 351,600 |
| December 20, 2021 | $0.35 | 261,300 |
| December 21, 2021 | $0.32 | 502,800 |
| December 22, 2021 | $0.32 | 389,600 |
| December 23, 2021 | $0.31 | 166,300 |
| December 27, 2021 | $0.32 | 763,100 |
| December 28, 2021 | $0.29 | 196,000 |
| December 29, 2021 | $0.30 | 351,400 |
| December 30, 2021 | $0.31 | 484,200 |
| December 31, 2021 | $0.31 | 524,600 |
| January 3, 2022 | $0.32 | 104,800 |
| January 4, 2022 | $0.30 | 174,600 |
| January 5, 2022 | $0.29 | 154,100 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| January 6, 2022 | $0.31 | 244,500 |
| January 7, 2022 | $0.29 | 60,100 |
| January 10, 2022 | $0.29 | 190,800 |
| January 11, 2022 | $0.30 | 110,600 |
| January 12, 2022 | $0.29 | 171,700 |
| January 13, 2022 | $0.30 | 98,700 |
| January 14, 2022 | $0.29 | 220,200 |
| January 18, 2022 | $0.28 | 290,100 |
| January 19, 2022 | $0.27 | 269,800 |
| January 20, 2022 | $0.27 | 206,500 |
| January 21, 2022 | $0.25 | 247,200 |
| January 24, 2022 | $0.24 | 284,600 |
| January 25, 2022 | $0.26 | 165,300 |
| January 26, 2022 | $0.27 | 291,200 |
| January 27, 2022 | $0.25 | 108,100 |
| January 28, 2022 | $0.26 | 160,900 |
| January 31, 2022 | $0.27 | 152,000 |
| February 1, 2022 | $0.28 | 144,700 |
| February 2, 2022 | $0.27 | 52,600 |
| February 3, 2022 | $0.26 | 103,400 |
| February 4, 2022 | $0.28 | 70,000 |
| February 7, 2022 | $0.29 | 84,100 |
| February 8, 2022 | $0.28 | 90,600 |
| February 9, 2022 | $0.30 | 89,800 |
| February 10, 2022 | $0.32 | 122,600 |
| February 11, 2022 | $0.33 | 380,600 |
| February 14, 2022 | $0.38 | 225,500 |
| February 15, 2022 | $0.41 | 771,000 |
| February 16, 2022 | $0.39 | 299,200 |
| February 17, 2022 | $0.40 | 220,200 |
| February 18, 2022 | $0.39 | 300,100 |
| February 22, 2022 | $0.38 | 272,700 |
| February 23, 2022 | $0.35 | 114,300 |
| February 24, 2022 | $0.37 | 201,900 |
| February 25, 2022 | $0.37 | 54,200 |
| February 28, 2022 | $0.38 | 75,400 |
| March 1, 2022 | $0.38 | 38,100 |
| March 2, 2022 | $0.38 | 130,100 |
| March 3, 2022 | $0.39 | 80,400 |
| March 4, 2022 | $0.37 | 189,200 |

