**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WONG RAPING and HE XIANGHONG,
individually and on behalf of all others
similarly situated,

                Plaintiff,

-against-                              22 **CIVIL** 9843 (LAK)(SDA)

## JUDGMENT

17 EDUCATION & TECHNOLOGY
GROUP INC., ANDY CHANG LIU,
MICHAEL CHAO DU, DUN XIAO, TUCK
LYE KOH, QIN WEN, JIAWEI GAN, BING
YUAN, COLLEEN A. DE VRIES,
COGENCY GLOBAL INC., MORGAN
STANLEY & CO. LLC, GOLDMAN SACHS
(ASIA) L.L.C., BOFA SECURITIES, INC.,
CHINA RENAISSANCE SECURITIES
(HONG KONG) LIMITED, and TIGER
BROKERS (NZ) LIMITED,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated November 8, 2023, the served defendants' motion to dismiss the first amended complaint (Dkt 61, 64) is granted and the case dismissed as against all defendants. Plaintiffs' alternative request for leave to amend is denied.

**Dated:** New York, New York

     November 08, 2023

                                                                **RUBY J. KRAJICK**
                                                                  Clerk of Court

                           **BY:**
                                                                  **Deputy Clerk**