8

| Date | Closing Price[1] | Volume |
|---|---|---|
| March 7, 2022 | $0.41 | 396,400 |
| March 8, 2022 | $0.43 | 335,400 |
| March 9, 2022 | $0.51 | 1,061,400 |
| March 10, 2022 | $0.57 | 570,300 |
| March 11, 2022 | $0.60 | 718,600 |
| March 14, 2022 | $0.58 | 565,400 |
| March 15, 2022 | $0.55 | 219,000 |
| March 16, 2022 | $0.75 | 749,900 |
| March 17, 2022 | $0.78 | 553,400 |
| March 18, 2022 | $0.95 | 622,200 |
| March 21, 2022 | $0.75 | 529,100 |
| March 22, 2022 | $0.86 | 579,800 |
| March 23, 2022 | $0.83 | 313,900 |
| March 24, 2022 | $0.81 | 207,600 |
| March 25, 2022 | $0.76 | 255,400 |
| March 28, 2022 | $0.70 | 212,500 |
| March 29, 2022 | $0.72 | 132,600 |
| March 30, 2022 | $0.70 | 138,500 |
| March 31, 2022 | $0.67 | 163,000 |
| April 1, 2022 | $0.68 | 167,900 |
| April 4, 2022 | $0.71 | 169,700 |
| April 5, 2022 | $0.66 | 110,300 |
| April 6, 2022 | $0.69 | 152,500 |
| April 7, 2022 | $0.63 | 89,800 |
| April 8, 2022 | $0.61 | 91,200 |
| April 11, 2022 | $0.59 | 123,000 |
| April 12, 2022 | $0.50 | 355,100 |
| April 13, 2022 | $0.50 | 100,100 |
| April 14, 2022 | $0.51 | 64,800 |
| April 18, 2022 | $0.50 | 65,800 |
| April 19, 2022 | $0.50 | 55,400 |
| April 20, 2022 | $0.51 | 68,100 |
| April 21, 2022 | $0.46 | 142,600 |
| April 22, 2022 | $0.51 | 93,800 |
| April 25, 2022 | $0.51 | 111,200 |
| April 26, 2022 | $0.48 | 79,000 |
| April 27, 2022 | $0.47 | 61,900 |
| April 28, 2022 | $0.50 | 76,900 |
| April 29, 2022 | $0.59 | 199,900 |
| May 2, 2022 | $0.67 | 145,900 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| May 3, 2022 | $0.64 | 113,300 |
| May 4, 2022 | $0.56 | 136,100 |
| May 5, 2022 | $0.55 | 55,100 |
| May 6, 2022 | $0.48 | 110,600 |
| May 9, 2022 | $0.43 | 102,500 |
| May 10, 2022 | $0.43 | 52,200 |
| May 11, 2022 | $0.38 | 44,100 |
| May 12, 2022 | $0.41 | 65,500 |
| May 13, 2022 | $0.45 | 61,600 |
| May 16, 2022 | $0.46 | 37,100 |
| May 17, 2022 | $0.47 | 29,300 |
| May 18, 2022 | $0.45 | 62,400 |
| May 19, 2022 | $0.47 | 72,100 |
| May 20, 2022 | $0.45 | 46,500 |
| May 23, 2022 | $0.45 | 41,900 |
| May 24, 2022 | $0.45 | 23,800 |
| May 25, 2022 | $0.45 | 26,500 |
| May 26, 2022 | $0.47 | 36,500 |
| May 27, 2022 | $0.50 | 32,200 |
| May 31, 2022 | $0.53 | 65,200 |
| June 1, 2022 | $0.52 | 28,100 |
| June 2, 2022 | $0.54 | 56,200 |
| June 3, 2022 | $0.51 | 31,700 |
| June 6, 2022 | $0.58 | 50,800 |
| June 7, 2022 | $0.60 | 51,100 |
| June 8, 2022 | $0.71 | 853,900 |
| June 9, 2022 | $0.76 | 227,500 |
| June 10, 2022 | $0.60 | 352,700 |
| June 13, 2022 | $0.48 | 240,000 |
| June 14, 2022 | $0.52 | 145,600 |
| June 15, 2022 | $0.51 | 78,600 |
| June 16, 2022 | $0.48 | 117,600 |
| June 17, 2022 | $0.49 | 81,600 |
| June 21, 2022 | $0.52 | 54,700 |
| June 22, 2022 | $0.53 | 28,000 |
| June 23, 2022 | $0.51 | 32,800 |
| June 24, 2022 | $0.44 | 232,400 |
| June 27, 2022 | $0.45 | 129,400 |
| June 28, 2022 | $0.47 | 117,000 |
| June 29, 2022 | $0.47 | 87,500 |

10

| Date | Closing Price[1] | Volume |
|---|---|---|
| June 30, 2022 | $0.49 | 85,100 |
| July 1, 2022 | $0.49 | 96,600 |
| July 5, 2022 | $0.46 | 197,400 |
| July 6, 2022 | $0.43 | 175,800 |
| July 7, 2022 | $0.42 | 144,600 |
| July 8, 2022 | $0.40 | 545,900 |
| July 11, 2022 | $0.39 | 127,700 |
| July 12, 2022 | $0.39 | 102,700 |
| July 13, 2022 | $0.39 | 128,000 |
| July 14, 2022 | $0.37 | 132,900 |
| July 15, 2022 | $0.35 | 134,800 |
| July 18, 2022 | $0.39 | 187,600 |
| July 19, 2022 | $0.38 | 102,100 |
| July 20, 2022 | $0.41 | 108,600 |
| July 21, 2022 | $0.45 | 115,800 |
| July 22, 2022 | $0.48 | 266,600 |
| July 25, 2022 | $0.49 | 94,900 |
| July 26, 2022 | $0.47 | 76,700 |
| July 27, 2022 | $0.47 | 76,700 |
| July 28, 2022 | $0.46 | 77,000 |
| July 29, 2022 | $0.50 | 81,300 |
| August 1, 2022 | $0.47 | 80,300 |
| August 2, 2022 | $0.46 | 108,700 |
| August 3, 2022 | $0.48 | 72,600 |
| August 4, 2022 | $0.48 | 59,400 |
| August 5, 2022 | $0.50 | 82,400 |
| August 8, 2022 | $0.49 | 114,000 |
| August 9, 2022 | $0.48 | 31,300 |
| August 10, 2022 | $0.47 | 71,900 |
| August 11, 2022 | $0.50 | 55,500 |
| August 12, 2022 | $0.48 | 58,100 |
| August 15, 2022 | $0.49 | 53,600 |
| August 16, 2022 | $0.48 | 45,600 |
| August 17, 2022 | $0.49 | 52,400 |
| August 18, 2022 | $0.49 | 103,200 |
| August 19, 2022 | $0.49 | 53,700 |
| August 22, 2022 | $0.48 | 50,000 |
| August 23, 2022 | $0.48 | 30,000 |
| August 24, 2022 | $0.46 | 46,900 |
| August 25, 2022 | $0.46 | 107,300 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| August 26, 2022 | $0.45 | 107,900 |
| August 29, 2022 | $0.45 | 85,700 |
| August 30, 2022 | $0.48 | 148,800 |
| August 31, 2022 | $0.48 | 35,900 |
| September 1, 2022 | $0.44 | 92,600 |
| September 2, 2022 | $0.44 | 48,000 |
| September 6, 2022 | $0.43 | 68,700 |
| September 7, 2022 | $0.41 | 94,700 |
| September 8, 2022 | $0.40 | 74,300 |
| September 9, 2022 | $0.40 | 169,800 |
| September 12, 2022 | $0.38 | 95,300 |
| September 13, 2022 | $0.40 | 148,100 |
| September 14, 2022 | $0.40 | 167,700 |
| September 15, 2022 | $0.45 | 356,600 |
| September 16, 2022 | $0.43 | 253,100 |
| September 19, 2022 | $0.43 | 70,900 |
| September 20, 2022 | $0.45 | 38,600 |
| September 21, 2022 | $0.43 | 44,600 |
| September 22, 2022 | $0.41 | 38,700 |
| September 23, 2022 | $0.40 | 47,600 |
| September 26, 2022 | $0.39 | 28,200 |
| September 27, 2022 | $0.39 | 56,700 |
| September 28, 2022 | $0.40 | 29,400 |
| September 29, 2022 | $0.39 | 82,900 |
| September 30, 2022 | $0.34 | 121,900 |
| October 3, 2022 | $0.33 | 84,000 |
| October 4, 2022 | $0.31 | 201,700 |
| October 5, 2022 | $0.31 | 115,300 |
| October 6, 2022 | $0.29 | 90,900 |
| October 7, 2022 | $0.26 | 71,400 |
| October 10, 2022 | $0.24 | 111,000 |
| October 11, 2022 | $0.24 | 78,500 |
| October 12, 2022 | $0.23 | 58,600 |
| October 13, 2022 | $0.21 | 119,200 |
| October 14, 2022 | $0.21 | 55,800 |
| October 17, 2022 | $0.21 | 58,500 |
| October 18, 2022 | $0.21 | 65,700 |
| October 19, 2022 | $0.19 | 84,100 |
| October 20, 2022 | $0.19 | 80,300 |
| October 21, 2022 | $0.19 | 39,200 |

| Date | Closing Price[1] | Volume |
|---|---|---|
| October 24, 2022 | $0.17 | 82,700 |
| October 25, 2022 | $0.17 | 99,700 |
| October 26, 2022 | $0.16 | 194,100 |
| October 27, 2022 | $0.17 | 84,300 |
| October 28, 2022 | $0.17 | 64,200 |
| October 31, 2022 | $0.16 | 89,200 |
| November 1, 2022 | $0.17 | 66,700 |
| November 2, 2022 | $0.16 | 75,500 |
| November 3, 2022 | $0.19 | 102,200 |
| November 4, 2022 | $0.22 | 113,600 |
| November 7, 2022 | $0.24 | 99,100 |
| November 8, 2022 | $0.23 | 43,900 |
| November 9, 2022 | $0.21 | 53,000 |
| November 10, 2022 | $0.22 | 40,700 |
| November 11, 2022 | $0.22 | 50,000 |
| November 14, 2022 | $0.23 | 63,400 |
| November 15, 2022 | $0.25 | 158,800 |
| November 16, 2022 | $0.23 | 36,100 |
| November 17, 2022 | $0.24 | 49,700 |
| November 18, 2022 | $0.26 | 51,900 |
| November 21, 2022 | $0.27 | 71,700 |
| November 22, 2022 | $0.27 | 47,000 |
| November 23, 2022 | $0.26 | 33,200 |
| November 25, 2022 | $0.25 | 22,700 |
| November 28, 2022 | $0.24 | 32,800 |
| November 29, 2022 | $0.26 | 32,400 |
| November 30, 2022 | $0.28 | 109,200 |
| December 1, 2022 | $0.29 | 40,000 |
| December 2, 2022 | $0.34 | 111,200 |
| December 5, 2022 | $0.38 | 161,100 |
| December 6, 2022 | $0.36 | 78,500 |
| December 7, 2022 | $0.32 | 173,300 |
| December 8, 2022 | $0.30 | 230,600 |
| December 9, 2022 | $0.33 | 147,700 |
| December 12, 2022 | $0.29 | 94,000 |
| December 13, 2022 | $0.30 | 69,700 |
| December 14, 2022 | $0.31 | 78,200 |
| December 15, 2022 | $0.32 | 94,900 |
| December 16, 2022 | $0.41 | 910,300 |
| December 19, 2022 | $0.55 | 1,645,500 |

13

| Date | Closing Price[1] | Volume |
|---|---|---|
| December 20, 2022 | $0.51 | 1,000,200 |
| December 21, 2022 | $0.54 | 918,600 |
| December 22, 2022 | $0.54 | 427,900 |
| December 23, 2022 | $0.52 | 283,200 |
| December 27, 2022 | $0.52 | 163,800 |
| December 28, 2022 | $0.46 | 282,900 |
| December 29, 2022 | $0.45 | 391,800 |
| December 30, 2022 | $0.51 | 395,400 |
| January 3, 2023 | $0.50 | 215,000 |
| January 4, 2023 | $0.52 | 145,400 |
| January 5, 2023 | $0.49 | 157,900 |
| January 6, 2023 | $0.49 | 152,300 |
| January 9, 2023 | $0.50 | 389,900 |
| January 10, 2023 | $0.48 | 178,700 |
| January 11, 2023 | $0.48 | 198,300 |
| January 12, 2023 | $0.44 | 151,900 |
| January 13, 2023 | $0.45 | 141,700 |
| January 17, 2023 | $0.45 | 74,000 |
| January 18, 2023 | $0.44 | 82,800 |
| January 19, 2023 | $0.43 | 175,800 |
| January 20, 2023 | $0.46 | 106,100 |
| January 23, 2023 | $0.44 | 193,400 |
| January 24, 2023 | $0.44 | 45,700 |
| January 25, 2023 | $0.44 | 94,300 |
| January 26, 2023 | $0.44 | 67,400 |
| January 27, 2023 | $0.47 | 86,200 |
| January 30, 2023 | $0.44 | 97,700 |
| January 31, 2023 | $0.45 | 85,700 |